---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Fluid Market Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Fluid Truck Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-5511365** |

---

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3827 Lafayette St.**<br>**Suite #149**<br>**Denver, CO 80205**<br>Number, Street, City, State & ZIP Code | **PO Box 16009**<br>**4910 Brighton Blvd.**<br>**Denver, CO 80216**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Denver**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

---

**5.  Debtor's website** (URL)   **https://www.fluidtruck.com/**

---

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

| Debtor | Fluid Market Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5321

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor    **Fluid Market Inc.**                                              Case number *(if known)*
          Name

List all cases. If more than 1,
attach a separate list            Debtor    **See Schedule 1 Attached**              Relationship

                                  District _____  When _____  Case number, if known _____

---

**11. Why is the case filed in this district?**     *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Fluid Market Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 16, 2024**
                  MM / DD / YYYY

**X /s/ T. Scott Avila**                **T. Scott Avila**
Signature of authorized representative of debtor     Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

**X /s/ Laura Davis Jones**       Date **October 16, 2024**
Signature of attorney for debtor             MM / DD / YYYY

**Laura Davis Jones**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **302-652-4100**     Email address  **ljones@pszjlaw.com**

**2436 DE**
Bar number and State

## SCHEDULE 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  The Debtors have moved for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of Fluid Market Inc.

1. Fluid Market Inc.
2. Fluid Fleet Services, LLC

## ACTION BY UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS OF FLUID MARKET INC.

### Effective as of October 13, 2024

The undersigned, being the sole members of the Board of Directors (the "**Board**") of **FLUID MARKET INC.** (the "**Company**"), pursuant to the laws of the State of Delaware and the applicable governing documents of the Company, acting by unanimous written consent in lieu of a meeting, do hereby consent to the adoption of the following resolutions (the "**Resolutions**") and directs that this Action by Unanimous Written Consent be filed in the records of the Company.

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's products and services, and the current and long-term liabilities of the Company;

WHEREAS, the Board has reviewed the materials presented by the management of and the advisors to the Company regarding the possible need to restructure the Company, and has analyzed each of the strategic alternatives available to it, and the impact of the foregoing on the Company's business and its stakeholders;

NOW, THEREFORE, BE IT RESOLVED, that in the business judgment of the Board, it is desirable and in the best interests of the Company and its respective stakeholders that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**");

RESOLVED, that each of the following is hereby authorized and approved in all respects with respect to the Company:  (1) filing, or causing to be filed, a chapter 11 case under the Bankruptcy Code in the Bankruptcy Court; and (2) filing, or causing to be filed, any other petition for relief or recognition or other motion or order that may be desirable under applicable law in the United States;

RESOLVED, that the officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Company (i) to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel  to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and in connection therewith, (ii) to execute appropriate retention agreements, pay appropriate retainers prior to and

immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Company (i) to retain the services of Paladin Management Group, LLC, ("**Paladin**") as the Company's restructuring advisor, and in connection therewith, (ii) to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Paladin;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Company (i) to retain the services of SSG Capital Advisors, LLC ("SSG") as the Company's investment banker, and in connection therewith, (ii) to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of SSG;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Company (i) to retain the services of Epiq Corporate Restructuring, LLC ("**Epiq**") as the Company's solicitation, claims, and noticing agent, and in connection therewith, (ii) to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Epiq;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Company (i) to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, (ii) to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Officers to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Company to take or cause to be taken any and all such other and further action including, but not limited to, (i) the seeking, preparation and

negotiation of such additional agreements, amendments, supplements, modifications, consents, waivers, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (ii) the seeking, preparation and negotiation of such changes and additions to any agreements, amendments, supplements, other modifications, consents, waivers, reports, documents, instruments, applications, notes or certificates currently existing, (iii) the execution, acknowledgement, delivery, performance and filing (if applicable) of any of the foregoing and (iv) the payment of all fees, consent payments, taxes, indemnities and other expenses, in each case as in such Authorized Officer's judgment, shall be necessary, advisable, convenient or desirable in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Officer deemed the same to be so necessary, convenient, appropriate, desirable or advisable; and that all such actions, executions, deliveries, filings and payments taken or made at any time in connection with the transactions contemplated by the foregoing Resolutions hereby are approved, adopted, ratified and confirmed in all respects as the acts and deeds of the Company, respectively, as if specifically set out in these Resolutions;

RESOLVED, that the Board hereby adopts and incorporates by reference any form of specific resolution to carry into effect the intent and purpose of the foregoing Resolutions, or to cover authority included in matters authorized in the foregoing Resolutions, including forms of resolutions in connection therewith that may be required by any state, other jurisdiction or other institution, person or agency, and a copy of these Resolutions shall be filed with the records of the meetings of the Board and certified as duly adopted thereby;

RESOLVED, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing Resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice;

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before the adoption of these Resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by the Resolutions of the Board; and

RESOLVED, that these Resolutions (a) may be executed and delivered electronically (including by facsimile or portable document format (pdf) transmission) and (b) may be executed in one or more counterparts, each of which shall be deemed an original and all of which shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of Fluid Market Inc. have executed this Action by Unanimous Written Consent (the "**Action**") effective as of the date set forth above.

**FLUID MARKET INC.**

DIRECTORS

_____
James Eberhard

_____
Jenifer Snyder

_____
Andreas Hildebrand

_____
Cees Aanhaanen

_____
Stephen Gray

*[SIGNATURE PAGE TO UNANIMOUS ACTION BY WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF FLUID MARKET INC.]*

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of Fluid Market Inc. have executed this Action by Unanimous Written Consent (the "**Action**") effective as of the date set forth above.

**FLUID MARKET INC.**

DIRECTORS

_____

James Eberhard

_____

Jenifer Snyder

_____

Andreas Hildebrand

_____

Cees Aanhaanen

_____

Stephen Gray

*[SIGNATURE PAGE TO UNANIMOUS ACTION BY WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF FLUID MARKET INC.]*

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of Fluid Market Inc. have executed this Action by Unanimous Written Consent (the "**Action**") effective as of the date set forth above.

**FLUID MARKET INC.**

DIRECTORS

_____

James Eberhard

_____

Jenifer Snyder

_____

Andreas Hildebrand

_____

Cees Aanhaanen

_____

Stephen Gray

*[SIGNATURE PAGE TO UNANIMOUS ACTION BY WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF FLUID MARKET INC.]*

| Fill in this information to Identify the case: |
|---|
| Debtor Name:   Fluid Market, Inc. |
| United States Bankruptcy Court for the:      District of Delaware |
| Case Number (If known): |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | FORT COLLINS DODGE 3835 S COLLEGE AVE FORT COLLINS, CO  80525 | PHONE: +19705419989 BSHULTZ@FORTCOLLINSDODGECHRYSLERJEEP.COM | TRADE DEBT | | | | $7,866,686.07 |
| 2 | ALWAYS FUNDAY 3330 E 7TH AVE PKWY DENVER, CO  80206 | PHONE: +13109130782 CLARKLODGE78@GMAIL.COM | TRADE DEBT | | | | $974,458.11 |
| 3 | BROKEN MIRROR LLC 201 SE 2ND ST ONTARIO, OR  97914 | PHONE: +13039125266 BROKENMIRROR.MAIL@GMAIL.COM | TRADE DEBT | | | | $888,443.41 |
| 4 | MANHEIM 6325 PEACHTREE DUNWOODY ROAD NE ATLANTA, GA  30328 | PHONE: 866-626-4346 ZACH.HALLOWELL@COXAUTOINC.COM | TRADE DEBT | DISPUTED | | | $807,427.43 |
| 5 | KERMAN MANAGEMENT, LLC 3800 IRVING ST DENVER, CO  80211 | PHONE: +13035708200 KERMANVEHICLES@AFCDENVER.COM | TRADE DEBT | | | | $754,172.29 |
| 6 | SERVICEUP, INC. 20 N SANTA CRUZ AVE, STE A LOS GATOS, CA  95030 | PHONE: 4085020140 AR@SERVICEUP.COM | TRADE DEBT | | | | $749,774.32 |
| 7 | BURRWOOD LOGISTICS LLC 751 W CENTRAL LORENA, TX  76655 | PHONE: +19704203492 COLETON.BURRUS@YAHOO.COM | TRADE DEBT | | | | $720,192.86 |
| 8 | COX AUTOMOTIVE VEHICLE ACQUISITION SERVICES, LLC 6305 PEACHTREE DUNWOODY RD, 5TH ATLANTA, GA  30328 | PHONE: 7176189929 RETAILRECONAR@COXAUTOINC.COM | TRADE DEBT | | | | $510,018.92 |

Debtor: Fluid Market, Inc.                                          Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   VIP SOLUTIONS GROUP, LLC<br>271 17TH STREET NORTHWEST<br>SUITE 1600<br>ATLANTA, GA 30363 | PHONE: 2149897508<br>CMURPHY@WEAREVIP.COM | TRADE DEBT | | | | $482,721.26 |
| 10   SA TRANSPORT LLC<br>850 NEW BURTON RD, SUITE 201<br>DOVER, DE 19904 | PHONE: +13039132214<br>JAKE@NMDEQUITYGROUP.COM | TRADE DEBT | | | | $440,107.02 |
| 11   AMERICAN EXPRESS<br>EVELYN PENA, MSHRM– DIRECTOR<br>1500 NW 136TH AVENUE<br>SUNRISE, FL 33323 | PHONE: 954-328-9967<br>EVELYN.PENA@AEXP.COM | TRADE DEBT | | | | $435,608.60 |
| 12   LATHAM & WATKINS LLP<br>330 NORTH WABASH AVENUE,<br>SUITE 2800<br>CHICAGO, IL 60611 | PHONE: 312.876.7663<br>CAROLINE.RECKLER@LW.COM | TRADE DEBT | | | | $402,926.40 |
| 13   FCP TRANSPORT LLC<br>2093 PHILADELPHIA PIKE, 8356<br>CLAYMONT, DE 19703 | PHONE: +13039132214<br>JAKE.SHIREK@GMAIL.COM | TRADE DEBT | | | | $400,815.66 |
| 14   GMI INSURANCE<br>99 STAR ST<br>PHOENIXVILLE, PA 19460 | PHONE: 6109334679<br>INFO@GMI-INSURANCE.COM | TRADE DEBT | | | | $360,500.30 |
| 15   AUTO ADVENTURE LLC<br>845 6TH STREET<br>BOULDER, CO 80302 | PHONE: +13035647434<br>ARTMAN.ACCTS@GMAIL.COM | TRADE DEBT | | | | $356,493.50 |
| 16   MERCHANTS FLEET<br>14 CENTRAL PARK DRIVE<br>HOOKSETT, NH 03106 | PHONE: +16032707625<br>MOBILITYBILLING@MERCHANTSFLEET.COM | TRADE DEBT | | | | $321,467.63 |
| 17   48TH OFFICE INVESTMENT, LLC<br>161 DETROIT STREET<br>DENVER, CO 80206 | | TRADE DEBT | | | | $285,456.57 |
| 18   BLUE MILE LOGISTICS, LLC<br>751 W CENTRAL<br>LORENA, TX 76655 | PHONE: +19704203492<br>COLETON@BURRUSINVESTMENT.COM | TRADE DEBT | | | | $283,497.44 |
| 19   FMCO LLC<br>201 SE 2ND ST<br>ONTARIO, OR 97914 | PHONE: +17205880541<br>JAMES@HHKGROUP.COM | TRADE DEBT | | | | $276,112.12 |
| 20   CONNECTICUT STATE DEPARTMENT<br>OF REVENUE<br>PO BOX 2974<br>HARTFORD, CT 06104-2974 | PHONE: 8602975962<br>DRS@CT.GOV | TRADE DEBT | | | | $269,955.20 |
| 21   CINA GLOBAL, LLC<br>710 WATER STREET<br>DARBY, MT 59829 | PHONE: +13104975755<br>AIDIN@CINAGLOBAL.NET | TRADE DEBT | | | | $262,925.49 |
| 22   UNITED STATES FIRE INSURANCE<br>COMPANY<br>305 MADISON AVE.<br>MORRISTOWN, NJ 07960 | PHONE: 9734906600<br>MARK.COYLE@CFINS.COM | TRADE DEBT | | | | $261,909.84 |
| 23   GOMOBILE TIRES USA<br>163 SW FREEMAN AVENUE, STE D<br>HILLSBORO, OR 97123 | PHONE: 5036446404<br>ADMIN@USAGOMOBILE.COM | TRADE DEBT | | | | $230,132.42 |
| 24   CLOUDBAKERS LLC<br>600 W VAN BUREN ST, SUITE 603<br>CHICAGO, IL 60607 | PHONE: 3123806838<br>ACCOUNTING@66DEGREES.COM | TRADE DEBT | | | | $211,119.54 |

Debtor: Fluid Market, Inc.          Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 25 | M2 SERVICES LLC 2000 S COLORADO BLVD 3-950 DENVER, CO 80222 | PHONE: +13039914224 CHRIS@M2LS.NET | TRADE DEBT | | | $210,945.67 |
| 26 | SOUTHERN TIRE MART, LLC 9255 STELLAR COURT CORONA, CA 92883 | PHONE: 9516661278 GWEN.WALTERS@STMTIRES.COM | TRADE DEBT | | | $202,211.31 |
| 27 | ICEJAMMA EXGELLIN LLC 495 W OAKWOOD LANE CASTLE ROCK, CO 80108 | PHONE: +13035877231 528JG@COMCAST.NET | TRADE DEBT | | | $200,978.24 |
| 28 | ECOMM FLEET LLC 2653 S. COOK ST. DENVER, CO 80210 | PHONE: +12487032140 TBLOOM@OSAGECAPITALGROUP.COM | TRADE DEBT | | | $194,969.45 |
| 29 | DOG TRANSPORT LLC 671 ORCHARD COURSE DR LAS VEGAS, NV 89148 | PHONE: +17026866070 GOSSELLO@DOGLLC.NET | TRADE DEBT | | | $173,916.63 |
| 30 | USHIP LOGISTICS LLC 708 CONGRESS AVE., SUITE A AUSTIN, TX 78701 | PHONE: 5125373136 ACCOUNTING@USHIPLOGISTICS.COM | TRADE DEBT | | | $169,150.00 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FLUID MARKET INC., | Case No. 24-_____ (___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

| Equity Holder | Address of Equity Holder | Percentage Held |
|---|---|---|
| HHK Group | 1441 W. 46th Ave Unit 2 Denver CO 80211 | 73.4% |
| Jennifer Snyder Trust | REDACTED | 11.1% |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FLUID MARKET INC., | Case No. 24-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

## COMMON STOCK

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| HHK Group | 1441 W. 46th Ave Unit 2 Denver CO 80211 | 5,941,552 |
| Jenifer Snyder Trust | REDACTED | 900,000 |
| Mobile Accord, Inc. | nick@mobileaccord.com | 343,421 |
| Leonardo Amigoni | REDACTED | 142,147 |
| JK Slyby | REDACTED | 124,449 |
| Gary Jacobs | REDACTED | 122,250 |
| Peter Mannetti | REDACTED | 122,250 |
| Michael Calkin | REDACTED | 85,000 |
| Canyon Circle LLC | gjacobs@j2partners.com | 80,000 |

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| Ellyssin Gimhae | REDACTED | 49,438 |
| Ken Gooden | REDACTED | 27,500 |
| Loren Burnett | REDACTED | 21,550 |
| Tim Glennie | REDACTED | 20,000 |
| Liz Martinez | REDACTED | 15,000 |
| Stephen Joos | REDACTED | 10,416 |
| Luis Lopez | REDACTED | 10,312 |
| Ryan Cheney | REDACTED | 10,069 |
| Bob Toof | REDACTED | 9,000 |
| Michael Rancourt | REDACTED | 8,333 |
| Kurt Miller | REDACTED | 3,833 |
| Miles Tanner | REDACTED | 3,125 |
| Travis Offtermatt | REDACTED | 3,000 |
| Dan Page | REDACTED | 2,812 |
| Andrew Rowe | REDACTED | 2,500 |
| Michael Oakley | REDACTED | 2,162 |

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| Michael Nguyen | REDACTED | 2,083 |
| Quinn Winter | REDACTED | 2,000 |
| Erin Baker | REDACTED | 1,979 |
| Michael Block | REDACTED | 1,957 |
| Wayne Nielsen | REDACTED | 1,957 |
| Lonny Landry | REDACTED | 1,875 |
| Josey Cole | REDACTED | 1,833 |
| Charlie Wilson-Moses | REDACTED | 1,770 |
| Lori Wilhelmi | REDACTED | 1,750 |
| Bret Wilhoite | REDACTED | 1,600 |
| Victoria Cooper | REDACTED | 1,354 |
| Jennifer May | REDACTED | 1,275 |
| Derek Ozymy | REDACTED | 1,147 |
| Hector Garcia | REDACTED | 1,050 |
| Christopher Lamb | REDACTED | 1,000 |
| Joe Gallegos | REDACTED | 943 |

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| Patrick Berkery | REDACTED | 916 |
| John Palermino | REDACTED | 870 |
| Rodney Hoffman | REDACTED | 833 |
| Ben Tieszen | REDACTED | 796 |
| Claire Cumberland | REDACTED | 708 |
| Austin Cheney | REDACTED | 660 |
| Andrew Vasquez | REDACTED | 625 |
| Michael Kovarik | REDACTED | 574 |
| Angus Robertson | REDACTED | 501 |
| Kaitlin Nguyen | REDACTED | 387 |
| Julian Roberto Bendinger | REDACTED | 302 |
| Jamie Scheiner | REDACTED | 274 |
| Jennifer Carlucci | REDACTED | 205 |
| Cesar Cardenas | REDACTED | 150 |
| Jacob Edwards | REDACTED | 150 |
| Christian Hickman | REDACTED | 130 |

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| Scott D'Augustine | REDACTED | 20 |
| Justin Wright | REDACTED | 10 |
| Krista Baumbach | REDACTED | 10 |
| | | |
| | **TOTAL** | **8,093,813** |

## SERIES A1 ORIGINAL PREFERRED (PA1)

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| William Blair MB Investments LP x | 150 North Riverside Plaza Chicago, IL 60606 | 291,636 |
| Sumitomo Corporation of Americas | farhad.inak@sumitomocorp.com | 180,245 |
| Flow Rental, LLC | 150 North Riverside Plaza Chicago, IL 60606 | 158,976 |
| Viking FT A Equity LLC | jason@35northcapital.com | 78,919 |
| Dylan Lucas | REDACTED | 18,018 |
| Barbed Wire Group LLC | 113 N. El Rancho Rd. Santa Fe, NM 87501 | 9,009 |
| Starview Ventures Inc. | 25629 E. Fair Dr. Aurora, CO 80016 | 9,009 |
| FCP Holdings III, LLC | jake.shirek@gmail.com | 6,757 |
| Scheck Alpha LP | jake.shirek@gmail.com | 6,757 |

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| Alexander F. Purchase | REDACTED | 4,505 |
| Cameron Mochan | REDACTED | 4,505 |
| Clark and Havilande Lodge | REDACTED | 4,505 |
| COR Ventures, LLC | camivoorhies@gmail.com | 4,505 |
| Dathan Duncan | REDACTED | 4,505 |
| DGW Transportation, LLC | dgwpropertiesllc@gmail.com | 4,505 |
| eComm VC LLC | craig.brede@gmail.com | 4,505 |
| Elizabeth Stine | REDACTED | 4,505 |
| Fair Market Ventures LLC | chris.becze@armaninollp.com | 4,505 |
| Gigtruck Holdings LLC | steve@westhead.com | 4,505 |
| GoodBacon LLC | dave@bwbacon.com | 4,505 |
| Henry R. and Mary M. Sebesta Revocable Trust | REDACTED | 4,505 |
| James A. Rancourt | REDACTED | 4,505 |
| Joe Young | REDACTED | 4,505 |
| JRGS Investments LLC | chrisbeisler@gmail.com | 4,505 |
| Katie Mochan | REDACTED | 4,505 |

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| Lighthouse Restoration LLC | ryan@lighthouserestore.com | 4,505 |
| M2 Services LLC | chris@m2lending.com | 4,505 |
| Mater Trucking LLC | matertruckingllc@gmail.com | 4,505 |
| Michael Borgelt | REDACTED | 4,505 |
| Michael Pirrami | REDACTED | 4,505 |
| Mile High Waymakers LLC | milehighwaymakers@gmail.com | 4,505 |
| Nicholas Fox | REDACTED | 4,505 |
| Robert Hensel | REDACTED | 4,505 |
| Smidt FT Investment LLC | johnsmidt@gmail.com | 4,505 |
| The Sozo Group | triangular734@gmail.com | 4,505 |
| Villa Limited | jvilla112@gmail.com | 4,505 |
| Adam Tischler | REDACTED | 2,252 |
| Ali Barghelame | REDACTED | 2,252 |
| Armen Khadiwala | REDACTED | 2,252 |
| Foxanation Transportation | 2546 Clermont St. Denver, CO 80207 | 2,252 |
| Healthwise Investing, LLC | scott.sportsdoc@gmail.com | 2,252 |

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| Mark Homlish | REDACTED | 2,252 |
| Ryan Arnold | REDACTED | 2,252 |
| Samuel Hardy | REDACTED | 2,252 |
| Shultz Squared LLC | bshultz@fortcollinsdcj.com | 2,252 |
| Vince Ward | REDACTED | 2,252 |
| Gary Jacobs | REDACTED | 901 |
| Peter Mannetti | REDACTED | 901 |
| | | |
| | **TOTAL** | **905,283** |

## SERIES A2A PREFERRED

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| HHK Group | 1441 W. 46th Ave<br>Unit 2<br>Denver CO 80211 | 2,510,124 |
| Grotech Ventures III, L.P. | 230 Schilling Circle<br>Suite 362<br>Hunt Valley, MD 21031 | 718,940 |
| NEA Seed III, LLC | skeough@nea.com | 431,365 |
| Jenifer Snyder Trust | REDACTED | 426,483 |

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| Cheryl. A Chase Investment Trust | 225 Asylum St. 29th Floor Hartford, CT 06103 | 287,576 |
| Correlation Ventures II, L.P. | 9255 Towne Centre Dr. Suite 350 San Diego, CA 92121 | 287,576 |
| R. David Hoover Revocable Trust | REDACTED | 264,573 |
| FFM Ventures LLC | 117 Rutland Blvd. West Palm Beach, FL 33405 | 191,792 |
| Bear Creek Capital Management | P.O. Box 2880 Telluride, CO 81435 | 143,788 |
| Brian Makare | REDACTED | 133,342 |
| Gary Jacobs | REDACTED | 114,844 |
| Peter Mannetti | REDACTED | 114,844 |
| Michael Finn | REDACTED | 78,896 |
| Steve Faria | REDACTED | 66,143 |
| Suzanne Philion | REDACTED | 64,517 |
| Riveter Capital LLC | katiestanton@gmail.com | 35,011 |
| Colfax Technology Investors LLC | cainsriverinvestments@gmail.com | 28,757 |
| DP Assets, LLC | 970 Yuma St. Denver, CO 80204 | 11,842 |
| | | |
| | **TOTAL** | **5,910,413** |

## SERIES A2B PREFERRED

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| HHK Group | 1441 W. 46th Ave<br>Unit 2<br>Denver CO 80211 | 853,445 |
| Jenifer Snyder Trust | REDACTED | 33,016 |
| | | |
| | **TOTAL** | **886,461** |

## SERIES A2C PREFERRED

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| TJ Neil | REDACTED | 140,913 |
| RMH Holdings, LLC | jason@35northcapital.com | 70,633 |
| Barbed Wire Group LLC | 113 N. El Rancho Rd.<br>Santa Fe, NM 87501 | 70,479 |
| Grotech Ventures III, L.P. | 230 Schilling Circle<br>Suite 362<br>Hunt Valley, MD 21031 | 70,271 |
| LeeAnn Burrus | REDACTED | 56,286 |
| T&G Transport LLC | 14601 Zuni St.<br>Broomfield, CO 80023 | 56,234 |
| Starview Ventures Inc. | 25629 E. Fair Dr.<br>Aurora, CO 80016 | 28,227 |
| Dylan Lucas | REDACTED | 27,977 |
| Dan and Julie DeGolier JTWROS | REDACTED | 16,757 |

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| Henry R. and Mary M. Sebesta Revocable Trust | REDACTED | 14,059 |
| Foxanation Transportation | 2546 Clermont St. Denver, CO 80207 | 14,019 |
| HRS Capital Partners LLC | 175 Main St #G-001 Edwards, CO 81632 | 5,623 |
| | | |
| | **TOTAL** | **571,478** |

## SERIES A2D PREFERRED

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| NEA Seed III, LLC | skeough@nea.com | 64,027 |
| FFM Ventures LLC | 117 Rutland Blvd. West Palm Beach, FL 33405 | 15,651 |
| Correlation Ventures II, L.P. | 9255 Towne Centre Dr. Suite 350 San Diego, CA 92121 | 14,228 |
| Service Provider Capital Fund I, LP | 601 16th Street Ste C-#270 Golden, CO 80401 | 7,114 |
| Leigh Masters | REDCATED | 2,134 |
| | | |
| | **TOTAL** | **103,154** |

**SERIES B PREFERRED**

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| GLBDR, LLC | 111 NE 1st St.<br>Floor 2<br>Miami. FL 33132 | 81,310 |
| Thermo Greely I, Inc GP | 1735 19th Street<br>Suite 200<br>Denver, CO 80202 | 81,310 |
| University Growth Fund II, LP | peter@ugrowthfund.com | 81,310 |
| Ford Malmquist | REDACTED | 60,983 |
| Grant Malmquist | REDACTED | 60,983 |
| Stout Street Fund III SPV 1, LLC | 288 Clayton Street<br>Suite 206<br>Denver, CO 80206 | 55,697 |
| Douglas and Patricia Malmquist | REDACTED | 40,655 |
| Green Jacket Logistics LLC | 403 Westbury Drive<br>Chapel Hill, NC 27516 | 39,435 |
| Kane Kaltenbronn | REDACTED | 20,327 |
| Flow Rental, LLC | 150 North Riverside Plaza<br>Chicago, IL 60606 | 16,262 |
| Burrwood Logistics Shares LLC | 751 W Central<br>Lorena, TX 76655 | 10,163 |
| Amela Mesak | REDACTED | 8,131 |
| Asma Charania | REDACTED | 8,131 |
| CNS Holdings LLC | 9192 S Buffalo Dr<br>Littleton, CO 80127 | 8,131 |
| JWO LLC | 31 Krestview Lane<br>Golden, CO 80401 | 8,131 |

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| Ryan Mannick | REDACTED | 8,131 |
| R. David Hoover Revocable Trust | REDACTED | 6,895 |
| Andrew Renne | REDACTED | 4,065 |
| Chris O'Sullivan | REDACTED | 4,065 |
| Josh Nelson-Archer | REDACTED | 4,065 |
| MakRil LLC | 5819 Jaguar Way<br>Littleton, CO 80124 | 4,065 |
| Michael Finn | REDACTED | 4,065 |
| Objective Investments LLC | 3805 S Dahlia St<br>Cherry Hills Village, CO 80113 | 4,065 |
| Urban Interests LLC | urbant3@gmail.com | 4,065 |
| Moonglow Investments LLC | 4941 Calvin Avenue<br>Tarzana, CA 91356 | 3,252 |
| TJ Neil | REDACTED | 3,252 |
| TGT Transport LLC | greg.giedd@abcsupply.com | 2,439 |
| DP Assets, LLC | 970 Yuma St.<br>Denver, CO 80204 | 2,032 |
| Chris Wrolstad | REDACTED | 813 |
| Dog Transport LLC | 671 Orchard Course Drive<br>Las Vegas, NV 79480 | 813 |
| Julian Investments LLC | 15858 W. 83rd Ave<br>Arvada, CO 80007 | 813 |

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| Loaves & Fishes, LLC | 17785 County Road 45<br>Burlington, CO 80807 | 813 |
| | | |
| | **TOTAL** | **638,667** |

## SERIES B NON-CONVERTIBLE PREFERRED

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| Bison Capital Partners V, L.P. | 780 Third Avenue<br>30th Floor<br>New York, NY 10017 | 568,632 |
| Ingka Investments Ventures US B.V. | 780 Third Avenue<br>30th Floor<br>New York, NY 10017 | 414,203 |
| Bison Capital Partners V-A, LP | 780 Third Avenue<br>30th Floor<br>New York, NY 10017 | 52,671 |
| | | |
| | **TOTAL** | **1,035,506** |

## SERIES A1 EXCHANGE PREFERRED

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| Bison Capital Partners V, LP | 780 Third Avenue<br>30th Floor<br>New York, NY 10017 | 2,062,055 |
| Ingka Investments Ventures US B.V. | Bargelaan 202<br>Leiden Netherlands | 1,441,958 |
| Bison Capital Partners V-A, LP | 780 Third Avenue<br>30th Floor<br>New York, NY 10017 | 191,005 |

| Equity Holder | Address of Equity Holder | Amount Held |
|---|---|---|
| Green Jacket Logistics LLC | 403 Westbury Drive<br>Chapel Hill, NC 27516 | 81,081 |
| R. David Hoover Revocable Trust | REDACTED | 38,198 |
| Burrwood Logistics Shares LLC | 751 W Central<br>Lorena, TX 76655 | 18,018 |
| TJ Neil | REDACTED | 18,018 |
| DP Assets, LLC | 970 Yuma St.<br>Denver, CO 80204 | 11,261 |
| T&G Transport LLC | 14601 Zuni St.<br>Broomfield, CO 80023 | 9,009 |
| Amela Mesak | REDACTED | 4,505 |
| Andrew Renne | REDACTED | 4,505 |
| Chris Wrolstad | REDACTED | 4,505 |
| CNS Holdings LLC | 9192 S Buffalo Dr<br>Littleton, CO 80127 | 4,505 |
| Dog Transport LLC | 671 Orchard Course Drive<br>Las Vegas, NV 79480 | 4,505 |
| Joshua Nelson-Archer | REDACTED | 4,505 |
| Julian Investments LLC | 15858 W. 83rd Ave<br>Arvada, CO 80007 | 4,505 |
| Loaves & Fishes, LLC | 17785 County Road 45<br>Burlington, CO 80807 | 4,505 |
| Urban Interests LLC | urbant3@gmail.com | 901 |
|  |  |  |
|  | **TOTAL** | **3,907,544** |

DE:4895-8069-9367.2 28613.00001

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FLUID MARKET INC., | Case No. 24-_____ (___) |
| Debtor. | |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Fluid Market Inc. (1365) and Fluid Fleet Services, LLC (5994). The Debtors' service address is 400 West 48th Avenue, Suite 300, Denver, Colorado 80216.

**Fill in this information to identify the case:**

Debtor name    **Fluid Market Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    **List of Equity Holders; Corporate Ownership Statement; and Creditor Matrix Verification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 16, 2024**    X **/s/ T. Scott Avila**
                                          Signature of individual signing on behalf of debtor

                                          **T. Scott Avila**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor