**Exhibit B**

**Proposed Final Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FLUID MARKET INC., *et al.*,[1] | Case No. 24-12363 (___) |
| Debtors. | (Joint Administration Requested) |

**FINAL ORDER: (I) AUTHORIZING, BUT NOT DIRECTING, THE PAYMENT OF CERTAIN TAXES AND FEES; AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of a final order (this "Final Order"): (a) authorizing, but not directing, the Debtors to remit and pay (or use tax credits to offset) Taxes and Fees; and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief requested in the Motion is necessary to the ongoing orderly operation of the Debtors' business and is in the best interests of the Debtors, their estates, and their creditors; and it appearing that the notice of the Motion having been given as set forth

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Fluid Market Inc. (1365) and Fluid Fleet Services, LLC (5994).  The Debtors' service address is 3827 Lafayette St., Suite #149, Denver, CO 80205.

[2]      Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

therein was appropriate and that no other or further notice need be given; and the Court having entered an interim order on the Motion [Docket No. [●]] and notice of a final hearing having been provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted on a final basis as set forth in this Final Order.

2.      The Debtors are authorized, but not directed, to: (a) negotiate, pay, and remit (or use tax credits to offset), or otherwise satisfy, the Taxes and Fees that arose or accrued prior to the Petition Date and that will become due and owing in the ordinary course of business during the pendency of the chapter 11 cases; and (b) negotiate, pay, and remit (or use tax credits to offset) Taxes and Fees that arise or accrue in the ordinary course of business on a postpetition basis— including, for the avoidance of doubt, posting collateral or a letter of credit in connection with any dispute related to Audits, or paying any Taxes and Fees arising as a result of Audits.

3.      All applicable banks and other financial institutions are authorized to receive, process, honor, and pay any and all prepetition checks or by automated clearinghouse payment issued by the Debtors for the payment of Taxes and Fees approved herein, whether prior to or after commencement of these chapter 11 cases.

4.      The Debtors are authorized, consistent with this Final Order, to issue postpetition checks or to effect postpetition automated clearinghouse requests in replacement of any checks or automated clearinghouse requests relating to taxes that were dishonored or rejected.

5.      Notwithstanding the relief granted herein or any actions taken hereunder, nothing contained in this Final Order shall create any rights in favor of, or enhance the status of any claim

2

held by, any of the Authorities.

6.      Nothing in the Motion, this Final Order, or the Debtors' payment of any claims pursuant to this Final Order, shall be construed as:  (i) an admission as to the validity of any claim against any Debtor or the existence of any lien against the Debtors' properties; (ii) a waiver of the Debtors' or any other party in interest's rights to dispute any claim or lien on any grounds; (iii) a promise to pay any claim; (iv) an implication or admission that any particular claim would constitute an allowed claim; (v) an assumption or rejection of any executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code; or (vi) a limitation on the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract with any party subject to this Final Order.  Nothing contained herein or in the Motion shall be deemed to increase, decrease, reclassify, elevate to an administrative expense status, or otherwise affect any claim to the extent that it is not paid.

7.      Nothing herein shall impair any right of the Debtors or any other party in interest to dispute or object to any taxes asserted as owing to the Authorities or those parties who ordinarily collect the Taxes and Fees as to amount, liability, classification, or otherwise.

8.      Notwithstanding the possible applicability of Bankruptcy Rule 6004, the terms and conditions of this Final Order shall be immediately effective and enforceable.  To the extent the 14-day stay of Bankruptcy Rule 6004(h) may be construed to apply to the subject matter of this Final Order, such stay is hereby waived.

9.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of Bankruptcy Rule 6004(a) and Local Rule 9013-1(m) are satisfied by such notice.

10.      To the extent that the Debtors have overpaid any Taxes and Fees, the Debtors are

authorized to seek a refund or credit.

11.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Final Order in accordance with the Motion.

12.     This Court shall retain jurisdiction over any and all matters arising from the interpretation, implementation, or enforcement of this Final Order.

4

**<u>Exhibit C</u>**

**Authorities**

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ALABAMA DEPT OF REVENUE | 50 N RIPLEY ST | | | | MONTGOMERY | AL | 36130 |
| ALABAMA DEPT OF REVENUE | INDIVIDUAL & CORPORATE TAX DIVISION | 50 N RIPLEY ST | | | MONTGOMERY | AL | 36130 |
| ALAMEDA COUNTY | ATTN TREASURER | 1221 OAK ST, RM 131 | | | OAKLAND | CA | 94612 |
| ALAMEDA COUNTY | ATTN TREASURER | 1221 OAK ST, RM 131 | | | OAKLAND | CA | 94612 |
| ALBANY COUNTY | ATTN DIV OF FINANCE | 112 STATE ST, RM 1340 | | | ALBANY | NY | 12207 |
| ALBANY DEPARTMENT OF TREASURY | 24 EAGLE ST, ROOM 109 | | | | ALBANY | NY | 12207 |
| ALEXANDRIA REVENUE ADMIN DIVISION | 301 KING ST | | | | ALEXANDRIA | VA | 22314 |
| ALLEGHENY COUNTY | ATTN TREASURER | 436 GRANT ST, RM 108 | | | PITTSBURGH | PA | 15219 |

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| AR. DEPT OF FINANCE AND ADMINISTRATION | OFFICE OF STATE REVENUE ADMIN. | 1509 W 7TH ST | | | LITTLE ROCK | AR | 72201 |
| ARIZONA DEPT OF REVENUE | 1600 W. MONROE | | | | PHOENIX | AZ | 85007-2650 |
| ARKANSAS SECRETARY OF STATE OFFICE | STATE CAPITOL | STE 256 | 500 WOODLANE ST | | LITTLE ROCK | AR | 72201 |
| ARLINGTON COUNTY | ATTN TREASURER | 2100 CLARENDON BLVD, STE 201 | | | ARLINGTON | VA | 22201 |
| AUSTIN DEPARTMENT OF FINANCIAL SERV | 919 CONGRESS AVE, STE 1250 | | | | AUSTIN | TX | 78701 |
| BALTIMORE COUNTY | ATTN REVENUE AUTHORITY | 115 TOWSONTOWN BLVD | | | TOWSON | MD | 21286 |
| BELLEVILLE FINANCE DEPARTMENT | 101 S ILLINOIS ST | | | | BELLEVILLE | IL | 62220 |
| BENTON COUNTY | ATTN COUNTY COLLECTOR | 2113 W WALNUT ST | | | ROGERS | AR | 72756 |

2

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| BEXAR COUNTY | ATTN TAX ASSESSOR-COLLECTOR | 233 N PECOS LA TRINIDAD | | | SAN ANTONIO | TX | 78207 |
| BEXAR COUNTY | ATTN TAX ASSESSOR-COLLECTOR | 233 N PECOS LA TRINIDAD | | | SAN ANTONIO | TX | 78207 |
| BRAINTREE DEPARTMENT OF TREASURY | 1 JOHN F KENNEDY MEMORIAL DR | | | | BRAINTREE | MA | 02184 |
| BROWARD COUNTY | ATTN TAX COLLECTOR | 115 S ANDRES AVE, RM 114 | | | FORT LAUDERDALE | FL | 33301-1873 |
| CALIFORNIA BOARD OF EQUALIZATION | CALIFORNIA DEPT OF TAX AND FEE ADMINISTRATION | 450 N ST | | | SACRAMENTO | CA | 95814 |
| CALIFORNIA FRANCHISE TAX BOARD | 300 S SPRING ST | STE 5704 | | | LOS ANGELES | CA | 90013-1265 |
| CALIFORNIA FRANCHISE TAX BOARD | 300 S SPRING ST | STE 5704 | | | LOS ANGELES | CA | 90013-1265 |
| CALIFORNIA FRANCHISE TAX BOARD | 1515 CLAY ST | STE 305 | | | OAKLAND | CA | 94612-1445 |

3

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CALIFORNIA FRANCHISE TAX BOARD | 1515 CLAY ST | STE 305 | | | OAKLAND | CA | 94612-1445 |
| CALIFORNIA FRANCHISE TAX BOARD | 3321 POWER INN RD | STE 250 | | | SACRAMENTO | CA | 95826-3893 |
| CALIFORNIA FRANCHISE TAX BOARD | 3321 POWER INN RD | STE 250 | | | SACRAMENTO | CA | 95826-3893 |
| CALIFORNIA FRANCHISE TAX BOARD | PO BOX 942867 | | | | SACRAMENTO | CA | 94257-0001 |
| CALIFORNIA FRANCHISE TAX BOARD | PO BOX 942867 | | | | SACRAMENTO | CA | 94267-0001 |
| CALIFORNIA FRANCHISE TAX BOARD | 7575 METROPOLITAN DR | STE 201 | | | SAN DIEGO | CA | 92108-4421 |
| CALIFORNIA FRANCHISE TAX BOARD | 7575 METROPOLITAN DR | STE 201 | | | SAN DIEGO | CA | 92108-4421 |
| CALIFORNIA FRANCHISE TAX BOARD | 600 W SANTA ANA BLVD | STE 300 | | | SANTA ANA | CA | 92701-4543 |

4

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CALIFORNIA FRANCHISE TAX BOARD | 600 W SANTA ANA BLVD | STE 300 | | | SANTA ANA | CA | 92701-4543 |
| CAMDEN COUNTY | ATTN TAX ADMIN | 509 LAKELAND RD | | | BLACKWOOD | NJ | 08012 |
| CAMDEN DEPARTMENT OF FINANCE TREASURY DIV | 520 MARKET ST, CITY HALL ROOM 213 | | | | CAMDEN | NJ | 08101-5120 |
| CANADIAN COUNTY | ATTN TREASURER | 201 N CHOCTAW AVE | | | EL RENO | OK | 73036 |
| CHARLOTTE DEPARTMENT OF TREASURY | 600 E 4TH ST | | | | CHARLOTTE | NC | 28202 |
| CHATHAM COUNTY | ATTN TAX COMMISSIONER | 222 W OGLETHORPE AVE, 107 | | | SAVANNAH | GA | 31401 |
| CHICAGO DEPARTMENT OF FINANCE | 121 N LASALLE ST | | | | CHICAGO | IL | 60602 |
| CITY AND COUNTY OF DENVER | 201 W COLFAX AVE. DEPT 1009 | | | | DENVER | CO | 80202 |

5

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CITY AND COUNTY OF DENVER | 201 W COLFAX AVE. DEPT 1009 | | | | DENVER | CO | 80202 |
| CLARK COUNTY | ATTN TREASURER | 500 S GRAND CENTRAL PKWY, 1ST FL | | | LAS VEGAS | NV | 89106 |
| CLAYTON COUNTY | ATTN TAX COMMISSIONER | 121 S MCDONOUGH ST | ANNEX 3, 2ND FL | | JONESBORO | GA | 30236 |
| CLEVES DEPARTMENT OF FINANCE | 92 CLEVES AVE | | | | CLEVES | OH | 45002 |
| COLORADO DEPT OF REVENUE (UPS, FED EX) | 1881 PIERCE ST, ENTRANCE B | | | | LAKEWOOD | CO | 80214 |
| COLORADO DEPT OF REVENUE (USPS MAIL) | PO BOX 17087 | | | | DENVER | CO | 80217-0087 |
| COLUMBUS CITY TREASURER | 90 W BROAD ST | | | | COLUMBUS | OH | 43219 |
| CONNECTICUT DEPARTMENT OF REVENUE SERVICES | 450 COLUMBUS BLVD. STE 1 | | | | HARTFORD | CT | 06103 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CONNECTICUT DEPARTMENT OF REVENUE SERVICES | 450 COLUMBUS BLVD. STE 1 | | | | HARTFORD | CT | 06103 |
| COOK COUNTY | ATTN TREASURER | 118 N CLARK ST, RM 112 | | | CHICAGO | IL | 60602 |
| CRITTENDEN COUNTY | ATTN TAX COLLECTOR | 250 PINE ST, STE 2 | | | MARION | AR | 72364 |
| CUYAHOGA COUNTY | ATTN TREASURER | 2079 E NINTH ST | | | CLEVELAND | OH | 44115 |
| DALLAS COUNTY | ATTN TAX ASSESSOR | 500 ELM ST, STE 3300 | | | DALLAS | TX | 75202 |
| DALLAS DEPARTMENT OF REVENUE & COLLECTIONS | 1500 MARILLA ST | | | | DALLAS | TX | 75201 |
| DC OFFICE OF TAX AND REVENUE | 1101 4TH STREET, SW | SUITE 270 WEST | | | WASHINGTON | DC | 20024 |
| DELAWARE DEPARTMENT OF STATE | 401 FEDERAL ST, STE 3 | | | | DOVER | DE | 19901 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| DELAWARE DIVISION OF REVENUE | 540 S DUPONT HWY | | | | DOVER | DE | 19901 |
| DELAWARE DIVISION OF REVENUE | THOMAS COLLINS BUILDLING | 540 S DUPONT HIGHWAY | | | DOVER | DE | 19901 |
| DELAWARE DIVISION OF REVENUE | 20653 DUPONT BLVD | STE 2 | | | GEORGETOWN | DE | 19947 |
| DELAWARE DIVISION OF REVENUE | 20653 DUPONT BLVD | STE 2 | | | GEORGETOWN | DE | 19947 |
| DELAWARE DIVISION OF REVENUE | 820 N FRENCH ST | | | | WILMINGTON | DE | 19801 |
| DELAWARE DIVISION OF REVENUE | 820 N FRENCH ST | | | | WILMINGTON | DE | 19801 |
| DENVER COUNTY | ATTN TREASURER | 201 W COLFAX AVE, DEPT 1009 | | | DENVER | CO | 80202 |
| DENVER COUNTY | ATTN TREASURER | 201 W COLFAX AVE, DEPT 1009 | | | DENVER | CO | 80202 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| DENVER COUNTY | ATTN TREASURER | 201 W COLFAX AVE, DEPT 1009 | | | DENVER | CO | 80202 |
| DENVER DEPARTMENT OF FINANCE | 201 W COLFAX AVE | | | | DENVER | CO | 80202 |
| DENVER DEPARTMENT OF FINANCE | 201 W COLFAX AVE | | | | DENVER | CO | 80202 |
| DENVER DEPARTMENT OF FINANCE | 201 W COLFAX AVE | | | | DENVER | CO | 80202 |
| DEPARTMENT OF BUSINESS SERVICES | ALEXI GIANNOILIAS, SECRETARY OF STATE | 69 W WASHINGTON ST | STE 1240 | | CHICAGO | IL | 60602 |
| DEPARTMENT OF BUSINESS SERVICES | ALEXI GIANNOILIAS, SECRETARY OF STATE | 501 S SECOND ST | RM 350 | | SPRINGFIELD | IL | 62756 |
| DISTRICT OF COLUMBIA | 1101 4TH STREET, SW | STE 270 | | | WASHINGTON | DC | 20024 |
| DOUGLAS COUNTY | ATTN TREASURER | 1819 FARNAM ST, H-02 | | | OMAHA | NE | 68183 |

9

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| DUVAL COUNTY | ATTN TAX COLLECTOR | 231 E FORSYTH ST, STE 212 | | | JACKSONVILLE | FL | 32202 |
| EDINA FINANCE DEPARTMENT | 4801 W 50TH ST | | | | EDINA | MN | 55424 |
| ESTERO DEPARTMENT OF FINANCE | 9401 CORKSCREW PALMS CIR | | | | ESTERO | FL | 33928 |
| FLORIDA DEPT OF REVENUE | 5050 W TENNESSEE ST | | | | TALLAHASSEE | FL | 32399-0100 |
| FOREST PARK DEPARTMENT OF FINANCE | 745 FOREST PKWY | | | | FOREST PARK | GA | 30297 |
| FORT LAUDERDALE DEPARTMENT OF FINANCE | 1 E BROWARD BLVD, STE 444 | | | | FORT LAUDERDALE | FL | 33301 |
| FRANKLIN COUNTY | ATTN TREASURER | 373 S HIGH ST, 17TH FL | | | COLUMBUS | OH | 43215-6306 |
| FRANKLIN DEPARTMENT OF FINANCE & ADMIN | 109 3RD AVE S | | | | FRANKLIN | TN | 37064 |

10

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GEORGIA DEPT OF REVENUE | 1800 CENTURY CENTER BLVD., N.E. | STE 12000 | | | ATLANTA | GA | 30345-3205 |
| GEORGIA DEPT OF REVENUE | 1800 CENTURY CENTER BLVD., N.E. | STE 12000 | | | ATLANTA | GA | 30345-3205 |
| GEORGIA DEPT OF REVENUE | 314 EAST MAIN ST | STE 150 | | | CARTERSVILLE | GA | 30120 |
| GEORGIA DEPT OF REVENUE | 314 EAST MAIN ST | STE 150 | | | CARTERSVILLE | GA | 30120 |
| GEORGIA DEPT OF REVENUE | 610 RONALD REAGAN DRIVE | BUILDING G-1 | | | EVANS | GA | 30809 |
| GEORGIA DEPT OF REVENUE | 610 RONALD REAGAN DRIVE | BUILDING G-1 | | | EVANS | GA | 30809 |
| GEORGIA DEPT OF REVENUE | 528 BORAD ST SE | | | | GAINESVILLE | GA | 30501-3728 |
| GEORGIA DEPT OF REVENUE | 528 BORAD ST SE | | | | GAINESVILLE | GA | 30501-3728 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GEORGIA DEPT OF REVENUE | 1000 TOWNE CENTER BLVD | BLDG 900, STE A | | | POOLER | GA | 31322 |
| GEORGIA DEPT OF REVENUE | 1000 TOWNE CENTER BLVD | BLDG 900, STE A | | | POOLER | GA | 31322 |
| GRAND RAPIDS OFFICE OF CITY TREASURER | 300 MONROE AVE NW, STE 220 | | | | GRAND RAPIDS | MI | 49503 |
| GREENVILLE COUNTY | ATTN TAX COLLECTOR | 301 UNIVERSITY RIDGE, STE S-1100 | | | GREENVILLE | SC | 29601 |
| GREENVILLE OFFICE OF MGMNT & BUDGET | 206 S MAIN ST, 7TH FL | | | | GREENVILLE | SC | 29602 |
| HAMILTON COUNTY | ATTN TREASURER | 138 E COURT ST, RM 402 | | | CINCINNATI | OH | 45202 |
| HARRIS COUNTY | ATTN TAX ASSESSOR-COLLECTOR | 1001 PRESTON ST | | | HOUSTON | TX | 77002 |
| HARRIS COUNTY | ATTN TAX ASSESSOR-COLLECTOR | 1001 PRESTON ST | | | HOUSTON | TX | 77002 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| HENNEPIN COUNTY | ATTN TREASURER/TAX COLLECTOR | 300 S 6TH ST | | | MINNEAPOLIS | MN | 55487 |
| HILLSBOROUGH COUNTY | ATTN TAX COLLECTOR | 2506 N FALKENBURG RD | | | TAMPA | FL | 33619 |
| HUMBLE DEPARTMENT OF FINANCE | 114 W HIGGINS | | | | HUMBLE | TX | 77338 |
| IDAHO STATE TAX COMMISSION | 11321 W CHINDEN BLVD | | | | BOISE | ID | 83714-1021 |
| IDAHO STATE TAX COMMISSION | 1910 NORTHWEST BLVD | STE 100 | | | COEUR DALENE | ID | 83814-2371 |
| IDAHO STATE TAX COMMISSION | 150 SHOUP AVE | STE 16 | | | IDAHO FALLS | ID | 83402 |
| IDAHO STATE TAX COMMISSION | 1118 "F" ST | | | | LEWISTON | ID | 83501 |
| IDAHO STATE TAX COMMISSION | 1111 N 8TH AVE | | | | POCATELLO | ID | 83201-5789 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| IDAHO STATE TAX COMMISSION | 440 FALLS AVE | | | | TWIN FALLS | ID | 83301-3320 |
| ILLINOIS DEPT OF REVENUE | 555 W MONROE, STE 1100 | | | | CHICAGO | IL | 60661 |
| ILLINOIS DEPT OF REVENUE | SUBURBAN N REGIONAL BLDG | 9511 HARRISON ST | | | DES PLAINES | IL | 60016-1563 |
| ILLINOIS DEPT OF REVENUE | 15 EXECUTIVE DR STE 2 | | | | FAIRVIEW HEIGHTS | IL | 62208-1331 |
| ILLINOIS DEPT OF REVENUE | 2309 W MAIN ST STE 114 | | | | MARION | IL | 62959-1196 |
| ILLINOIS DEPT OF REVENUE | 200 S WYMAN ST | | | | ROCKFORD | IL | 61101 |
| ILLINOIS DEPT OF REVENUE | WILLARD ICE BLDG | 101 W JEFFERSON ST. | | | SPRINGFIELD | IL | 62702 |
| INDIANA DEPARTMENT OF REVENUE | PO BOX 7206 | | | | INDIANAPOLIS | IN | 46207 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| INDIANA DEPT OF REVENUE | 1531 S CURREY PIKE | STE 400 | | | BLOOMINGTON | IN | 47403 |
| INDIANA DEPT OF REVENUE | 1200 MADISON ST STE E | | | | CLARKSVILLE | IN | 47129 |
| INDIANA DEPT OF REVENUE | 4475 RAY BOLL BLVD | | | | COLUMBUS | IN | 47203 |
| INDIANA DEPT OF REVENUE | 500 S GREEN RIVER RD | STE 202, GOODWILL BLDG | | | EVANSVILLE | IN | 47715 |
| INDIANA DEPT OF REVENUE | 7230 ENGLE RD., STE. 314 | | | | FT WAYNE | IN | 46804 |
| INDIANA DEPT OF REVENUE | 100 N SENATE IGCN | RM N105 | | | INDIANAPOLIS | IN | 46204 |
| INDIANA DEPT OF REVENUE | 124 W SUPERIOR ST | | | | KOKOMO | IN | 46901 |
| INDIANA DEPT OF REVENUE | 100 EXECUTIVE DR STE B | | | | LAFAYETTE | IN | 47905 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| INDIANA DEPT OF REVENUE | 1411 E 85TH AVE | | | | MERRILLVILLE | IN | 46410 |
| INDIANA DEPT OF REVENUE | 3640 N BRIARWOOD LN STE 5 | | | | MUNCIE | IN | 47304 |
| INDIANA DEPT OF REVENUE | 105 E JEFFERSON BLVD STE 350 | | | | SOUTH BEND | IN | 46601 |
| INDIANA DEPT OF REVENUE | 30 N 8TH ST 3RD FL | | | | TERRE HAUTE | IN | 47807 |
| INDIANAPOLIS TREASURERS OFFICE | 200 E WASHINGTON ST | | | | INDIANAPOLIS | IN | 46204 |
| IOWA DEPT OF REVENUE | 1305 E WALNUT ST, 4TH FL | | | | DES MOINES | IA | 50319 |
| JACKSONVILLE DEPARTMENT OF FINANCE & ADMIN | 117 W DUVAL ST, STE 300 | | | | JACKSONVILLE | FL | 32202 |
| JEFFERSON COUNTY | ATTN TAX DIVISION | 200 S 5TH ST, STE 200N | | | LOUISVILLE | KY | 40202 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| JEFFERSON PARISH | ATTN REVENUE & TAXATION | 1233 WESTBANK EXPRESSWAY, 4TH FL | | | HARVEY | LA | 70058 |
| KANSAS CITY DEPARTMENT OF FINANCE | 414 E 12TH ST | | | | KANSAS CITY | MO | 64106 |
| KANSAS DEPT OF REVENUE | 120 SE 10TH AVE | | | | TOPEKA | KS | 66612-1588 |
| KENNER FINANCE DEPARTMENT | 1610 REVEREND RICHARD WILSON DR | | | | KENNER | LA | 70062 |
| KENT COUNTY | ATTN TREASURER | 300 MONROE AVE NW | | | GRAND RAPIDS | MI | 49503 |
| KENTUCKY DEPT OF REVENUE | 1539 GREENUP AVE | | | | ASHLAND | KY | 41101 |
| KENTUCKY DEPT OF REVENUE | 201 W PROFESSIONAL PARK CT | | | | BOWLING GREEN | KY | 42104 |
| KENTUCKY DEPT OF REVENUE | 15100 N US 26 E, STE 2 | | | | CORBIN | KY | 40701 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| KENTUCKY DEPT OF REVENUE | TURFWAY RIDGE OFFICE PARK | 7310 TURFWAY RD, STE 190 | | | FLORENCE | KY | 41042 |
| KENTUCKY DEPT OF REVENUE | 501 HIGH ST, STATION 38 | | | | FRANKFORT | KY | 40601-2103 |
| KENTUCKY DEPT OF REVENUE | 181 HAMMOND DR | | | | HOPKINSVILLE | KY | 42240 |
| KENTUCKY DEPT OF REVENUE | 600 W CEDAR ST, 2ND FL WEST | | | | LOUISVILLE | KY | 40202 |
| KENTUCKY DEPT OF REVENUE | CORPORATE CENTER | 401 FREDERICA ST | BDLG C, STE 201 | | OWENSBORO | KY | 42301 |
| KENTUCKY DEPT OF REVENUE | CLARK BUSINESS COMPLEX, STE G | 2928 PARK AVE | | | PADUCAH | KY | 42001 |
| KENTUCKY DEPT OF REVENUE | UNIPLEX CENTER | 126 TRIVETTE DR, STE 203 | | | PIKEVILLE | KY | 41501 |
| LAKEWOOD DEPARTMENT OF FINANCE | 6000 MAIN ST SW | | | | LAKEWOOD | WA | 98499 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| LAS VEGAS DEPARTMENT OF TAXATION | 700 E WARM SPRINGS RD, 2ND FL | | | | LAS VEGAS | NV | 89119 |
| LEE COUNTY | ATTN TAX COLLECTOR | 2480 THOMPSON ST | | | FORT MYERS | FL | 33901 |
| LONG BEACH DEPARTMENT OF FINANCE | 200 PINE AVE | | | | LONG BEACH | CA | 90802 |
| LOS ANGELES COUNTY | ATTN TREASURER/TAX COLLECTOR | 225 N HILL ST | 1ST FL LOBBY | | LOS ANGELES | CA | 90012 |
| LOUISIANA DEPT OF REVENUE | 617 N THIRD ST | | | | BATON ROUGE | LA | 70802 |
| LOUISIANA DEPT OF REVENUE | 617 N THIRD ST | | | | BATON ROUGE | LA | 70802 |
| LOUISIANA DEPT OF REVENUE | PO BOX 201 | | | | BATON ROUGE | LA | 70821 |
| LOUISIANA DEPT OF REVENUE | PO BOX 201 | | | | BATON ROUGE | LA | 70821 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| LOUISVILLE DEPARTMENT OF REVENUE COMMISSION | 617 W JEFFERSON ST | | | | LOUISVILLE | KY | 40202 |
| MACOMB COUNTY | ATTN TREASURER | 1 SOUTH MAIN ST, 2ND FL | | | MOUNT CLEMENS | MI | 48043 |
| MAINE REVENUE SERVICES | 51 COMMERCE DRIVE | | | | AUGUSTA | ME | 04330 |
| MARICOPA COUNTY | ATTN TREASURER | 301 W JEFFERSON ST, STE 100 | | | PHOENIX | AZ | 85003 |
| MARION COUNTY | ATTN TREASURER | 100 E MAIN ST, STE 105 | | | SALEM | IL | 62881 |
| MARYLAND DEPARTMENT OF TAXATION | 700 E PRATT ST, STE 2700 | | | | BALTIMORE | MD | 21202-6377 |
| MARYLAND OFFICE OF THE COMPTROLLER | REVENUE ADMINISTRATION CENTER | TAXPAYER SERVICES DIVISION | 110 CARROL ST | | ANNAPOLIS | MD | 21411-0001 |
| MASSACHUSETTS DEPT OF REVENUE | DIVISION OF LOCAL SERVICES | 100 CAMBRIDGE ST, 6TH FL | | | BOSTON | MA | 02114-9569 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| MASSACHUSETTS DEPT OF REVENUE | DIVISION OF LOCAL SERVICES | PO BOX 9569 | | | BOSTON | MA | 02114-9569 |
| MECKLENBURG COUNTY | ATTN TAX COLLECTOR | 3205 FREEDOM DR, STE 3000 | | | CHARLOTTE | NC | 28208 |
| MICHIGAN DEPT OF TREASURY | MICHIGAN DEPARTMENT OF TREASURY | | | | LANSING | MI | 48922 |
| MILWAUKEE COUNTY | ATTN TREASURER | 901 N 9TH ST, RM 102 | | | MILWAUKEE | WI | 53233-1462 |
| MILWAUKEE OFFICE OF CITY TREASURER | 200 E WELLS ST | | | | MILWAUKEE | WI | 53202 |
| MINNESOTA DEPT OF REVENUE | 600 N ROBERT ST. N | | | | SAINT PAUL | MN | 55101 |
| MISSISSIPPI DEPARTMENT OF REVENUE | 500 CLINTON CENTER DR | | | | CLINTON | MS | 39056 |
| MISSISSIPPI DEPARTMENT OF REVENUE | PO BOX 22808 | | | | JACKSON | MS | 39225-2808 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| MISSISSIPPI STATE TAX COMMISSION | 500 CLINTON CTR DR | | | | CLINTON | MS | 39056 |
| MISSISSIPPI STATE TAX COMMISSION | PO BOX 22808 | | | | JACKSON | MS | 39225-2808 |
| MISSOURI DEPT OF REVENUE | 301 W HIGH ST, RM 102 | | | | JEFFERSON CITY | MO | 65101 |
| MISSOURI DEPT OF REVENUE | 301 W HIGH ST, RM 102 | | | | JEFFERSON CITY | MO | 65101 |
| MONROEVILLE DEPARTMENT OF FINANCE | 2700 MONROEVILLE BLVD | | | | MONROEVILLE | PA | 15146 |
| MONTANA DEPT OF REVENUE | PO BOX 5805 | | | | HELENA | MT | 59604-5805 |
| MULTNOMAH COUNTY | ATTN ASSEMENT & TAXATION | 501 SE HAWTHORNE BLVD, STE 175 | | | PORTLAND | OR | 97214 |
| NASSAU COUNTY | ATTN TREASURER | 1 WEST ST | | | MINEOLA | NY | 11501 |

22

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| NEBRASKA DEPT OF REVENUE | 301 CENTENNIAL MALL S | | | | LINCOLN | NE | 68508 |
| NEBRASKA DEPT OF REVENUE | PO BOX 94818 | | | | LINCOLN | NE | 68509-4818 |
| NEBRASKA DEPT OF REVENUE | 304 N 5TH ST, STE D | | | | NORFOLK | NE | 68701-4091 |
| NEBRASKA DEPT OF REVENUE | 200 S SILBER ST | | | | NORTH PLATTE | NE | 69101-4200 |
| NEBRASKA DEPT OF REVENUE | NEBRASKA STATE OFFICE BLDG | 1313 FARNAM ST STE 100 | | | OMAHA | NE | 68102-1836 |
| NEBRASKA DEPT OF REVENUE | 505A BROADWAY STE 800 | | | | SCOTTSBLUFF | NE | 69361 |
| NEVADA DEPT OF TAXATION | 1550 COLLEGE PKWY | STE 115 | | | CARSON CITY | NV | 89706 |
| NEVADA DEPT OF TAXATION | 700 E WARM SPRINGS RD, 2ND FL | | | | LAS VEGAS | NV | 89119 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| NEVADA DEPT OF TAXATION | 4600 KIETZKE LANE | BLDG L, STE 235 | | | RENO | NV | 89502 |
| NEW HAMPSHIRE DEPT OF REVENUE ADMIN | 109 PLEASANT ST | | | | CONCORD | NH | 03301 |
| NEW HAMPSHIRE DEPT OF REVENUE ADMIN | TAXPAYER SERVICES DIVISION | PO BOX 637 | | | CONCORD | NH | 03302-0457 |
| NEW JERSEY DEPT OF THE TREASURY | DIVISION OF ADMINISTRATION | PO BOX 211 | | | TRENTON | NJ | 08625-0211 |
| NEW LONDON COUNTY | ATTN TAX COLLECTOR | 15 MASONIC ST | PO BOX 1305 | | NEW LONDON | CT | 06320 |
| NEW YORK DEPT. OF FINANCE | CORRESPONDENCE UNIT | ONE CENTRE ST, 22ND FL | | | NEW YORK | NY | 10007 |
| NEW YORK DEPT. OF TAXATION AND FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | | | ALBANY | NY | 12205-0300 |
| NEW YORK DEPT. OF TAXATION AND FINANCE | OFFICE OF COUNSEL | BUILDING 9 | WA HARRIMAN CAMPUS | | ALBANY | NY | 12227 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | PO BOX 5300 | | | | ALBANY | NY | 12205 |
| NORFOLK COUNTY | ATTN TREASURER/COLLECTOR | 1 LIBERTY LN | | | NORFOLK | MA | 02056 |
| NORTH CAROLINA DEPT OF REVENUE | 501 N WILMINGTON ST | | | | RALEIGH | NC | 27604 |
| NORTH CAROLINA DEPT OF REVENUE | 501 N WILMINGTON ST | | | | RALEIGH | NC | 27604 |
| NORTH CAROLINA DEPT OF REVENUE | PO BOX 25000 | | | | RALEIGH | NC | 27640-0640 |
| NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER | 600 E BLVD AVE | DEPT 127 | | | BISMARCK | ND | 58505-0599 |
| OFFICE OF THE ILLINOIS SECRETARY OF STATE | 213 STATE CAPITOL | | | | SPRINGFIELD | IL | 62756 |
| OHIO DEPARTMENT OF TAXATION | 4485 NORTHLAND RIDGE BLVD | | | | COLUMBUS | OH | 43218-2131 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| OHIO DEPT OF TAXATION | PO BOX 182131 | | | | COLUMBUS | OH | 43218-2131 |
| OKLAHOMA TAX COMMISSION | 300 N BROADWAY AVE | | | | OKLAHOMA CITY | OK | 73102 |
| OKLAHOMA TAX COMMISSION | OKLAHOMA TAX COMMISSION | | | | OKLAHOMA CITY | OK | 73914 |
| OMAHA DEPARTMENT OF REVENUE | 1819 FARNAM ST | | | | OMAHA | NE | 68183 |
| ORANGE COUNTY | ATTN TAX COLLECTOR | 301 S ROSALIND AVE | | | ORLANDO | FL | 32801 |
| OREGON DEPARTMENT OF REVENUE | 955 CENTER ST NE | | | | SALEM | OR | 97301 |
| OREGON DEPARTMENT OF REVENUE | 955 CENTER ST NE | | | | SALEM | OR | 97301 |
| ORLANDO DEPARTMENT OF TREASURY | 400 S ORANGE AVE | | | | ORLANDO | FL | 32801 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE | 401 N ST | | | | HARRISBURG | PA | 17120 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | HARRISBURG DISTRICT OFFICE | 1131 STRAWBERRY SQ | | | HARRISBURG | PA | 17128-0101 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280427 | | | | HARRISBURG | PA | 17128-0427 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280905 | | | | HARRISBURG | PA | 17128-0905 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PHILADELPHIA - CENTER CITY DISTRICT OFFICE | STE 204A | 110 N 8TH ST | | PHILADELPHIA | PA | 19107-2412 |
| PHOENIX DEPARTMENT OF FINANCE | 251 W WASHINGTON ST, 9TH FL | | | | PHOENIX | AZ | 85003 |
| PIERCE COUNTY | ATTN ASSESOR/TREASURER | 2401 S 35TH ST, RM 142 | | | TACOMA | WA | 98409 |
| PIMA COUNTY | ATTN TREASURER | 240 N STONE AVE | | | TUCSON | AZ | 85701 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| PORTLAND DEPARTMENT OF REVENUE | 111 SW COLUMBIA ST, STE 600 | | | | PORTLAND | OR | 97201 |
| PUERTO RICO DEPARTMENT OF THE TREASURY | DEPARTMENT OF FINANCE | 10 PASEO COVADONGA | | | SAN JUAN | PR | 00901 |
| RALEIGH DEPARTMENT OF FINANCE | 222 W HARGETT ST, 1ST FL | | | | RALEIGH | NC | 27601 |
| RHODE ISLAND DIVISION OF TAXATION | ONE CAPITOL HILL | | | | PROVIDENCE | RI | 02908-5800 |
| RICHMOND COUNTY | ATTN COUNTY CLERK | 130 STUYVESANT PL, 2ND FL | | | STATEN ISLAND | NY | 10301 |
| RICHMOND COUNTY | ATTN COUNTY CLERK | 130 STUYVESANT PL, 2ND FL | | | STATEN ISLAND | NY | 10301 |
| RICHMOND COUNTY | ATTN TREASURER | 101 COURT CIRCLE | PO BOX 400 | | WARSAW | VA | 22572 |
| RICHMOND DEPARTMENT OF TREASURY | 450 CIVIC CNTR PLAZA | | | | RICHMOND | CA | 94804 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| RICHMOND DEPARTMENT OF TREASURY | 450 CIVIC CNTR PLAZA | | | | RICHMOND | CA | 94804 |
| RICHMOND DEPARTMENT OF TREASURY | 450 CIVIC CNTR PLAZA | | | | RICHMOND | CA | 94804 |
| ROGERS REVENUE OFFICE | 2117 W WALNUT | | | | ROGERS | AR | 72756 |
| SALT LAKE CITY FINANCE DEPARTMENT | 451 S STATE ST | | | | SALT LAKE CITY | UT | 84111 |
| SALT LAKE COUNTY | ATTN TREASURER | 2001 S STATE ST, STE N1-200 | PO BOX 144575 | | SALT LAKE CITY | UT | 84114-4575 |
| SAN ANTONIO FINANCE DEPARTMENT | 100 W HOUSTON ST | | | | SAN ANTONIO | TX | 78205 |
| SAN ANTONIO FINANCE DEPARTMENT | 100 W HOUSTON ST | | | | SAN ANTONIO | TX | 78205 |
| SAN DIEGO COUNTY | ATTN TREASURER/TAX COLLECTOR | 1600 PACIFIC HWY, RM 162 | | | SAN DIEGO | CA | 92101 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| SAN DIEGO OFFICE OF THE CITY TREASURER | 1200 3RD AVE, STE 100 | | | | SAN DIEGO | CA | 92101 |
| SAVANNAH DEPARTMENT OF REVENUE | 305 FAHM ST | COASTAL GEORGIA CENTER | | | SAVANNAH | GA | 31401 |
| SOUTH CAROLINA DEPT OF REVENUE | 300A OUTLET POINTE BOULEVARD | | | | COLUMBIA | SC | 29210 |
| SOUTH DAKOTA DEPARTMENT OF REVENUE | 445 E CAPITOL AVE | | | | PIERRE | SD | 57501 |
| ST. CLAIR COUNTY | ATTN TREASURER | 10 PUBLIC SQ | | | BELLEVILLE | IL | 62220 |
| STATE OF HAWAII DEPARTMENT OF TAXATION | 54 S. HIGH STREET 208 | | | | WAILUKU | HI | 96793-2198 |
| STATEN ISLAND DEPARTMENT OF FINANCE | 350 ST MARKS PL | | | | STATEN ISLAND | NY | 10301 |
| STATEN ISLAND DEPARTMENT OF FINANCE | 350 ST MARKS PL | | | | STATEN ISLAND | NY | 10301 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| STERLING HEIGHTS DEPARTMENT OF TREASURY | 40555 UTICA RD | | | | STERLING HEIGHTS | MI | 48313 |
| STRONGSVILLE DEPARTMENT OF FINANCE | 16099 FOLTZ PKWY | | | | STRONGSVILLE | OH | 44149 |
| SYOSSET FINANCE DEPARTMENT | 6800 JERICHO TRPK, STE 111E | | | | SYOSSET | NY | 11791 |
| TENNESSEE DEPARTMENT OF REVENUE | 500 DEADERICK ST | | | | NASHVILLE | TN | 37242 |
| TENNESSEE DEPARTMENT OF REVENUE | 500 DEADERICK ST | | | | NASHVILLE | TN | 37242 |
| TENNESSEE DEPARTMENT OF REVENUE | 500 DEADERICK STREET | | | | NASHVILLE | TN | 37242 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BLDG | 111 E 17TH ST | | | AUSTIN | TX | 78774 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BLDG | 111 E 17TH ST | | | AUSTIN | TX | 78774 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 13528 | CAPITOL STATION | | | AUSTIN | TX | 78711-3528 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 13528 | CAPITOL STATION | | | AUSTIN | TX | 78711-3528 |
| TRAVIS COUNTY | ATTN TAX COLLECTOR | 2433 RIDGEPOINT DR | | | AUSTIN | TX | 78754-5231 |
| TUCSON DEPARTMENT OF BUSINESS SERVICES | 255 W ALAMEDA ST | | | | TUCSON | AZ | 85701 |
| UTAH STATE TAX COMMISSION (FEDEX, UPS) | 210 N 1950 W | | | | SALT LAKE CITY | UT | 84116 |
| UTAH STATE TAX COMMISSION (USPS) | 210 N 1950 W | | | | SALT LAKE CITY | UT | 84134 |
| VIRGINIA BEACH COMMISSIONER OF REVENUE | 2401 COURTHOUSE DR | | | | VIRGINIA BEACH | VA | 23456 |
| VIRGINIA BEACH COUNTY | ATTN TREASURER | 2401 COURTHOUSE DR | | | VIRGINIA BEACH | VA | 23456 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| VIRGINIA DEPT OF TAXATION | 1957 WESTMORELAND STREET | | | | RICHMOND | VA | 23230 |
| VIRGINIA DEPT OF TAXATION | OFFICE OF CUSTOMER SERVICES | PO BOX 1115 | | | RICHMOND | VA | 23218-1115 |
| WAKE COUNTY | ATTN TAX ADMIN | 301 S MCDOWELL ST, STE 3800 | | | RALEIGH | NC | 27601 |
| WAKE COUNTY DEPARTMENT OF TAX ADMINISTRATION | PO BOX 2331 | | | | RALEIGH | NC | 27602 |
| WASHINGTON STATE DEPARTMENT OF REVENUE | 2101 4TH AVE STE 1400 | | | | SEATTLE | WA | 98121 |
| WASHINGTON STATE DEPT OF REVENUE | EXECUTIVE OFFICE | PO BOX 47450 | | | OLYMPIA | WA | 98504-7450 |
| WASHINGTON STATE DEPT OF REVENUE | PO BOX 47478 | | | | OLYMPIA | WA | 98504-7478 |
| WATERFORD TAX COLLECTOR | 15 ROPE FERRY RD | | | | WATERFORD | CT | 06385 |

DE:4871-2280-9582.6 28613.00001

| Creditor Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| WEST MEMPHIS REVENUE OFFICE | 250 SHOPPING WAY, STE A | | | | MEMPHIS | AR | 72301-1750 |
| WEST VIRGINIA TAX DIVISION | 1001 LEE ST EAST | | | | CHARLESTON | WV | 25301 |
| WILLIAMSON COUNTY | ATTN TRUSTEE | 1320 W MAIN ST, STE 203 | | | FRANKLIN | TN | 37064 |
| WISCONSIN DEPARTMENT OF REVENUE | PO BOX 8949 | | | | MADISON | WI | 53708 |
| WISCONSIN DEPT OF REVENUE | 2135 RIMROCK RD | | | | MADISON | WI | 53713 |
| WYANDOTTE COUNTY | ATTN TREASURY | 710 N 7TH ST, STE 240 | | | KANSAS CITY | KS | 66101 |
| WYOMING DEPARTMENT OF REVENUE | 122 WEST 25TH ST, STE E301 | HERSCHLER BUILDING EAST | | | CHEYENNE | WY | 82002-0110 |
| YUKON FINANCE CITY CLERKS OFFICE | 500 W MAIN ST | | | | YUKON | OK | 73099 |

34