## EXHIBIT B

**Final Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FLUID MARKET INC., *et al.*,[1] | Case No. 24-12363 (____) |
| Debtors. | (Joint Administration Requested) |

### FINAL ORDER (I) AUTHORIZING DEBTORS TO
### (A) MAINTAIN EXISTING INSURANCE POLICIES AND PAY ALL INSURANCE
### OBLIGATIONS ARISING THEREUNDER, AND (B) RENEW, SUPPLEMENT,
### MODIFY, OR PURCHASE INSURANCE COVERAGE

Upon the motion (the "Motion")[2] of the Debtors for entry of an interim order and this final

order (the "Order") (i) authorizing the Debtors, in their discretion, to (a) maintain their existing

insurance policies and pay all insurance obligations arising thereunder or in connection therewith,

and (b) renew, supplement, modify or purchase insurance coverage; and (ii) granting related relief,

all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and

this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the

*Amended Standing Order of Reference* from the United States District Court for the District of

Delaware dated February 29, 2012; and this Court having found that this is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of these cases and this

proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having

found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were

appropriate under the circumstances and no other notice need be provided; and this Court having

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Fluid Market Inc. (1365) and Fluid Fleet Services, LLC (5994).  The Debtors' service address is 3827 Lafayette St., Suite #149, Denver, CO 80205.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT**:**

1.      The Motion is granted on a final basis as set forth herein.

2.      The Debtors are authorized, in their discretion, to continue the Insurance Policies in the ordinary course of business and honor their Insurance Obligations thereunder, including any prepetition amounts outstanding on account of the Insurance Policies to the extent that the Debtors determine, in their discretion, that such actions are in the best interests of their estates.

3.      The Debtors are authorized to renew, supplement, modify or enter into new Insurance Policies in the ordinary course.

4.      The Debtors are authorized, in their discretion, to pay any amounts that become due and owing to the Broker on account of commissions on a postpetition basis in the ordinary course of business and consistent with past practices.

5.      The Debtors are authorized, in their discretion, to pay US Fire Insurance for prepetition premiums and to continue to pay post-petition premiums to US Fire Insurance in the ordinary course of business and consistent with past practices.

6.      Nothing in this Order nor any action taken hereunder:  (a) is intended or shall be deemed to constitute an assumption of any agreement pursuant to section 365 of the Bankruptcy Code or an admission as to the validity of any claim against the Debtors or their estates; (b) shall impair, prejudice, waive, or otherwise affect the rights of the Debtors or their estates to contest the validity, priority, or amount of any claim against the Debtors or their estates; (c) shall impair, prejudice, waive, or otherwise affect the rights of the Debtors or their estates with respect to any

and all claims or causes of action against any third party; (d) shall be construed as a promise to pay a claim or continue any applicable program postpetition, which decision shall be in the discretion of the Debtors; or (e) shall create, or is intended to create, any rights in favor of, or enhance the status of any claim held by, any person.  Any payment made pursuant to this Order is not intended to be nor should it be construed as an admission as to the validity of any claim or a waiver of the Debtors' rights to subsequently dispute such claim.

7.     Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof and notice of the Motion as provided therein shall be deemed good and sufficient pursuant to the requirements of Bankruptcy Rule 6004(a) and the Local Rules.

8.     The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9.     This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

## EXHIBIT C

### Schedule of Insurance Policies[1]

| Type of Coverage | Insurer | Policy Number | Policy Term |
|---|---|---|---|
| General Liability | Lloyd's | B0509BOWCN2352296 | 12/7/2023 to 12/7/2024 |
| Excess General Liability | Lloyd's | B0509BOWCN2352314 | 12/7/2023 to 12/7/2024 |
| International Package Policy(CGL, EBL, Auto, Employee) | The Insurance Company of the State of Pennsylvania | WS11020023 | 12/7/2023 to 12/7/2024 |
| Property | Federal Insurance Company | 3608-41-05 CHI | 12/7/2023 to 12/7/2024 |
| Cyber Risk | Coalition Insurance Company | C-4LRM-240871-CYBER-2023-A | 12/7/2023 to 12/7/2024 |
| Directors and Officers Liability | Scottsdale Indemnity Company | EKI3504768 | 12/7/2023 to 12/7/2024 |
| Directors and Officers Liability Side A | Everest | SA00000122-241 | 8/28/2024 to 8/28/2025 |
| Automobile | United States Fire Insurance Company | 133-756494-3 | 4/1/2024 to 4/1/2025 |
| Automobile Excess | Crum & Forster Specialty Insurance Company | SEO-129403 | 4/1/2024 to 4/1/2025 |

---

[1]  The inclusion of an Insurance Policy, on or the omission of an Insurance Policy from **Exhibit C** does not indicate the Debtors' intention to, in the future renew or enter into new Insurance Policies not listed on **Exhibit C**.  In addition, the Debtors reserve the right to amend, modify, or supplement **Exhibit C**.  The descriptions of the Insurance Policies set forth in this Motion, including on **Exhibit C**, constitute a summary only.  The actual terms of the Insurance Policies and related agreements will govern in the event of any inconsistency with the description in this Motion.  The Debtors request authority to honor existing Insurance Policies and to renew Insurance Policies, as applicable, regardless of whether the Debtors inadvertently failed to include a particular Insurance Policy on **Exhibit C**, and any such omitted Insurance Policy is hereby included in the defined term "Insurance Policies" as used herein and in the Interim and Final Orders.