# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FLUID MARKET INC., *et al.*,[1] | ) Case No. 24-12363 (CTG) |
| Debtors. | ) (Joint Administration Requested) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 18, 2024 AT 11:00 A.M. (ET)[2]

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourtappearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by one-hour prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

1. Voluntary Petitions:

    A. Fluid Market Inc. [Filed October 16, 2024] (Docket No. 1 )

    B. Fluid Fleet Services, LLC [Filed October 16, 2024] (Docket No. 1)

    **First Day Declaration**

2. Declaration of T. Scott Avila in Support of the Debtors' Chapter 11 Petitions and First Day Relief [Filed October 16, 2024] (Docket No. 13)

    Status: The Debtors will ask the Court to admit the Declaration into evidence. To the extent the Court or any party in interest has questions regarding the Declaration or the factual bases for the first-day relief the Debtors seek, Mr. Avila will be available on the Zoom platform.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Fluid Market Inc. (1365) and Fluid Fleet Services, LLC (5994). The Debtors' service address is 3827 Lafayette St., Suite #149, Denver, CO 80205.

[2] This Agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at https://www.deb.uscourts.gov, or for free by accessing the Debtors' restructuring website at https://dm.epiq11.com/case/fluidtruck/info.

**Administrative Motions**

3. Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only [Filed October 16, 2024] (Docket No. 2)

   Status: This matter will go forward.

4. Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information of Individuals; and (II) Granting Related Relief [Filed October 16, 2024] (Docket No. 3)

   Status: This matter will go forward with respect to an interim order.

5. Debtors' Application for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtors, Effective as of the Petition Date, and (II) Granting Related Relief [Filed October 16, 2024] (Docket No. 4)

   Status: This matter will go forward.

**First Day Motions Pertaining to Operations**

6. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Filed October 16, 2024] (Docket No. 5)

   Status: This matter will go forward with respect to an interim order.

7. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing, but not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed October 16, 2024] (Docket No. 6)

   Status: This matter will go forward with respect to an interim order.

8. Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing, but not Directing, the Payment of Certain Taxes and Fees; and (II) Granting Related Relief [Filed October 16, 2024] (Docket No. 7)

   Status: This matter will go forward with respect to an interim order.

4878-7423-2304.1 28613.00001

9. Motion for Entry of Interim and Final Orders Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage [Filed October 16, 2024] (Docket No. 8)

    Status:  This matter will go forward with respect to an interim order.

10. Debtors' Motion for Entry of Interim and Final Orders: (I) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections to Adequate Assurance by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief [Filed October 16, 2024] (Docket No. 9)

    Status:  This matter will go forward with respect to an interim order.

11. Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief [Filed October 16, 2024] (Docket No. 10)

    Status:  This matter will go forward with respect to an interim order.

### DIP Financing Motion

12. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Superpriority, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed October 16, 2024] (Docket No. 11)

    Status:  This matter will go forward with respect to an interim order.

*[Remainder of Page Intentionally Left Blank]*

4878-7423-2304.1 28613.00001

**Motions for Scheduling**

13. Debtors' Motion Seeking Entry of an Order (I) Authorizing (A) Rejection of Unexpired Lease and (B) Abandonment of Personal Property; and (II) Granting Related Relief [Filed October 16, 2024] (Docket No. 12)

    Status:  This matter will go forward.

| | |
|---|---|
| Dated:  October 17, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: ljones@pszjlaw.com<br>           dbertenthal@pszjlaw.com<br>           tcairns@pszjlaw.com<br><br>*Proposed Counsel to the*<br>*Debtors and Debtors in Possession* |