IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FLUID MARKET INC., *et al.*,[1] | ) ) ) | Case No. 24-12363 (CTG) |
| Debtors. | ) ) | (Joint Administration Requested) |

**Ref. Docket Nos. 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13**

**Hearing Date: October 18, 2024 @ 11:00 a.m. (ET)**

## NOTICE OF HEARING ON FIRST DAY MOTIONS

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourtappearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by one-hour prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**PLEASE TAKE NOTICE** that on October 16, 2024 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors are continuing to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that together with their chapter 11 petitions, the Debtors also filed the following applications and motions set forth below (collectively, the "First

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Fluid Market Inc. (1365) and Fluid Fleet Services, LLC (5994). The Debtors' service address is 3827 Lafayette St., Suite #149, Denver, CO 80205.

Day Motions"). The Debtors intend to seek approval of certain of the First Day Motions at a hearing by Zoom video conference (the "First Day Hearing") before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801, on **October 18, 2024 at 11:00 a.m. (prevailing Eastern Time).**

### First Day Declaration

1. Declaration of T. Scott Avila in Support of the Debtors' Chapter 11 Petitions and First Day Relief [Filed October 16, 2024] (Docket No. 13)

### Administrative Motions

2. Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only [Filed October 16, 2024] (Docket No. 2)

3. Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information of Individuals; and (II) Granting Related Relief [Filed October 16, 2024] (Docket No. 3)

4. Debtors' Application for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtors, Effective as of the Petition Date, and (II) Granting Related Relief [Filed October 16, 2024] (Docket No. 4)

### First Day Motions Pertaining to Operations

5. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Filed October 16, 2024] (Docket No. 5)

6. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing, but not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed October 16, 2024] (Docket No. 6)

7. Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing, but not Directing, the Payment of Certain Taxes and Fees; and (II) Granting Related Relief [Filed October 16, 2024] (Docket No. 7)

8. Motion for Entry of Interim and Final Orders Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage [Filed October 16, 2024] (Docket No. 8)

9. Debtors' Motion for Entry of Interim and Final Orders: (I) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections to Adequate Assurance by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief [Filed October 16, 2024] (Docket No. 9)

10. Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief [Filed October 16, 2024] (Docket No. 10)

### Debtor in Possession Financing Motion

11. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Superpriority, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed October 16, 2024] (Docket No. 11)

### Motion for Scheduling

12. Debtors' Motion Seeking Entry of an Order (I) Authorizing (A) Rejection of Unexpired Lease and (B) Abandonment of Personal Property; and (II) Granting Related Relief [Filed October 16, 2024] (Docket No. 12)

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions may be obtained for a fee through the Court's website at https://www.deb.uscourts.gov, referencing Case No. 24-12363 (CTG), or for free by accessing the Debtors' restructuring website at https://dm.epiq11.com/case/fluidtruck/info

*[Remainder of Page Intentionally Left Blank]*

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

Dated: October 17, 2024　　　　　　　　　　**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
　　　　dbertenthal@pszjlaw.com
　　　　tcairns@pszjlaw.com

*Proposed Counsel to the
Debtors and Debtors in Possession*