## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Fluid Market Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 24-12363 (CTG)<br><br>**Hearing date: 12/18/24 at 10 a.m.**<br>**Objection Deadline: 12/11/24 at 4 p.m.** |

## NOTICE OF MOTION AND PRELIMINARY HEARING

**PLEASE TAKE NOTICE** that on December 4, 2024, Always Funday LLC, Broken Mirror, LLC, FCP Transport, LLC, FTS Funds, LLC, FSS Logistics Group Investments, LLC, AFFT, LLC, Kerman Vehicles, LLC, Kerman Vehicles Oregon, LLC, No Mondays LLC, Premier Palm Ventures, LLC, and SA Transport, LLC ("Movants"), by and through their undersigned counsel, filed the Motion of Always Funday LLC, Broken Mirror, LLC, FCP Transport, LLC, FTS Funds, LLC, FSS Logistics Group Investments, LLC, AFFT, LLC, Kerman Vehicles, LLC, Kerman Vehicles Oregon, LLC, No Mondays LLC, Premier Palm Ventures, LLC, and SA Transport, LLC filed the *Motion for Relief from the Automatic Stay* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be (a) in writing and served on or before **December 11, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline"), (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and (c) served as to be received on or before the Objection Deadline by the undersigned counsel for Movants.

**PLEASE TAKE FURTHER NOTICE** that a preliminary hearing on the Motion shall be held on **December 18, 2024, at 10:00 a.m. (ET)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

IF NO OBJECTION OR RESPONSE TO THE MOTION IS TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Fluid Market, Inc. (1365); and Fluid Fleet Services, LLC (5994). The Debtors' service address is 3827 Lafayette St., Suite #149, Denver, CO 80205.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: December 4, 2024

**ESBROOK P.C.**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE 4885)
1000 N. West Street - Suite 1200
Wilmington, DE 19801
302-650-7540
scott.leonhardt@esbrook.com

-and-

**ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.**
Patrick D. Vellone, Esq. (*pro hac vice*)
Brenton Gragg, Esq. (*pro hac vice*)
1600 Stout St., Suite 1900
Denver, Colorado 80202
(303) 534-4499
PVellone@allen-vellone.com
BGragg@allen-vellone.com

*Counsel for the Movants*