**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Fluid Market Inc., *et al.*, | Case No.: 24-12363 CTG |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Scott J. Leonhardt, hereby certify that on December 4, 2024, I caused a copy of the *Motion of Always Funday LLC, Broken Mirror, LLC, FCP Transport, LLC, FTS Funds, LLC, FSS Logistics Group Investments, LLC, AFFT, LLC, Kerman Vehicles, LLC, Kerman Vehicles Oregon, LLC, No Mondays LLC, Premier Palm Ventures, LLC, and SA Transport, LLC for Relief from the Automatic Stay* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case, and via Electronic Mail on the below parties.

Laura Davis Jones, Esquire
David M. Bertenthal, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
ljones@pszjlaw.com
dbertenthal@pszjlaw.com
tcairns@pszjlaw.com

Curtis S. Miller, Esquire
Echo Yi Qian, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
cmiller@morrisnichols.com
eqian@morrisnichols.com

Jody C. Barillare, Esquire
Morgan, Lewis & Bockius LLP
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
jody.barillare@morganlewis.com

Joseph Cudia, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
joseph.cudia@usdoj.gov

Ori Katz, Esquire
Robert K. Sahyan, Esquire
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111
okatz@sheppardmullin.com
rsahyan@sheppardmullin.com

Michael Luskin, Esquire
Morgan, Lewis & Bockius LLP
101 Park Avenue
New   York,   NY   10178-0060
michael.luskin@morganlewis.com

Michael K. Gocksch, Esquire
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
michael.gocksch@morganlews.com


Dated: December 4, 2024

**ESBROOK P.C.**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE 4885)
1000 N. West Street - Suite 1200
Wilmington, DE 19801
302-650-7540
scott.leonhardt@esbrook.com

-and-

**ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.**
Patrick D. Vellone, Esq. (*pro hac vice*)
Brenton Gragg, Esq. (*pro hac vice*)
1600 Stout St., Suite 1900
Denver, Colorado 80202
(303) 534-4499
PVellone@allen-vellone.com
BGragg@allen-vellone.com

*Counsel for Movants*