**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FLUID MARKET INC., *et al.*,[1] | Case No. 24-12363 (CTG) |
| Debtor. | (Jointly Administered) |

**VERIFIED STATEMENT OF BIELLI & KLAUDER, LLC
PURSUANT TO BANKRUPTCY RULE 2019**

Bielli & Klauder, LLC ("BK") hereby makes the following verified statement (this "Verified Statement"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in connection with its representation in these cases of a group of owners of vehicles made available for the above-captioned debtors (collectively, the "Debtors") to lease to their customers (collectively, the "Vehicle Owners").

1. In November 2024, the Vehicle Owners retained BK as their counsel with respect to the Fluid Vehicle Investor Program.

2. As of the date of this Verified Statement, BK represents (as that term is defined in Bankruptcy Rule 2019(a)(2)) the Vehicle Owners, comprised of the entities that are attached on **Exhibit A** hereto.

3. BK does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases. BK does not represent the Vehicle Owners as a "committee" (as such term is used in the Bankruptcy Code and Bankruptcy Rules) and does not undertake to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Fluid Market Inc. (1365) and Fluid Fleet Services, LLC (5994). The Debtors' service address is 3827 Lafayette St., Suite #149, Denver, CO 80205.

represent the interests of, and are not fiduciaries for, any creditor, party in interest, or other entity that has not signed a retention agreement with BK.

4.     In addition, the Vehicle Owners do not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.  Should a conflict arise, counsel will disclose it to the Office of the United States Trustee and seek guidance.

5.     Upon information and belief formed after due inquiry, BK does not hold any disclosable economic interests (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtors.

6.     The name and addresses of each of the members of the Vehicle Owners, together with the nature and amount of the disclosable economic interests held by each of them in relation to the Debtors, are set forth in Exhibit A attached hereto.  The information set forth in Exhibit A is based on information provided to BK by the members of the Vehicle Owners and is intended only to comply with Bankruptcy Rule 2019 and not for any other purposes. BK does not make any representation regarding the validity, amount, allowance or priority of such claims and reserve all rights with respect thereto.

7.     Nothing contained in this Verified Statement (including Exhibit A hereto) should be construed as a limitation upon, or waiver of, any rights of any member of the Vehicle Owners to assert, filed and/or amend it claims in accordance with applicable law and any orders entered in these chapter 11 cases.

8.     The undersigned verifies that the foregoing is true and correct to the best of its knowledge.

9.     Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the members of the Vehicle Owners to

have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court, (ii) a waiver or release of the rights of any of the members of the Vehicle Owners to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights of the members of the Vehicle Owners may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these chapter 11 cases against or otherwise involving any of the members of the Vehicle Owners; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which any of the members of the Vehicle Owners are or may be entitled, in law or in equity, applicable law or under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved in all respects.

10.    The Vehicle Owners, through its undersigned counsel, reserves the right to amend or supplement this Verified Statement in accordance with the requirements of the Bankruptcy Rule 2019 at any time in the future.

Dated:  December 6, 2024                    **BIELLI & KLAUDER, LLC**
Wilmington, Delaware

                                            */s/ David M. Klauder*
                                            David M. Klauder, Esquire (No. 5769)
                                            1204 N. King Street
                                            Wilmington, DE 19801
                                            Phone: (302) 803-4600
                                            Email: dklauder@bk-legal.com

                                            *Counsel for Urban Interests LLC, BWB Fleet & Travel LLC, CNS Holdings LLC, JRGS Investments, LLC, Moonglow Investments LLC, Pontiac Way Trucking LLC, M2 Services LLC, M2 Services  II,LLC, Dog Transport LLC, M3 Leasing LLC and Pinter Logistics Inc.*