**Exhibit A**

**Members of the Vehicle Owners**

| Name and Address | Nature and Amount of Disclosable Economic Interest[2] |
|---|---|
| Urban Interests LLC | $178,216 |
| BWB Fleet & Travel, LLC | $59,392.59 |
| CNS Holdings LLC | $83,777.67 |
| JRGS Investments, LLC | $141,900.56 |
| Moonglow Investments LLC | $56,154.44 |
| Pontiac Way Trucking LLC | $21,803.00 |
| M2 Services LLC | $156,295.19 |
| M2 Services II, LLC | $144,255.12 |
| Dog Transport LLC | $251,185.11 |
| M3 Leasing LLC | $35,788.45 |
| Pintler Logistics Inc. | $185,864.00 |

---

[2] The foregoing are best estimates (some of which are not current through today) and are not binding admissions. Each member of the Vehicle Owners reserves all rights to supplement these amounts/assert additional amounts are owed.