# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FLUID MARKET INC., *et al.*,[1] | Case No. 24-12363 (CTG) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, David M. Klauder, certify that on December 6, 2024, I caused a true and correct copy of the *Verified Statement of Bielli & Klauder, LLC Pursuant to Bankruptcy Rule 2019* to be served through the Court's CM/ECF system upon all registered participants and via electronic mail upon the parties listed on the attached Service List.

Dated: December 6, 2024  
Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

*Counsel for Urban Interests LLC, BWB Fleet & Travel LLC, CNS Holdings LLC, JRGS Investments, LLC, Moonglow Investments LLC, Pontiac Way Trucking LLC, M2 Services LLC, M2 Services II, LLC, Dog Transport LLC, M3 Leasing LLC and Pintler Logistics Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Fluid Market Inc. (1365) and Fluid Fleet Services, LLC (5994). The Debtors' service address is 3827 Lafayette St., Suite #149, Denver, CO 80205.