**SERVICE LIST**

Jason Daniel Angelo, Esq.
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
JAngelo@reedsmith.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl & Jones LLP
919 North Market St, 17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com

Scott J. Leonhardt, Esq.
Esbrook P.C.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
scott.leonhardt@esbrook.com

Maxim B. Litvak, Esq.
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104-4436
mlitvak@pszjlaw.com

Fang Bu, Esq.
DOJ-Ust
844 N. King Street, Suite 2207
Wilmington, DE 19806
fang.bu@usdoj.gov

Joseph F. Cudia, Esq.
U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
joseph.cudia@usdoj.gov

Ira L. Herman, Esq.
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
ira.herman@blankrome.com

Matthew E. Kaslow, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
matt.kaslow@blankrome.com

Josef W. Mintz, Esq.
Lawrence Raymond Thomas, III, Esq.
Jordan Williams, Esq.
Blank Rome, LLP
1201 N. Market Street
Wilmington, DE 19801
mintz@blankrome.com
Lorenzo.thomas@blankrome.com
jordan.williams@blankrome.com

Joseph M Welch, Esq.
Blank Rome LLP
4 Park Plaza, Suite 450
Irvine, CA 92614
joseph.welch@blankrome.com