**EXHIBIT A**

Con Edison:
    Electric - https://lite.coned.com/_external/cerates/elec.asp
    Gas - https://www.coned.com/en/rates-tariffs/rates/natural-gas?facettab=8cec6928-c68d-40f7-838c-56468a08f82c

DEV: https://www.dominionenergy.com/virginia/rates-and-tariffs/business-rates

Entergy AK: https://www.entergy-arkansas.com/your_business/business_tariffs/

Entergy LA: https://cdn.entergy-louisiana.com/userfiles/content/price/tariffs/ell_elec_terms-conditions.pdf

Entergy MS: https://www.entergy-mississippi.com/your_business/business_tariffs/

Entergy TX: https://www.entergy-texas.com/your_business/business_tariffs/

FPL: http://www.fpl.com/customer/rates_and_bill/rules_tariffs.shtml

Georgia Power: https://www.georgiapower.com/business/prices-rates/business-tariffs.cshtml

SDG&E: https://www.sdge.com/rates-and-regulations

CL&P: https://www.eversource.com/content/nh/business/about/doing-business-with-us/builders-contractors/interconnections/connecticut-net-metering/connecticut-tariffs-rules

PSNH: http://www.psnh.com/Templates/Content.aspx?id=4294967779&terms=tariffs

NStar - East: https://www.eversource.com/content/general/about/about-us/doing-business-with-us/builders-contractors/interconnections/massachusetts-net-metering/massachusetts-tariffs-rules