**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: <br><br> CLAIRE'S HOLDINGS LLC, *et al.*,[1] <br><br> Debtor. | Case No.: 25-11454 (BLS) <br><br> Chapter 11 <br><br> (Jointly Administered) |

**CURE OBJECTION OF WEST ACRES DEVELOPMENT, LLP**

**(STORE NO. 5146)**

West Acres Development, LLP ("West Acres"), by and through counsel, hereby files this limited objection to its proposed cure amount (the "Cure Objection") in the Debtors' Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases [Docket No. 209] (the "Cure Notice"), and states as follows:

Background

1.  Debtor and West Acres are parties to that certain Lease Agreement dated as of July 17, 2001 (as amended, the "Lease") for Store No. 5146 located in the West Acres Shopping Center, 3902 13th Avenue S., Fargo, ND 58103. A true and correct copy of the Lease is attached as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canda Corp. (7936); Claire Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769): and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

2. The Cure Notice erroneously states that the cure amount due to West Acres is $32,632.

3. West Acres' records indicate that Debtors' prepetition payment default under the Lease is $34,715.30. A true and correct copy of an account statement for Store No. 5146 is attached hereto as <u>Exhibit B</u>.

## LAW AND ARGUMENT

The Debtor may not assume the Lease unless it:

(A) cures, or provides adequate assurance that the trustee will promptly cure, such default…;

(B) compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and

(C) provides adequate assurance of future performance under such contract or lease.

11 U.S.C. § 365(b)(1). West Acres objects to the Cure Notice because the proposed cure amount is less than the amount of Debtors' prepetition payment default. West Acres further objects to the extent that the proposed cure amount does not compensate it for any unpaid amounts due under the Lease after the petition date through the date of assumption.

Dated: August 25, 2025.

**VOGEL LAW FIRM**

BY: <u>/S/ Kesha L. Tanabe</u>
Kesha L. Tanabe (NY#4369112)
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
701.237.6983
ATTORNEYS FOR WEST ACRES
DEVELOPMENT, LLP

# EXHIBIT A

[LEASE AND AMENDMENTS]

**EXHIBIT B**

[ACCOUNT STATEMENT]