

# Statement

Page: 1/3
Date: 8/1/2025
Account: 0106

3902 13th Ave., S., Suite 3717
Fargo ND 58103-7512
Phone 701.282.2222

Amount Paid: _____

CLAIRE'S BOUTIQUE #5146

RENT DEPT
3 SW 129TH AVE
PEMBROKE PINES FL    33027

Payment Terms: Due On First
Finance Charge APR: 18.00%

| Document No. | Date | Code | Description | Amount | Balance |
|---|---|---|---|---:|---:|
| 42986 | 12/31/2021 | PMT | | ($49.95) | ($49.95) |
| 43032 | 12/31/2021 | PMT | | ($399.45) | ($449.40) |
| C0106000000000000045 | 1/1/2022 | SLS | CAM | $1,755.62 | $1,306.22 |
| D0106000000000000045 | 1/1/2022 | SLS | Merchants Assn Dues | $205.17 | $1,511.39 |
| 42986 | 12/31/2021 | PMT | Applied: D0106000000000000045 | ($193.03) | $1,318.36 |
| H0106000000000000045 | 1/1/2022 | SLS | Heat | $62.14 | $1,380.50 |
| T0106000000000000045 | 1/1/2022 | SLS | Taxes | $304.58 | $1,685.08 |
| CR%R0106-YR END | 7/28/2022 | CR | Refund % Rent-Yr End 6/30/22 | ($468.79) | $1,216.29 |
| S0106 1 | 10/1/2022 | SLS | Storage 10/1-10/9 | $101.61 | $1,317.90 |
| S0106 2 | 10/1/2022 | SLS | Storage 10/10-10/31 | $248.39 | $1,566.29 |
| 44031 | 10/4/2022 | PMT | | ($91.94) | $1,474.35 |
| R0106000000000000057 | 2/1/2023 | SLS | Rent | $12,759.99 | $14,234.34 |
| 44504 | 2/2/2023 | PMT | Applied: R0106000000000000057 | ($12,759.98) | $1,474.36 |
| C0106000000000000059 | 3/1/2023 | SLS | CAM | $1,915.22 | $3,389.58 |
| 44619 | 3/1/2023 | PMT | Applied: C0106000000000000059 | ($1,915.21) | $1,474.37 |
| R0106000000000000059 | 4/1/2023 | SLS | Rent | $12,759.99 | $14,234.36 |
| 44731 | 3/30/2023 | PMT | Applied: R0106000000000000059 | ($12,759.98) | $1,474.38 |
| C0106000000000000061 | 5/1/2023 | SLS | CAM | $1,915.22 | $3,389.60 |
| 44880 | 5/3/2023 | PMT | Applied: C0106000000000000061 | ($1,915.21) | $1,474.39 |
| C0106000000000000062 | 6/1/2023 | SLS | CAM | $1,915.22 | $3,389.61 |
| 44963 | 6/2/2023 | PMT | Applied: C0106000000000000062 | ($1,915.21) | $1,474.40 |
| C0106000000000000063 | 7/1/2023 | SLS | CAM | $1,915.22 | $3,389.62 |
| 45068 | 7/5/2023 | PMT | Applied: C0106000000000000063 | ($1,915.21) | $1,474.41 |
| C0106000000000000064 | 8/1/2023 | SLS | CAM | $1,915.22 | $3,389.63 |
| 45205 | 8/1/2023 | PMT | Applied: C0106000000000000064 | ($1,915.21) | $1,474.42 |
| C0106000000000000065 | 9/1/2023 | SLS | CAM | $1,915.22 | $3,389.64 |
| 45301 | 9/1/2023 | PMT | Applied: C0106000000000000065 | ($1,915.21) | $1,474.43 |
| C0106000000000000066 | 10/1/2023 | SLS | CAM | $1,915.22 | $3,389.65 |
| 45484 | 10/3/2023 | PMT | Applied: C0106000000000000066 | ($1,915.21) | $1,474.44 |
| S0106 10/10-10/31 | 10/10/2023 | SLS | Storage | $266.13 | $1,740.57 |
| C0106000000000000067 | 11/1/2023 | SLS | CAM | $1,915.22 | $3,655.79 |
| 45592 | 11/3/2023 | PMT | Applied: C0106000000000000067 | ($1,915.21) | $1,740.58 |
| C0106000000000000068 | 12/1/2023 | SLS | CAM | $1,915.22 | $3,655.80 |
| 45719 | 12/4/2023 | PMT | Applied: C0106000000000000068 | ($1,915.21) | $1,740.59 |
| R0106000000000000068 | 1/1/2024 | SLS | Rent | $12,759.99 | $14,500.58 |
| 45833 | 1/3/2024 | PMT | Applied: R0106000000000000068 | ($12,759.98) | $1,740.60 |
| FCHRG07549 | 1/30/2024 | FIN | Jan. 2024 Finance Charge | $19.78 | $1,760.38 |
| R0106000000000000069 | 2/1/2024 | SLS | Rent | $13,015.19 | $14,775.57 |
| 45966 | 2/6/2024 | PMT | Applied: R0106000000000000069 | ($13,015.18) | $1,760.39 |
| FCHRG07561 | 2/26/2024 | FIN | Feb. 2024 Finance Charge | $18.01 | $1,778.40 |
| R0106000000000000070 | 3/1/2024 | SLS | Rent | $13,015.19 | $14,793.59 |
| 46085 | 3/5/2024 | PMT | Applied: R0106000000000000070 | ($13,015.18) | $1,778.41 |
| FCHRG07569 | 3/27/2024 | FIN | Mar. 2024 Finance Charge | $15.43 | $1,793.84 |
| R0106000000000000071 | 4/1/2024 | SLS | Rent | $13,015.19 | $14,809.03 |
| 46190 | 4/2/2024 | PMT | Applied: R0106000000000000071 | ($13,015.18) | $1,793.85 |



# Statement

**Page:** 2/3
**Date:** 8/1/2025
**Account:** 0106

| Document No. | Date | Code | Description | Amount | Balance |
|---|---|---|---|---|---|
| R0106000000000000072 | 5/1/2024 | SLS | Rent | $13,015.19 | $14,809.04 |
| 46312 | 5/2/2024 | PMT | Applied: R0106000000000000072 | ($13,015.18) | $1,793.86 |
| FCHRG07584 | 5/30/2024 | FIN | May 2024 Finance Charge | $19.08 | $1,812.94 |
| R0106000000000000073 | 6/1/2024 | SLS | Rent | $13,015.19 | $14,828.13 |
| 46410 | 5/31/2024 | PMT | Applied: R0106000000000000073 | ($13,015.18) | $1,812.95 |
| FCHRG07592 | 6/26/2024 | FIN | June 2024 Finance Charge | $19.08 | $1,832.03 |
| R0106000000000000074 | 7/1/2024 | SLS | Rent | $13,015.19 | $14,847.22 |
| 46505 | 7/1/2024 | PMT | Applied: R0106000000000000074 | ($13,015.18) | $1,832.04 |
| FCHRG07600 | 7/30/2024 | FIN | July 2024 Finance Charge | $19.37 | $1,851.41 |
| R0106000000000000075 | 8/1/2024 | SLS | Rent | $13,015.19 | $14,866.60 |
| 46625 | 8/1/2024 | PMT | Applied: R0106000000000000075 | ($13,015.18) | $1,851.42 |
| FCHRG07606 | 8/29/2024 | FIN | Aug. 2024 Finance Charge | $19.65 | $1,871.07 |
| R0106000000000000076 | 9/1/2024 | SLS | Rent | $13,015.19 | $14,886.26 |
| 46736 | 9/3/2024 | PMT | Applied: R0106000000000000076 | ($13,015.18) | $1,871.08 |
| FCHRG07612 | 9/26/2024 | FIN | Sep. 2024 Finance Charge | $19.65 | $1,890.73 |
| R0106000000000000077 | 10/1/2024 | SLS | Rent | $13,015.19 | $14,905.92 |
| 46841 | 10/1/2024 | PMT | Applied: R0106000000000000077 | ($13,015.18) | $1,890.74 |
| S0106 10/24 | 10/10/2024 | SLS | Storage 10/10-10/31 | $276.77 | $2,167.51 |
| FCHRG07618 | 10/31/2024 | FIN | Oct. 2024 Finance Charge | $20.24 | $2,187.75 |
| R0106000000000000078 | 11/1/2024 | SLS | Rent | $13,015.19 | $15,202.94 |
| 46996 | 11/1/2024 | PMT | Applied: R0106000000000000078 | ($13,015.18) | $2,187.76 |
| 47037 | 11/12/2024 | PMT | | ($284.14) | $1,903.62 |
| FCHRG07626 | 11/26/2024 | FIN | Nov. 2024 Finance Charge | $16.43 | $1,920.05 |
| R0106000000000000079 | 12/1/2024 | SLS | Rent | $13,015.19 | $14,935.24 |
| 47105 | 11/29/2024 | PMT | Applied: R0106000000000000079 | ($13,015.18) | $1,920.06 |
| FCHRG07635 | 12/18/2024 | FIN | Dec. 2024 Finance Charge | $20.42 | $1,940.48 |
| H0106000000000000081 | 1/1/2025 | SLS | Heat | $79.19 | $2,019.67 |
| 47219 | 1/2/2025 | PMT | | ($14.61) | $2,005.06 |
| FCHRG07641 | 1/29/2025 | FIN | Jan. 2025 Finance Charge | $19.66 | $2,024.72 |
| 47344 | 1/31/2025 | PMT | | ($64.57) | $1,960.15 |
| FCHRG07648 | 2/26/2025 | FIN | Feb. 2025 Finance Charge | $12.62 | $1,972.77 |
| FCHRG07653 | 3/26/2025 | FIN | Mar. 2025 Finance Charge | $15.13 | $1,987.90 |
| FCHRG07659 | 4/29/2025 | FIN | Apr. 2025 Finance Charge | $16.93 | $2,004.83 |
| FCHRG07664 | 5/28/2025 | FIN | May 2025 Finance Charge | $18.60 | $2,023.43 |
| FCHRG07668 | 6/25/2025 | FIN | June 2025 Finance Charge | $29.82 | $2,053.25 |
| C0106000000000000087 | 7/1/2025 | SLS | CAM | $2,007.81 | $4,061.06 |
| D0106000000000000087 | 7/1/2025 | SLS | Marketing | $205.17 | $4,266.23 |
| H0106000000000000087 | 7/1/2025 | SLS | Heat | $79.19 | $4,345.42 |
| I0106000000000000087 | 7/1/2025 | SLS | Insurance | $64.57 | $4,409.99 |
| R0106000000000000086 | 7/1/2025 | SLS | Rent | $13,275.49 | $17,685.48 |
| S0106000000000000078 | 7/1/2025 | SLS | Storage | $390.00 | $18,075.48 |
| T0106000000000000087 | 7/1/2025 | SLS | Taxes | $281.44 | $18,356.92 |
| W0106000000000000087 | 7/1/2025 | SLS | Waste | $12.18 | $18,369.10 |
| FCHRG07672 | 7/30/2025 | FIN | July 2025 Finance Charge | $30.35 | $18,399.45 |
| C0106000000000000088 | 8/1/2025 | SLS | CAM | $2,007.81 | $20,407.26 |
| D0106000000000000088 | 8/1/2025 | SLS | Marketing | $205.17 | $20,612.43 |
| H0106000000000000088 | 8/1/2025 | SLS | Heat | $79.19 | $20,691.62 |
| I0106000000000000088 | 8/1/2025 | SLS | Insurance | $64.57 | $20,756.19 |
| R0106000000000000087 | 8/1/2025 | SLS | Rent | $13,275.49 | $34,031.68 |
| S0106000000000000079 | 8/1/2025 | SLS | Storage | $390.00 | $34,421.68 |
| T0106000000000000088 | 8/1/2025 | SLS | Taxes | $281.44 | $34,703.12 |
| W0106000000000000088 | 8/1/2025 | SLS | Waste | $12.18 | $34,715.30 |

**Amount Due:** $34,715.30

RENT IS DUE BY FIRST OF MONTH



# Statement



Page: 3/3
Date: 8/1/2025
Account: 0106

| Document No. | Date | Code | Description | Amount | Balance |
|---|---|---|---|---|---|

| Current | 0-30 Days | 31 - 60 Days | 61 and Over | | | |
|---|---|---|---|---|---|---|
| $16,346.20 | $16,315.85 | $29.82 | $2,023.43 | $0.00 | $0.00 | $0.00 |

Codes: SLS = Sales / Invoices   FIN = Finance Charges   CR = Credit Memos
       SCP = Scheduled Payments  SVC = Service / Repairs  RTN = Returns
       DR  = Debit Memos         WRN = Warranties         PMT = Payments