**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Fluid Market, Inc., *et al.*, | Case No. 24-12363 (CTG) |
| Debtor(s). | (Jointly Administered) |

**CERTIFICATION OF SERVICE**

JENNY R. KASEN, of full age, hereby certifies as follows:

On December 13, 2024, I caused a copy of the following document(s) to be served upon the parties listed and in the manner indicated below:

*Creditor's Motion for an Order Modifying Stay and Plan Injunction*

*Declaration in Support of Creditor's Motion for an Order Modifying Stay and Plan Injunction*

*Notice of Creditor's Motion for an Order Modifying Stay and Plan Injunction*

Proposed *Order Modifying Stay and Plan Injunction*

I hereby certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

Dated: December 13, 2024        KASEN & KASEN, P.C.

/s/ Jenny R. Kasen
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

*Counsel to Creditor*

**Service List**

**Via First Class Mail:**

Fluid Market Inc., *et al.*
Attn: T. Scott Avila, CEO
PO Box 16009
4910 Brighton Blvd.
Denver, CO 80216

Fluid Market Inc., *et al.*
c/o Reed Smith LLP
Attn: Jason Daniel Angelo
1201 North Market Street
Suite 1500
Wilmington, DE 19801
302-778-7500
Fax : 302-778-7575
Email: JAngelo@reedsmith.com

Fluid Market Inc., *et al.*
c/o Pachulski, Stang, Ziehl & Jones LLP
Attn: Laura Davis Jones, Esq.
919 North Market St, 17th Floor
Wilmington, DE 19801
302-778-6401
Email: ljones@pszjlaw.com

Fluid Market Inc., *et al.*
c/o Esbrook P.C.
Attn: Scott J. Leonhardt, Esq.
1000 N. West Street
Suite 1200
Wilmington, DE 19801
302-650-7540
Email: scott.leonhardt@esbrook.com

United States Trustee
c/o Office of the United States Trustee
Attn: Fang Bu, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Phone: (302)-573-6491
Email: rosa.sierra@usdoj.gov

2

Official Committee of Unsecured Creditors
c/o Blank Rome LLP
Attn: Ira L. Herman,Esq.
1271 Avenue of the Americas
New York, NY 10020
212-885-5000
Fax : 212-885-5001
Email: ira.herman@blankrome.com