# **EXHIBIT A**

## Lease Ledger

Page 1

Date: 08/27/2025
Property: 786
Tenant: 463922   Claire's
From Date: 09/26/2003  To Date: 07/31/2027
Move In Date: 09/26/2003
Unit(S): 860

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 06/01/2023 | Base Minimum Rent (06/2023) | 860 | 6,342.19 | 0.00 | 6,342.19 | C-67222 | No |
| 06/01/2023 | CAM (06/2023) | 860 | 2,356.02 | 0.00 | 8,698.21 | C-67223 | No |
| 06/01/2023 | Electric (06/2023) | 860 | 190.00 | 0.00 | 8,888.21 | C-67224 | No |
| 06/01/2023 | Real Estate Taxes Prorated Share (06/2023) | 860 | 97.73 | 0.00 | 8,985.94 | C-67225 | No |
| 06/01/2023 | Water Charges (06/2023) | 860 | 40.26 | 0.00 | 9,026.20 | C-67226 | No |
| 06/28/2023 | Chk# ACH June Rent | | 0.00 | 9,026.20 | 0.00 | R-37782 | |
| 07/01/2023 | Base Minimum Rent (07/2023) | 860 | 6,342.19 | 0.00 | 6,342.19 | C-77224 | No |
| 07/01/2023 | CAM (07/2023) | 860 | 2,356.02 | 0.00 | 8,698.21 | C-77225 | No |
| 07/01/2023 | Electric (07/2023) | 860 | 190.00 | 0.00 | 8,888.21 | C-77226 | No |
| 07/01/2023 | Real Estate Taxes Prorated Share (07/2023) | 860 | 97.73 | 0.00 | 8,985.94 | C-77227 | No |
| 07/01/2023 | Water Charges (07/2023) | 860 | 40.26 | 0.00 | 9,026.20 | C-77228 | No |
| 07/05/2023 | Chk# ACH July 2023 | | 0.00 | 9,026.20 | 0.00 | R-39390 | |
| 08/01/2023 | Base Minimum Rent (08/2023) | 860 | 6,532.45 | 0.00 | 6,532.45 | C-93491 | No |
| 08/01/2023 | CAM (08/2023) | 860 | 2,356.02 | 0.00 | 8,888.47 | C-93492 | No |
| 08/01/2023 | Electric (08/2023) | 860 | 190.00 | 0.00 | 9,078.47 | C-93493 | No |
| 08/01/2023 | Real Estate Taxes Prorated Share (08/2023) | 860 | 97.73 | 0.00 | 9,176.20 | C-93494 | No |
| 08/01/2023 | Water Charges (08/2023) | 860 | 40.26 | 0.00 | 9,216.46 | C-93495 | No |
| 08/01/2023 | Chk# ACH   Reversed by ctrl# 44822 Wrong Amount booked | | 0.00 | 9,416.46 | (200.00) | R-44619 | |
| 08/01/2023 | Chk# ACH :Prog Gen Reverses receipt Ctrl# 44619 Wrong Amount booked | | 0.00 | (9,416.46) | 9,216.46 | R-44822 | |
| 08/01/2023 | Chk# ACH Aug | | 0.00 | 9,216.46 | 0.00 | R-44823 | |
| 09/01/2023 | Base Minimum Rent (09/2023) | 860 | 6,532.45 | 0.00 | 6,532.45 | C-100040 | No |
| 09/01/2023 | CAM (09/2023) | 860 | 2,356.02 | 0.00 | 8,888.47 | C-100041 | No |
| 09/01/2023 | Electric (09/2023) | 860 | 190.00 | 0.00 | 9,078.47 | C-100042 | No |
| 09/01/2023 | Real Estate Taxes Prorated Share (09/2023) | 860 | 97.73 | 0.00 | 9,176.20 | C-100043 | No |
| 09/01/2023 | Water Charges (09/2023) | 860 | 40.26 | 0.00 | 9,216.46 | C-100044 | No |
| 09/01/2023 | Chk# ACH Sep | | 0.00 | 9,216.46 | 0.00 | R-48704 | |
| 10/01/2023 | Base Minimum Rent (10/2023) | 860 | 6,532.45 | 0.00 | 6,532.45 | C-111722 | No |
| 10/01/2023 | CAM (10/2023) | 860 | 2,356.02 | 0.00 | 8,888.47 | C-111723 | No |
| 10/01/2023 | Electric (10/2023) | 860 | 190.00 | 0.00 | 9,078.47 | C-111724 | No |
| 10/01/2023 | Real Estate Taxes Prorated Share (10/2023) | 860 | 97.73 | 0.00 | 9,176.20 | C-111725 | No |
| 10/01/2023 | Water Charges (10/2023) | 860 | 40.26 | 0.00 | 9,216.46 | C-111726 | No |
| 10/03/2023 | Chk# ACH | | 0.00 | 9,216.46 | 0.00 | R-55552 | |
| 11/01/2023 | Base Minimum Rent (11/2023) | 860 | 6,532.45 | 0.00 | 6,532.45 | C-120546 | No |
| 11/01/2023 | CAM (11/2023) | 860 | 2,356.02 | 0.00 | 8,888.47 | C-120547 | No |

Wednesday, August 27, 2025
11:35 AM

## Lease Ledger

Page 2

Date: 08/27/2025
Property: 786
Tenant: 463922   Claire's
From Date: 09/26/2003  To Date: 07/31/2027
Move In Date: 09/26/2003
Unit(S): 860

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 11/01/2023 | Electric (11/2023) | 860 | 190.00 | 0.00 | 9,078.47 | C-120548 | No |
| 11/01/2023 | Real Estate Taxes Prorated Share (11/2023) | 860 | 97.73 | 0.00 | 9,176.20 | C-120549 | No |
| 11/01/2023 | Water Charges (11/2023) | 860 | 40.26 | 0.00 | 9,216.46 | C-120550 | No |
| 11/03/2023 | Chk# ACH Nov 2023 | | 0.00 | 9,216.46 | 0.00 | R-58904 | |
| 12/01/2023 | Base Minimum Rent (12/2023) | 860 | 6,532.45 | 0.00 | 6,532.45 | C-129819 | No |
| 12/01/2023 | CAM (12/2023) | 860 | 2,356.02 | 0.00 | 8,888.47 | C-129820 | No |
| 12/01/2023 | Electric (12/2023) | 860 | 190.00 | 0.00 | 9,078.47 | C-129821 | No |
| 12/01/2023 | Real Estate Taxes Prorated Share (12/2023) | 860 | 97.73 | 0.00 | 9,176.20 | C-129822 | No |
| 12/01/2023 | Water Charges (12/2023) | 860 | 40.26 | 0.00 | 9,216.46 | C-129823 | No |
| 12/01/2023 | Chk# ACH | | 0.00 | 9,216.46 | 0.00 | R-64338 | |
| 01/01/2024 | Base Minimum Rent (01/2024) | 860 | 6,532.45 | 0.00 | 6,532.45 | C-139351 | No |
| 01/01/2024 | CAM (01/2024) | 860 | 2,403.14 | 0.00 | 8,935.59 | C-139352 | No |
| 01/01/2024 | Electric (01/2024) | 860 | 190.00 | 0.00 | 9,125.59 | C-139353 | No |
| 01/01/2024 | Real Estate Taxes Prorated Share (01/2024) | 860 | 97.73 | 0.00 | 9,223.32 | C-139354 | No |
| 01/01/2024 | Water Charges (01/2024) | 860 | 40.26 | 0.00 | 9,263.58 | C-139355 | No |
| 01/03/2024 | Chk# ACH | | 0.00 | 9,263.58 | 0.00 | R-69438 | |
| 01/11/2024 | Chk# ACH | | 0.00 | 7,276.63 | (7,276.63) | R-71352 | |
| 02/01/2024 | Base Minimum Rent (02/2024) | 860 | 6,532.45 | 0.00 | (744.18) | C-147195 | No |
| 02/01/2024 | CAM (02/2024) | 860 | 2,403.14 | 0.00 | 1,658.96 | C-147196 | No |
| 02/01/2024 | Electric (02/2024) | 860 | 190.00 | 0.00 | 1,848.96 | C-147197 | No |
| 02/01/2024 | Real Estate Taxes Prorated Share (02/2024) | 860 | 97.73 | 0.00 | 1,946.69 | C-147198 | No |
| 02/01/2024 | Water Charges (02/2024) | 860 | 40.26 | 0.00 | 1,986.95 | C-147199 | No |
| 02/06/2024 | Chk# ACH Feb Rent | | 0.00 | 9,263.58 | (7,276.63) | R-75677 | |
| 02/23/2024 | Chk# ACH | | 0.00 | 4,829.91 | (12,106.54) | R-77919 | |
| 03/01/2024 | Base Minimum Rent (03/2024) | 860 | 6,532.45 | 0.00 | (5,574.09) | C-157661 | No |
| 03/01/2024 | CAM (03/2024) | 860 | 2,403.14 | 0.00 | (3,170.95) | C-157662 | No |
| 03/01/2024 | Electric (03/2024) | 860 | 190.00 | 0.00 | (2,980.95) | C-157663 | No |
| 03/01/2024 | Real Estate Taxes Prorated Share (03/2024) | 860 | 97.73 | 0.00 | (2,883.22) | C-157664 | No |
| 03/01/2024 | Water Charges (03/2024) | 860 | 40.26 | 0.00 | (2,842.96) | C-157665 | No |
| 03/05/2024 | Chk# ACH | | 0.00 | 9,463.58 | (12,306.54) | R-80129 | |
| 04/01/2024 | Base Minimum Rent (04/2024) | 860 | 6,532.45 | 0.00 | (5,774.09) | C-168093 | No |
| 04/01/2024 | CAM (04/2024) | 860 | 2,403.14 | 0.00 | (3,370.95) | C-168094 | No |
| 04/01/2024 | Electric (04/2024) | 860 | 190.00 | 0.00 | (3,180.95) | C-168095 | No |
| 04/01/2024 | Real Estate Taxes Prorated Share (04/2024) | 860 | 97.73 | 0.00 | (3,083.22) | C-168096 | No |
| 04/01/2024 | Water Charges (04/2024) | 860 | 40.26 | 0.00 | (3,042.96) | C-168097 | No |
| 04/02/2024 | Chk# ACH | | 0.00 | 9,263.58 | (12,306.54) | R-85307 | |

## Lease Ledger

Page 3

Date: 08/27/2025

Property: 786

Tenant: 463922   Claire's

From Date: 09/26/2003  To Date: 07/31/2027

Move In Date: 09/26/2003

Unit(S): 860

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 05/01/2024 | Base Minimum Rent (05/2024) | 860 | 6,532.45 | 0.00 | (5,774.09) | C-177549 | No |
| 05/01/2024 | CAM (05/2024) | 860 | 2,403.14 | 0.00 | (3,370.95) | C-177550 | No |
| 05/01/2024 | Electric (05/2024) | 860 | 190.00 | 0.00 | (3,180.95) | C-177551 | No |
| 05/01/2024 | Real Estate Taxes Prorated Share (05/2024) | 860 | 97.73 | 0.00 | (3,083.22) | C-177552 | No |
| 05/01/2024 | Water Charges (05/2024) | 860 | 40.26 | 0.00 | (3,042.96) | C-177553 | No |
| 05/01/2024 | OVR - Dec & Jan 2024 | | 12,106.54 | 0.00 | 9,063.58 | C-179170 | No |
| 05/02/2024 | Chk# ACH May 2024 | | 0.00 | 9,463.58 | (400.00) | R-90437 | |
| 05/16/2024 | Storage payment posted to Claire main account | | 400.00 | 0.00 | 0.00 | C-179176 | No |
| 05/31/2024 | Chk# ACH June 2024 | | 0.00 | 9,263.58 | (9,263.58) | R-93549 | |
| 06/01/2024 | Base Minimum Rent (06/2024) | 860 | 6,532.45 | 0.00 | (2,731.13) | C-186832 | No |
| 06/01/2024 | CAM (06/2024) | 860 | 2,403.14 | 0.00 | (327.99) | C-186833 | No |
| 06/01/2024 | Electric (06/2024) | 860 | 190.00 | 0.00 | (137.99) | C-186834 | No |
| 06/01/2024 | Real Estate Taxes Prorated Share (06/2024) | 860 | 97.73 | 0.00 | (40.26) | C-186835 | No |
| 06/01/2024 | Water Charges (06/2024) | 860 | 40.26 | 0.00 | 0.00 | C-186836 | No |
| 07/01/2024 | Base Minimum Rent (07/2024) | 860 | 6,532.45 | 0.00 | 6,532.45 | C-195793 | No |
| 07/01/2024 | CAM (07/2024) | 860 | 2,403.14 | 0.00 | 8,935.59 | C-195794 | No |
| 07/01/2024 | Electric (07/2024) | 860 | 190.00 | 0.00 | 9,125.59 | C-195795 | No |
| 07/01/2024 | Real Estate Taxes Prorated Share (07/2024) | 860 | 97.73 | 0.00 | 9,223.32 | C-195796 | No |
| 07/01/2024 | Water Charges (07/2024) | 860 | 40.26 | 0.00 | 9,263.58 | C-195797 | No |
| 07/01/2024 | Chk# ach | | 0.00 | 9,263.58 | 0.00 | R-100626 | |
| 08/01/2024 | Base Minimum Rent (08/2024) | 860 | 6,728.43 | 0.00 | 6,728.43 | C-202366 | No |
| 08/01/2024 | CAM (08/2024) | 860 | 2,403.14 | 0.00 | 9,131.57 | C-202367 | No |
| 08/01/2024 | Electric (08/2024) | 860 | 190.00 | 0.00 | 9,321.57 | C-202368 | No |
| 08/01/2024 | Real Estate Taxes Prorated Share (08/2024) | 860 | 97.73 | 0.00 | 9,419.30 | C-202369 | No |
| 08/01/2024 | Water Charges (08/2024) | 860 | 40.26 | 0.00 | 9,459.56 | C-202370 | No |
| 08/01/2024 | : adjustment -12106.54 | | (12,106.54) | 0.00 | (2,646.98) | C-213503 | No |
| 08/01/2024 | July PIL 2024 | | 3,495.74 | 0.00 | 848.76 | C-213504 | No |
| 08/01/2024 | To offset prior adjustment made [C-213503] | | 12,106.54 | 0.00 | 12,955.30 | C-214631 | No |
| 08/01/2024 | Chk# ach | | 0.00 | 9,459.56 | 3,495.74 | R-104020 | |
| 08/07/2024 | Chk# ach   Reversed by ctrl# 104018 wrong post date | | 0.00 | 9,459.56 | (5,963.82) | R-104016 | |
| 08/07/2024 | Chk# ach :Prog Gen Reverses receipt Ctrl# 104016 wrong post date | | 0.00 | (9,459.56) | 3,495.74 | R-104018 | |
| 09/01/2024 | Base Minimum Rent (09/2024) | 860 | 6,728.43 | 0.00 | 10,224.17 | C-212154 | No |
| 09/01/2024 | CAM (09/2024) | 860 | 2,403.14 | 0.00 | 12,627.31 | C-212155 | No |
| 09/01/2024 | Electric (09/2024) | 860 | 190.00 | 0.00 | 12,817.31 | C-212156 | No |
| 09/01/2024 | Real Estate Taxes Prorated Share (09/2024) | 860 | 97.73 | 0.00 | 12,915.04 | C-212157 | No |

## Lease Ledger

Page 4

Date: 08/27/2025

Property: 786

Tenant: 463922   Claire's

From Date: 09/26/2003  To Date: 07/31/2027

Move In Date: 09/26/2003

Unit(S): 860

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 09/01/2024 | Water Charges (09/2024) | 860 | 40.26 | 0.00 | 12,955.30 | C-212158 | No |
| 09/03/2024 | Chk# ach | | 0.00 | 9,459.56 | 3,495.74 | R-107838 | |
| 10/01/2024 | Base Minimum Rent (10/2024) | 860 | 6,728.43 | 0.00 | 10,224.17 | C-217414 | No |
| 10/01/2024 | CAM (10/2024) | 860 | 2,403.14 | 0.00 | 12,627.31 | C-217415 | No |
| 10/01/2024 | Electric (10/2024) | 860 | 190.00 | 0.00 | 12,817.31 | C-217416 | No |
| 10/01/2024 | Real Estate Taxes Prorated Share (10/2024) | 860 | 97.73 | 0.00 | 12,915.04 | C-217417 | No |
| 10/01/2024 | Water Charges (10/2024) | 860 | 40.26 | 0.00 | 12,955.30 | C-217418 | No |
| 10/01/2024 | Overage rent per period: 8/1/2022 - 7/31/2023 - As per lease | | 19,572.42 | 0.00 | 32,527.72 | C-232326 | No |
| 10/01/2024 | Overage rent per period: 8/1/2023 - 7/31/2024 - As per lease | | 7,480.04 | 0.00 | 40,007.76 | C-232327 | No |
| 10/01/2024 | Chk# ach | | 0.00 | 9,459.56 | 30,548.20 | R-112359 | |
| 10/31/2024 | Wrong amount charged for July PIL - Annual % sales | | (3,495.74) | 0.00 | 27,052.46 | C-232324 | No |
| 10/31/2024 | Wrong amount charged for July PIL - Annual % sales | | (12,106.54) | 0.00 | 14,945.92 | C-232325 | No |
| 11/01/2024 | Base Minimum Rent (11/2024) | 860 | 6,728.43 | 0.00 | 21,674.35 | C-224928 | No |
| 11/01/2024 | CAM (11/2024) | 860 | 2,403.14 | 0.00 | 24,077.49 | C-224929 | No |
| 11/01/2024 | Electric (11/2024) | 860 | 190.00 | 0.00 | 24,267.49 | C-224930 | No |
| 11/01/2024 | Real Estate Taxes Prorated Share (11/2024) | 860 | 97.73 | 0.00 | 24,365.22 | C-224931 | No |
| 11/01/2024 | Water Charges (11/2024) | 860 | 40.26 | 0.00 | 24,405.48 | C-224932 | No |
| 11/01/2024 | Chk# ach | | 0.00 | 9,459.56 | 14,945.92 | R-116655 | |
| 11/29/2024 | Chk# ach | | 0.00 | 9,459.56 | 5,486.36 | R-119047 | |
| 12/01/2024 | Base Minimum Rent (12/2024) | 860 | 6,728.43 | 0.00 | 12,214.79 | C-233941 | No |
| 12/01/2024 | CAM (12/2024) | 860 | 2,403.14 | 0.00 | 14,617.93 | C-233942 | No |
| 12/01/2024 | Electric (12/2024) | 860 | 190.00 | 0.00 | 14,807.93 | C-233943 | No |
| 12/01/2024 | Real Estate Taxes Prorated Share (12/2024) | 860 | 97.73 | 0.00 | 14,905.66 | C-233944 | No |
| 12/01/2024 | Water Charges (12/2024) | 860 | 40.26 | 0.00 | 14,945.92 | C-233945 | No |
| 01/01/2025 | Base Minimum Rent (01/2025) | 860 | 6,728.43 | 0.00 | 21,674.35 | C-242794 | No |
| 01/01/2025 | CAM (01/2025) | 860 | 2,451.20 | 0.00 | 24,125.55 | C-242795 | No |
| 01/01/2025 | Electric (01/2025) | 860 | 190.00 | 0.00 | 24,315.55 | C-242796 | No |
| 01/01/2025 | Real Estate Taxes Prorated Share (01/2025) | 860 | 97.73 | 0.00 | 24,413.28 | C-242797 | No |
| 01/01/2025 | Water Charges (01/2025) | 860 | 40.26 | 0.00 | 24,453.54 | C-242798 | No |
| 01/02/2025 | Chk# ACH  Base Minimum Rent (01/2025) | | 0.00 | 9,507.62 | 14,945.92 | R-122074 | |
| 01/21/2025 | Chk# ach part of the 285.71 ach | | 0.00 | 194.10 | 14,751.82 | R-124004 | |
| 01/31/2025 | Chk# ach | | 0.00 | 9,507.62 | 5,244.20 | R-124768 | |
| 02/01/2025 | Base Minimum Rent (02/2025) | 860 | 6,728.43 | 0.00 | 11,972.63 | C-247561 | No |
| 02/01/2025 | CAM (02/2025) | 860 | 2,451.20 | 0.00 | 14,423.83 | C-247562 | No |

## Lease Ledger

Page 5

Date: 08/27/2025

Property: 786

Tenant: 463922   Claire's

From Date: 09/26/2003  To Date: 07/31/2027

Move In Date: 09/26/2003

Unit(S): 860

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 02/01/2025 | Electric (02/2025) | 860 | 190.00 | 0.00 | 14,613.83 | C-247563 | No |
| 02/01/2025 | Real Estate Taxes Prorated Share (02/2025) | 860 | 97.73 | 0.00 | 14,711.56 | C-247564 | No |
| 02/01/2025 | Water Charges (02/2025) | 860 | 40.26 | 0.00 | 14,751.82 | C-247565 | No |
| 02/14/2025 | Chk# ach | | 0.00 | 4,325.95 | 10,425.87 | R-127946 | |
| 03/01/2025 | Base Minimum Rent (03/2025) | 860 | 6,728.43 | 0.00 | 17,154.30 | C-252344 | No |
| 03/01/2025 | CAM (03/2025) | 860 | 2,451.20 | 0.00 | 19,605.50 | C-252345 | No |
| 03/01/2025 | Electric (03/2025) | 860 | 190.00 | 0.00 | 19,795.50 | C-252346 | No |
| 03/01/2025 | Real Estate Taxes Prorated Share (03/2025) | 860 | 97.73 | 0.00 | 19,893.23 | C-252347 | No |
| 03/01/2025 | Water Charges (03/2025) | 860 | 40.26 | 0.00 | 19,933.49 | C-252348 | No |
| 03/03/2025 | Chk# ACH | | 0.00 | 9,507.62 | 10,425.87 | R-128159 | |
| 04/01/2025 | Base Minimum Rent (04/2025) | 860 | 6,728.43 | 0.00 | 17,154.30 | C-256940 | No |
| 04/01/2025 | CAM (04/2025) | 860 | 2,451.20 | 0.00 | 19,605.50 | C-256941 | No |
| 04/01/2025 | Electric (04/2025) | 860 | 190.00 | 0.00 | 19,795.50 | C-256942 | No |
| 04/01/2025 | Real Estate Taxes Prorated Share (04/2025) | 860 | 97.73 | 0.00 | 19,893.23 | C-256943 | No |
| 04/01/2025 | Water Charges (04/2025) | 860 | 40.26 | 0.00 | 19,933.49 | C-256944 | No |
| 04/01/2025 | Chk# ach | | 0.00 | 9,507.62 | 10,425.87 | R-130641 | |
| 05/01/2025 | Base Minimum Rent (05/2025) | 860 | 6,728.43 | 0.00 | 17,154.30 | C-261948 | No |
| 05/01/2025 | CAM (05/2025) | 860 | 2,451.20 | 0.00 | 19,605.50 | C-261949 | No |
| 05/01/2025 | Electric (05/2025) | 860 | 190.00 | 0.00 | 19,795.50 | C-261950 | No |
| 05/01/2025 | Real Estate Taxes Prorated Share (05/2025) | 860 | 97.73 | 0.00 | 19,893.23 | C-261951 | No |
| 05/01/2025 | Water Charges (05/2025) | 860 | 40.26 | 0.00 | 19,933.49 | C-261952 | No |
| 05/01/2025 | Chk# ACH | | 0.00 | 9,507.62 | 10,425.87 | R-132688 | |
| 06/01/2025 | Base Minimum Rent (06/2025) | 860 | 6,728.43 | 0.00 | 17,154.30 | C-266644 | No |
| 06/01/2025 | CAM (06/2025) | 860 | 2,451.20 | 0.00 | 19,605.50 | C-266645 | No |
| 06/01/2025 | Electric (06/2025) | 860 | 190.00 | 0.00 | 19,795.50 | C-266646 | No |
| 06/01/2025 | Real Estate Taxes Prorated Share (06/2025) | 860 | 97.73 | 0.00 | 19,893.23 | C-266647 | No |
| 06/01/2025 | Water Charges (06/2025) | 860 | 40.26 | 0.00 | 19,933.49 | C-266648 | No |
| 06/03/2025 | Chk# ACH | | 0.00 | 9,507.62 | 10,425.87 | R-135394 | |
| 07/01/2025 | Base Minimum Rent (07/2025) | 860 | 6,728.43 | 0.00 | 17,154.30 | C-271353 | No |
| 07/01/2025 | CAM (07/2025) | 860 | 2,451.20 | 0.00 | 19,605.50 | C-271354 | No |
| 07/01/2025 | Electric (07/2025) | 860 | 190.00 | 0.00 | 19,795.50 | C-271355 | No |
| 07/01/2025 | Real Estate Taxes Prorated Share (07/2025) | 860 | 97.73 | 0.00 | 19,893.23 | C-271356 | No |
| 07/01/2025 | Water Charges (07/2025) | 860 | 40.26 | 0.00 | 19,933.49 | C-271357 | No |
| 08/01/2025 | Base Minimum Rent (08/2025) | 860 | 6,930.28 | 0.00 | 26,863.77 | C-276527 | No |
| 08/01/2025 | CAM (08/2025) | 860 | 2,451.20 | 0.00 | 29,314.97 | C-276528 | No |
| 08/01/2025 | Electric (08/2025) | 860 | 190.00 | 0.00 | 29,504.97 | C-276529 | No |

## Lease Ledger

Page 6

Date: 08/27/2025

Property: 786

Tenant: 463922   Claire's

From Date: 09/26/2003  To Date: 07/31/2027

Move In Date: 09/26/2003

Unit(S): 860

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 08/01/2025 | Real Estate Taxes Prorated Share (08/2025) | 860 | 97.73 | 0.00 | 29,602.70 | C-276530 | No |
| 08/01/2025 | Water Charges (08/2025) | 860 | 40.26 | 0.00 | 29,642.96 | C-276531 | No |

Wednesday, August 27, 2025
11:35 AM