**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FLUID MARKET INC., et al.,[1] | Case No. 24-12363 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref Docket No. 252** |

<u>**CERTIFICATE OF SERVICE**</u>

I, WING LAI-CHAN, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 16, 2024, I caused to be served the "Notice of Agenda for Hearing Scheduled on December 18, 2024 at 10:00 a.m. (Prevailing Eastern Time) Before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court For the District of Delaware, Located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801," dated December 16, 2024 [Docket No. 252], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Wing Lai-Chan*
Wing Lai-Chan

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Fluid Market Inc. (1365) and Fluid Fleet Services, LLC (5994). The location of the Debtors' service address is: 3827 Lafayette St., Suite #149, Denver, CO 80205.

**EXHIBIT A**

Fluid Truck
Service List

| Claim Name | Address Information |
|---|---|
| CONNECTICUT STATE DEPARTMENT OF REVENUE | PO BOX 2974 HARTFORD CT 06104-2974 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19904 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD. SUITE 100 DOVER DE 19904 |
| MANHEIM | 6325 PEACHTREE DUNWOODY ROAD NE ATLANTA GA 30328 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | CONSUMER PROTECTION SECTION ATTN: BANKRUPTCY NOTICES 455 GOLDEN GATE AVE., STE. 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER RALPH L CARR COLORADO JUDICIAL BLDG 1300 BROADWAY, 10TH FL DENVER CO 80203 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR 40 CAPITOL SQUARE, SW ATLANTA GA 30334 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST 30 E BROAD ST, 14TH FL COLUMBUS OH 43215 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| UNION LEASING TRUST | 425 N MARINGALE RD, 6TH FL CHAUMBERG IL 60173 |

**Total Creditor count  24**

**EXHIBIT B**

FLUID MARKET INC., *et al.*,
Case No. 24-12363 (CTG)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| 48TH OFFICE INVESTMENT, LLC | ryan@armadavp.com |
| ALWAYS FUNDAY | clarklodge78@gmail.com |
| AUTO ADVENTURE LLC | artman.accts@gmail.com |
| BALLARD SPAHR, LLP | dalutz@ballardspahr.com; brannickn@ballardspahr.com |
| BENNETT TUELLER JOHNSON & DEERE, LLC | bhawkins@btjd.com; tumblin@btjd.com; aalton@btjd.com |
| BIELLI & KLAUDER, LLC | dklauder@bk-legal.com; tbielli@bk-legal.com |
| BISON CAPITAL PARTNERS V, L.P. | ahildebrand@bisoncapital.com |
| BLANK ROME LLP | josef.mintz@blankrome.com; lorenzo.thomas@blankrome.com; jordan.williams@blankrome.com; ira.herman@blankrome.com; joseph.welch@blankrome.com |
| BLUE MILE LOGISTICS, LLC | coleton@burrusinvestment.com |
| BROKEN MIRROR LLC | brokenmirror.mail@gmail.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| BURRWOOD LOGISTICS LLC | coleton.burrus@yahoo.com |
| CINA GLOBAL, LLC | aidin@cinaglobal.net |
| CLOUDBAKERS LLC | accounting@66degrees.com |
| COX AUTOMOTIVE VEHICLE ACQUISITION SERVICES, LLC | retailreconar@coxautoinc.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| DOG TRANSPORT LLC | gossello@dogllc.net |
| ECOMM FLEET LLC | tbloom@osagecapitalgroup.com |
| FCP TRANSPORT LLC | jake.shirek@gmail.com |
| FMCO LLC | james@hhkgroup.com |
| FORT COLLINS DODGE | bshultz@fortcollinsdodgechryslerjeep.com |
| GMI INSURANCE | info@gmi-insurance.com |
| GOLDMAN SACHS BANK USA | gs-sf-consumer-ny@gs.com; gs-asset-financing@gs.com; gs-consumer-am@gs.com |
| GOMOBILE TIRES USA | admin@usagomobile.com |
| ICEJAMMA EXGELLIN LLC | 528jg@comcast.net |
| INGKA INVESTMENTS VENTURES US B.V. | cees.aanhaanen@ingka.com; eva.van.den.berg@ingka.ikea.com |
| INTERNAL REVENUE SERVICE | victoria.g.mosby@irs.gov; millie.h.agent@irs.gov |
| JDK Delivery LLC | jdkdelivery@outlook.com |
| JEFFERSON BANK OF MISSOURI | lillian_mccutchen@jefferson-bank.com |
| KERMAN MANAGEMENT, LLC | kermanvehicles@afcdenver.com |
| LATHAM & WATKINS LLP | caroline.reckler@lw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |

FLUID MARKET INC., *et al.*,
Case No. 24-12363 (CTG)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| M2 SERVICES LLC | chris@m2ls.net |
| MERCHANTS AUTOMOTIVE GROUP, INC | pauldanielson@merchantsfleet.com |
| MERCHANTS FLEET | mobilitybilling@merchantsfleet.com |
| MIDTOWN MADISON MANAGEMENT LLC | aidi@atalayacap.com |
| MORGAN LEWIS & BOCKIUS LLP | michael.gocksch@morganlewis.com; jeff.weinstein@morganlewis.com; michael.luskin@morganlewis.com; jody.barillare@morganlewis.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; eqian@morrisnichols.com |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | joseph.cudia@usdoj.gov; fang.bu@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | mcaloway@pszjlaw.com |
| POLSINELLI PC | mdipietro@polsinelli.com; anazar@polsinelli.com |
| POTTER ANDERSON & CORROON LLP | smcneill@potteranderson.com; gflasser@potteranderson.com |
| SA TRANSPORT LLC | jake@nmdequitygroup.com |
| SAUL EWING LLP | john.demmy@saul.com |
| SECURITIES & EXCHANGE COMMISSION | chair@sec.gov |
| SERVICEUP, INC. | ar@serviceup.com |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | dsands@sheppardmullin.com; okatz@sheppardmullin.com; rsahyan@sheppardmullin.com |
| SOUTHERN TIRE MART, LLC | gwen.walters@stmtires.com |
| STATE OF ARIZONA ATTORNEY GENERAL | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF IDAHO ATTORNEY GENERAL | aglabrador@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | executive@ag.state.la.us |
| STATE OF MARYLAND ATTORNEY GENERAL | kstephens@marylandtaxes.gov |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | bethany.h.brown@mass.gov |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | accounting@ago.ms.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | nocall@ago.mo.gov |
| STATE OF MONTANA ATTORNEY GENERAL | contactdoj@mt.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | attorneygeneral@doj.nh.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | contact@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | lisa.udland@doj.state.or.us; attorneygeneral@doj.state.or.us |

FLUID MARKET INC., *et al.*,

Case No. 24-12363 (CTG)

Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | bankruptcy@scag.gov |
| STATE OF TENNESSEE ATTORNEY GENERAL | agbankcal@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | uag@agutah.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | mailoag@oag.state.va.us |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WISCONSIN ATTORNEY GENERAL | dojbankruptcynoticegroup@doj.state.wi.us |
| TN DEPT OF REVENUE C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | AGBANKDELAWARE@AG.TN.GOV |
| TYDINGS & ROSENBERG LLP | sgerald@tydings.com |
| UNITED STATES FIRE INSURANCE COMPANY | mark.coyle@cfins.com |
| USA GoMobile Inc | derek@usagomobile.com |
| USHIP LOGISTICS LLC | accounting@ushiplogistics.com |
| VIP SOLUTIONS GROUP, LLC | cmurphy@wearevip.com |