# **EXHIBIT A**

Cure Amount

8/25/2025 8:45 AM

| Lease | Tran# | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|
| CLAIRE'S | R-132098 | 4/1/2025 | 04/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -206.53 | -206.53 |
| CLAIRE'S | C-340478 | 4/28/2025 | 05/2025 | -7.87 | 0.00 | 0.00 | 0.00 | -7.87 | 0.00 | -7.87 |
| CLAIRE'S | C-340479 | 4/28/2025 | 05/2025 | -2.62 | 0.00 | 0.00 | 0.00 | -2.62 | 0.00 | -2.62 |
| CLAIRE'S | C-340480 | 4/28/2025 | 05/2025 | -641.85 | 0.00 | 0.00 | 0.00 | -641.85 | 0.00 | -641.85 |
| CLAIRE'S | C-340633 | 4/28/2025 | 05/2025 | -0.24 | 0.00 | 0.00 | 0.00 | -0.24 | 0.00 | -0.24 |
| CLAIRE'S | C-340634 | 4/28/2025 | 05/2025 | -19.26 | 0.00 | 0.00 | 0.00 | -19.26 | 0.00 | -19.26 |
| CLAIRE'S | C-340759 | 4/28/2025 | 05/2025 | -20.86 | 0.00 | 0.00 | 0.00 | -20.86 | 0.00 | -20.86 |
| CLAIRE'S | C-340760 | 4/28/2025 | 05/2025 | -6.96 | 0.00 | 0.00 | 0.00 | -6.96 | 0.00 | -6.96 |
| CLAIRE'S | C-340761 | 4/28/2025 | 05/2025 | -1,700.90 | 0.00 | 0.00 | 0.00 | -1,700.90 | 0.00 | -1,700.90 |
| CLAIRE'S | C-340908 | 4/28/2025 | 05/2025 | -0.63 | 0.00 | 0.00 | 0.00 | -0.63 | 0.00 | -0.63 |
| CLAIRE'S | C-340909 | 4/28/2025 | 05/2025 | -51.03 | 0.00 | 0.00 | 0.00 | -51.03 | 0.00 | -51.03 |
| CLAIRE'S | R-132825 | 5/1/2025 | 05/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -153.25 | -153.25 |
| CLAIRE'S | C-343303 | 7/1/2025 | 07/2025 | 6,258.00 | 0.00 | 0.00 | 6,258.00 | 0.00 | 0.00 | 6,258.00 |
| CLAIRE'S | C-343304 | 7/1/2025 | 07/2025 | 415.21 | 0.00 | 0.00 | 415.21 | 0.00 | 0.00 | 415.21 |
| CLAIRE'S | C-343305 | 7/1/2025 | 07/2025 | 30.00 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 30.00 |
| CLAIRE'S | C-343649 | 7/1/2025 | 07/2025 | 187.74 | 0.00 | 0.00 | 187.74 | 0.00 | 0.00 | 187.74 |
| CLAIRE'S | C-343650 | 7/1/2025 | 07/2025 | 12.46 | 0.00 | 0.00 | 12.46 | 0.00 | 0.00 | 12.46 |
| CLAIRE'S | C-343651 | 7/1/2025 | 07/2025 | 0.90 | 0.00 | 0.00 | 0.90 | 0.00 | 0.00 | 0.90 |
| CLAIRE'S | C-344583 | 8/1/2025 | 08/2025 | 6,258.00 | 6,258.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,258.00 |
| CLAIRE'S | C-344584 | 8/1/2025 | 08/2025 | 415.21 | 415.21 | 0.00 | 0.00 | 0.00 | 0.00 | 415.21 |
| CLAIRE'S | C-344585 | 8/1/2025 | 08/2025 | 30.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| CLAIRE'S | C-344940 | 8/1/2025 | 08/2025 | 187.74 | 187.74 | 0.00 | 0.00 | 0.00 | 0.00 | 187.74 |
| CLAIRE'S | C-344941 | 8/1/2025 | 08/2025 | 12.46 | 12.46 | 0.00 | 0.00 | 0.00 | 0.00 | 12.46 |
| CLAIRE'S | C-344942 | 8/1/2025 | 08/2025 | 0.90 | 0.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.90 |
| **CLAIRE'S** | | | | **11,356.40** | **6,904.31** | **0.00** | **6,904.31** | **-2,452.22** | **-359.78** | **10,996.62** |