IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CLAIRE'S HOLDINGS LLC., *et al.*, | ) Case No. 25-11454 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Related to D.I. 209 |

**OBJECTION OF PREIT SERVICES, LLC, AS AGENT FOR WG PARK L.P, TO DEBTORS' NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS OR UNEXPIRED LEASES**

PREIT Services, LLC ("PREIT"), as agent for WG Park, LP ("WG Park"), by and through its undersigned attorneys, hereby file its objection to the cure amount set forth in the Notice of Potential Assumption and Assignment of Certain Contracts and Leases filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") on August 20, 2025 (the "Cure Notice") [D.I. 209], and respectfully represents in support thereof as follows:

**BACKGROUND**

1.  On August 6, 2025 (the "Petition Date"), the Debtors filed respective voluntary petitions for reorganization pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since the Petition Date, the Debtors have continued to manage their properties and operate their businesses as debtors-in-possession pursuant to §§1107 and 1108 of the Bankruptcy Code.

2.  PREIT is the agent for WG Park, which is the owner of the Willow Grove Mall located in Willow Grove, Pennsylvania (the "Premises"). The Premises is a shopping center within the meaning of §365(b)(3) of the Bankruptcy Code.

3. WG Park, as lessor, is a party to a nonresidential real property lease (the "Lease") with Claire's Boutiques, Inc., as lessee, for commercial space at the Premises.

4. On August 20, 2025, the Debtors filed the Cure Notice., which reflects that the Debtors' stated cure amount under the Lease is $0.00.

5. Annexed hereto and made a part hereof as Exhibit "A" is an itemized statement reflecting amounts due by the applicable Debtor under the Lease. In the aggregate, the actual cure amount is $18,569.19 as of the Petition Date. The cure amount includes a mechanics lien filed by a construction contractor with respect to work performed at the Debtors' leasehold premises, a copy of which is also attached as Exhibit "A".

6. While PREIT and WG Park reserve their rights with respect to the prospective assumption and assignment of the Lease, they object to the stated cure amount for the reasons hereinafter set forth.

## RELIEF REQUESTED

**A.** **The Cure Amount is Understated.**

7. As it relates to WG Park, the Cure Notice understates the amount due and owing by the Debtors under the Lease. In contrast to the stated cure amount, the actual amount due and owing under the Lease is as reflected herein.

8. In order to assume (or assume and assign) the Lease, the Debtors are required to cure defaults existing thereunder pursuant to § 365(b)(1)(A) of the Bankruptcy Code, which provides in relevant part that "[i]f there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee … cures, or provides adequate assurance that the trustee will promptly cure, such default…" 11 U.S.C. § 365(b)(1)(A).

9.      Accordingly, the Lease may not be assumed unless and to the extent that all pre- and post-petition amounts are paid promptly and in full.

## RESERVATION OF RIGHTS

10.     PREIT and WG Park specifically reserve their rights to object to any other relief sought by the Debtors in connection with the assumption of the Lease, including adequate assurance of future performance to be provided by an assignee.

## CONCLUSION

11.     For the foregoing reasons, PREIT and WG Park seek an order of this Court fixing the Debtors' cure obligations under the Lease in the amount set forth herein (less any payments made by the Debtors on account of such sum prior to the assumption of the Lease plus any additional post-petition amounts accruing under the Lease through the date thereof) and directing the Debtors promptly to satisfy such amounts following the entry of an order approving the assumption and assignment of the Lease.

WHEREFORE, PREIT Services, LLC, as agent for WG Park LP, respectfully request the entry of an order granting the relief described herein, together with such other and further relief as is just and proper.

Dated: August 29, 2025

**FLASTER GREENBERG**

/s/ William J. Burnett, Esquire
By: William J. Burnett, Esquire (Del. Bar No. 4078)
   221 W. 10th Street, 4th Floor
   Wilmington, DE 19801
   Telephone: (302) 351-1910
   Email: William.burnett@flastergreenberg.com

- and -

Jeffrey Kurtzman, Esquire
**KURTZMAN | STEADY, LLC**
101 N. Washington Avenue, Suite 4A
Margate, NJ 08402
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

Attorneys for PREIT Services, LLC, as agent for WG Park LP