## PREIT STATEMENT

Date -  8/26/2025
Tenant No -  102970

| | | |
|---|---|---|
| **Make Check Payable To:** | WG PARK, L.P.<br>PO BOX 781490<br>Philadelphia PA 19178 | **From:** WILLOW GROVE PARK<br>2500 MORELAND ROAD<br>WILLOW GROVE PA 19090 |
| **To:** | Claire's Boutique #5349<br>Attn: Rent Department<br>3 SW 129th Avenue<br>Pembroke Pines FL 33027 | **Tenant:** Claire's |

Amount Remitted: _____
Remit top portion with payment.

_____

DETAIL CHARGE

**Willow Grove Park**          Lease    28482  DBA:    **Claire's**

| Invoice Date | Due Date | Bill Code | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|---|
| 1/1/2013 | | | Balance Forward | | | $ - |
| 8/31/2024 | 8/31/2024 | ELEU | ELECTRIC 7/9/2024 - 8/6/2024 | $ 248.44 | | $ 248.44 |
| 8/31/2024 | 8/31/2024 | STAX | Sales tax 7/9/2024 - 8/6/2024 | $ 15.70 | | $ 15.70 |
| 8/31/2024 | 8/31/2024 | ELSF | Electrica 7/9/2024 - 8/6/2024 | $ 15.00 | | $ 15.00 |
| 9/30/2024 | 9/30/2024 | ELEU | ELECTRIC 8/6/2024 - 9/6/2024 | $ 261.75 | | $ 261.75 |
| 9/30/2024 | 9/30/2024 | ELSF | Electrica 8/6/2024 - 9/6/2024 | $ 15.00 | | $ 15.00 |
| 9/30/2024 | 9/30/2024 | STAX | Sales tax 8/6/2024 - 9/6/2024 | $ 16.49 | | $ 16.49 |
| 10/31/2024 | 10/31/2024 | ELEU | ELECTRIC 9/6/2024 - 10/8/2024 | $ 166.37 | | $ 166.37 |
| 10/31/2024 | 10/31/2024 | STAX | Sales tax 9/6/2024 - 10/8/2024 | $ 10.81 | | $ 10.81 |
| 10/31/2024 | 10/31/2024 | ELSF | Electrica 9/6/2024 - 10/8/2024 | $ 15.00 | | $ 15.00 |
| 11/30/2024 | 11/30/2024 | ELEU | ELECTRIC 10/8/2024-11/7/2024 | $ 338.91 | | $ 338.91 |
| 11/30/2024 | 11/30/2024 | STAX | Sales tax 10/8/2024-11/7/2024 | $ 21.09 | | $ 21.09 |
| 11/30/2024 | 11/30/2024 | ELSF | Electrica 10/8/2024-11/7/2024 | $ 15.00 | | $ 15.00 |
| 12/31/2024 | 12/31/2024 | ELEU | ELECTRIC 11/7/24-12/5/24 | $ 281.25 | | $ 281.25 |
| 12/31/2024 | 12/31/2024 | STAX | Sales tax 11/7/24-12/5/24 | $ 17.65 | | $ 17.65 |
| 12/31/2024 | 12/31/2024 | ELSF | Electrica 11/7/24-12/5/24 | $ 15.00 | | $ 15.00 |
| 1/31/2025 | 1/31/2025 | ELSF | Electrica 12/5/2024 - 1/7/2025 | $ 15.00 | | $ 15.00 |
| 1/31/2025 | 1/31/2025 | STAX | Sales tax 12/5/2024 - 1/7/2025 | $ 20.79 | | $ 20.79 |
| 1/31/2025 | 1/31/2025 | ELEU | ELECTRIC 12/5/2024 - 1/7/2025 | $ 331.48 | | $ 331.48 |
| 4/2/2025 | 4/2/2025 | RENT | RENT rev retro4/25 | $ (11,724.05) | | $ (11,724.05) |
| 4/2/2025 | 4/2/2025 | WATR | WATR rev retro 4/25 | $ (61.00) | | $ (61.00) |
| 4/2/2025 | 4/2/2025 | UTIL | UTIL rev retro 4/25 | $ (570.00) | | $ (570.00) |
| 4/2/2025 | 4/2/2025 | WATR | WATR retro 4/1/25-4/4/25 | $ 8.13 | | $ 8.13 |
| 4/2/2025 | 4/2/2025 | RENT | RENT retro 4/1/25-4/4/25 | $ 1,563.21 | | $ 1,563.21 |
| 4/2/2025 | 4/2/2025 | UTIL | UTIL retro 4/1/25-4/4/25 | $ 76.00 | | $ 76.00 |
| 5/1/2025 | 5/1/2025 | RENT | 5/25 SPUTIL24.33,PdMR in error | | $ (12,355.05) | $ (11,724.05) |
| 4/2/2025 | 4/2/2025 | WATR | WATR retro 4/4/25-4/30/25 | $ 54.90 | | $ 54.90 |
| 4/2/2025 | 4/2/2025 | RENT | RENT retro4/4/25-4/30/25 | $ 8,692.13 | | $ 8,692.13 |
| 4/2/2025 | 4/2/2025 | UTIL | UTIL retro 4/4/25-4/30/25 | $ 534.90 | | $ 534.90 |
| 4/30/2025 | 4/30/2025 | ELEU | ELECTRIC 3/12/2025 - 4/10/2025 | $ 205.29 | | $ 205.29 |
| 4/30/2025 | 4/30/2025 | STAX | Sales tax 3/12/2025 - 4/10/202 | $ 13.22 | | $ 13.22 |
| 4/30/2025 | 4/30/2025 | ELSF | Electrica 3/12/2025 - 4/10/202 | $ 15.00 | | $ 15.00 |
| 5/1/2025 | 5/1/2025 | UTIL | UTILITIES | $ 594.33 | $ (570.00) | $ 24.33 |
| 5/31/2025 | 5/31/2025 | ELEU | ELECTRIC 4/10/2025 - 5/8/2025 | $ 229.92 | | $ 229.92 |
| 5/31/2025 | 5/31/2025 | STAX | Sales tax 4/10/2025 - 5/8/2025 | $ 14.70 | | $ 14.70 |
| 5/31/2025 | 5/31/2025 | ELSF | Electrica 4/10/2025 - 5/8/2025 | $ 15.00 | | $ 15.00 |
| 6/1/2025 | 6/1/2025 | UTIL | UTILITIES | $ 594.33 | $ (800.86) | $ (206.53) |
| 6/30/2025 | 6/30/2025 | STAX | Sales tax 5/8/2025 - 6/5/2025 | $ 16.52 | | $ 16.52 |
| 6/30/2025 | 6/30/2025 | ELEU | ELECTRIC 5/8/2025 - 6/5/2025 | $ 260.37 | | $ 260.37 |
| 6/30/2025 | 6/30/2025 | ELSF | Electrica 5/8/2025 - 6/5/2025 | $ 15.00 | | $ 15.00 |
| 7/1/2025 | 7/1/2025 | UTIL | UTILITIES | $ 594.33 | | $ 594.33 |
| 7/1/2025 | 7/1/2025 | WATR | WATER | $ 61.00 | | $ 61.00 |
| 7/31/2025 | 7/31/2025 | STAX | Sales tax 6/5/2025 - 7/8/2025 | $ 33.42 | | $ 33.42 |
| 7/31/2025 | 7/31/2025 | ELSF | Electrica 6/5/2025 - 7/8/2025 | $ 15.00 | | $ 15.00 |
| 7/31/2025 | 7/31/2025 | ELEU | ELECTRIC 6/5/2025 - 7/8/2025 | $ 542.06 | | $ 542.06 |
| 8/1/2025 | 8/1/2025 | UTIL | UTILITIES | $ 594.33 | | $ 594.33 |
| 8/1/2025 | 8/1/2025 | WATR | WATER | $ 61.00 | | $ 61.00 |

_____

**AMOUNT DUE:**   $ (8,169.81)

**Mechanics Lien Claim**
**The Benmoore Construction Group**   $ 26,739.00

**Total Due**   $ 18,569.19

113570  MECHANIC'S LIEN CLAIM  

To the Clerk of the **Montgomery** County Office of the Prothonotary and all others whom it may concern:

### Please Take Notice, that    The Benmoore Construction Group Inc.

as lienor(s) have and claim a lien on the real property for labor, service, equipment, or materials under 49 P.S. § 1301 of the PA Lien Law.

(1) The names and address of the lienor(s) is  **The Benmoore Construction Group Inc.**

**87 Old River Street, Hackensack NJ, 07601**

being duly organized and existing under and by virtue of the laws of the State of **NJ**

(2) The owner of the real property is **WG Park LP**
and the interest of the owner as far as known to the lienor(s) is **FeeSimple**

(3) The name of the party by whom the lienor(s) was (were) employed is:
**Claire's Boutiques**

(4) The name of the party to whom the lienor(s) furnished or is (are) to furnish materials or for whom the lienor(s) performed or is (are) to perform professional services is:
**Claire's Boutiques**

(5) The Labor Performed and Materials Furnished were:
**Supplied and Installed HVAC Materials, Etc.**

(6) The agreed price and value of the labor performed and or value of the material furnished is:   **$26,739.00**

(7) The total amount claimed for which this lien is filed is:   **$26,739.00**

(8) The time when the first item of work was performed was:   **6/5/2025**

(9) The time when the last item of work was performed was:   **6/5/2025**

(10) The property subject to the lien is situated in

**2500 Moreland Road, Willow Grove, Montgomery County, State of Pennsylvania**

**PARCEL ID: 300014236404  Tax Map: 30117 014. Block: 117. Unit: 014 5307  263**

That said labor and materials were performed and furnished for and used, and that the professional services rendered were used, in the improvement of the real property hereinbefore described.

Dated: **July 11, 2025**

_____
**Dillon Nash, as Agent of, as Authorized Signatory
The Benmoore Construction Group Inc.**

**ORIGINAL**

113570

IN WITNESS WHEREOF, on this **11** day of **July, 2025**, **Dillon Nash** the undersigned, **Agent** of **The Benmoore Construction Group Inc.**, duly authorized, does solemnly and formally swear, declare, and make oath that the facts set forth herein are true and that the amount stated above is justly due to **The Benmoore Construction Group Inc.** as nearly as the same can be ascertained.

The Benmoore Construction Group Inc.

By: _____
Dillon Nash
Agent
Authorized Signatory

STATE OF NEW YORK

COUNTY OF QUEENS

On this 11 day of July, 2025, duly authorized representative of **The Benmoore Construction Group Inc.** and signer of the foregoing Certificate, being duly sworn, personally appeared, before me, and, in his capacity as a duly authorized representative of **The Benmoore Construction Group Inc.**, subscribed and made solemn oath to the truth of this Certificate and that the amount stated in this Certificate is justly due to **The Benmoore Construction Group Inc.** as nearly as the same can be ascertained

_____
Notary Public
My Commission Expires:

Case# 2025-20453-0 Docketed at Montgomery County Prothonotary on 08/11/2025 1:22 PM, Fee = $35.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

RECV'D MCSO MONTCO.PA
2025 AUG 19 A 8:57

# Mechanic's Lien

Claimant: **The Benmoore Construction Group Inc.**

    87 Old River Street
    Hackensack, NJ   07601
    201-489-4466
    Jeffrey Pittel, CEO

To:

    WG Park LP
    c/o Pret-Rubin Inc. - Att: Mgmt
    2500 Moreland Road - 3rd FL
    Willow Grove, PA   19090

    Claire's Boutiques
    Att: Susana Jimenez
    2400 Central Avenue Road
    Hoffman Estates, IL   60192

# Notice of Lien

Amount   **$26,739.00**

*Premises known as*

**2500 Moreland Road, Willow Grove, Montgomery County, State of PA**

**PARCEL ID:  300014236404**
**Tax Map: 30117 014. Block: 117. Unit: 014**
**Book: 5307   Page: 263**

113570

Case# 2025-20453-0 Docketed at Montgomery County Prothonotary on 08/11/2025 1:22 PM, Fee = $35.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.