**CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, hereby certify that on this 29th day of August 2025, I caused a true and correct copy of the *Objection of 429 Fulton Street LLC, 3902 Annadale Lane, LP, Belden Mall LLC, Bridgewater Commons Mall II, LLC, Broadstone CLE Illinois LLC, Broward Mall LLC, Capital Mall LP, Centennial Real Estate Company, LLC, CenterCal Properties, LLC, Champlain Centre North LLC, Continental Realty, FR Del Monte LLC, FR Grossmont, LLC, FRIT Florida, LLC, Federal Realty OP LP, GTM Denton, LTD., Gallatin Mall Group, L.L.C., KRE Colonie Owner, LLC, Northpark Mall Limited Partnership, PGIM Real Estate, Pacific QKC Management PR, LLC, Palm Desert Pacific Owner LLC, Pappas Laguna No. 2, L.P., Park Mall, L.L.C., Plaza West Covina LP, Poag Shopping Centers, LLC, Southlake Indiana LLC, Star-West Franklin Park Mall, LLC, Star-West Great Northern Mall LLC, Star-West Parkway Mall LP, The Forbes Company, The Macerich Company, and YTC Mall Owner LLC to (I) Proposed Sale Transaction and Asset Purchase Agreement Between Debtors and Purchaser; and (II) Notice of Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Proposed Cure Costs* to be served by electronic notice upon all parties registered to receive notice via CM/ECF in these cases, and also upon the parties on the attached service list via e-mail, where available, and first class mail or hand delivery.

Dated: August 29, 2025
Wilmington, Delaware

/s/ *Leslie C. Heilman*
Leslie C. Heilman
BALLARD SPAHR LLP

## SERVICE LIST

<u>Via First Class Mail</u>
Claire's Holdings LLC
Attn: Brendan McKeough
Executive Vice President,
Chief Legal Officer, and Secretary
2400 West Central Road
Hoffman Estates, Illinois 60192
E-mail: Brendan.mckeough@claires.com

*Debtors*

<u>Via First Class Mail</u>
Claire's Holdings LLC
Attn: Michele Reilly, Assistant Secretary
3 SW 129th Avenue
Pembroke Pines, Florida 33027
E-mail: michele.reilly@claires.com

*Debtors*

<u>Via First Class Mail</u>
Joshua A. Sussberg, P.C.
Allyson Smith
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
E-mail: joshua.sussberg@kirkland.com
   allyson.smith@kirkland.com

*Proposed Co-Counsel to the Debtors*

<u>Via First Class Mail</u>
Alexandra F. Schwarzman, P.C.
Robert A. Jacobson
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
E-mail: alexandra.schwarzman@kirkland.com
   rob.jacobson@kirkland.com

*Proposed Co-Counsel to the Debtors*

<u>Via Hand Delivery</u>
Paul N. Heath
Zachary I. Shapiro
Richards, Layton & Finger, PA
920 N King Street
Wilmington, Delaware 19801
E-mail: heath@rlf.com
   shapiro@rlf.com

*Proposed Co-Counsel to the Debtors*

<u>Via Hand Delivery</u>
Office of the United States Trustee for the
District of Delaware
Attn: Benjamin A. Hackman
J. Caleb Boggs Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
E-mail: Benjamin.A.Hackman@usdoj.gov

*United States Trustee*

<u>Via First Class Mail</u>
Joel Moss
Amit Trehan
Sean Tierney
Cahill Gordon & Reindel LLP
32 Old Slip
New York, New York 10005
E-mail: JMoss@cahill.com
   ATrehan@cahill.com
   STierney@cahill.com

*Counsel to the Prepetition Priority Term
Loan Agent and Existing Prepetition Term
Loan Agent, Ankura Trust Company, LLC*

<u>Via First Class Mail</u>
Elisha D. Graff
Zachary J. Weiner
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
E-mail: egraff@stblaw.com
   zachary.weiner@stblaw.com

*Counsel to Prepetition ABL Agent, JPMorgan
Chase Bank, N.A.*

| | |
|---|---|
| <u>Via Hand Delivery</u><br>L. Katherine Good<br>Jeremy Ryan<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, Delaware 19801<br>E-mail: kgood@potteranderson.com<br>            jryan@potteranderson.com<br><br>*Counsel to Prepetition ABL Agent,*<br>*JPMorgan Chase Bank, N.A.* | <u>Via First Class Mail</u><br>Darren Azman<br>Kristin K. Going<br>Stacy A. Lutkus<br>McDermott Will & Schulte LLP<br>One Vanderbilt Avenue<br>New York, New York 10017<br>E-mail: dazman@mwe.com<br>            kgoing@mwe.com<br>            salutkus@mwe.com<br><br>*Counsel to Committee* |
| <u>Via Hand Delivery</u><br>Justin R. Alberto<br>Stacy L. Newman<br>Michael E. Fitzpatrick<br>Melissa M. Hartlipp<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 600<br>Wilmington, Delaware 19801<br>E-mail: jalberto@coleschotz.com<br>            snewman@coleschotz.com<br>            mfitzpatrick@coleschotz.com<br>            mhartlipp@coleschotz.com<br><br>*Counsel to Committee* | <u>Via First Class Mail</u><br>Seth Van Aalten<br>Sarah A. Carnes<br>Cole Schotz P.C.,<br>1325 Avenue of the Americas, 19th Floor<br>New York, New York 10019<br>E-mail: svanaalten@coleschotz.com<br>            scarnes@coleschotz.com<br><br>*Counsel to Committee* |