**Lease Ledger** Page 1

Date: 08/06/2025
Property: 2000com
Tenant: t0000346 Claire's #5281
From Date: 06/01/2018  To Date: 05/31/2028
Move In Date: 06/01/2018
Unit(S): H-118



EXHIBIT A

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 03/03/2020 | Prepaid Utilities | | 0.00 | 14.10 | (14.10) | R-522 | |
| 04/10/2020 | Late Fee | | 20.77 | 0.00 | 6.67 | C-5100 | No |
| 05/05/2020 | INS Recovery Reconciliation | | (90.34) | 0.00 | (83.67) | C-5101 | No |
| 05/05/2020 | RET Recovery Reconciliation | | (283.17) | 0.00 | (366.84) | C-5102 | No |
| 05/10/2020 | Late Fee | | 20.77 | 0.00 | (346.07) | C-5103 | No |
| 06/10/2020 | Late Fee | | 20.77 | 0.00 | (325.30) | C-5104 | No |
| 07/03/2020 | Electricity | | 140.01 | 0.00 | (185.29) | C-5105 | No |
| 07/03/2020 | Water | | 106.01 | 0.00 | (79.28) | C-5106 | No |
| 07/10/2020 | Late Fee | | 20.77 | 0.00 | (58.51) | C-5107 | No |
| 08/01/2020 | Electricity | | 204.26 | 0.00 | 145.75 | C-5108 | No |
| 08/01/2020 | Water | | 106.01 | 0.00 | 251.76 | C-5109 | No |
| 08/10/2020 | Late Fee | | 22.30 | 0.00 | 274.06 | C-5110 | No |
| 08/21/2020 | Electricity | | 242.77 | 0.00 | 516.83 | C-5111 | No |
| 08/21/2020 | Water | | 106.01 | 0.00 | 622.84 | C-5112 | No |
| 09/10/2020 | Late Fee | | 20.77 | 0.00 | 643.61 | C-5113 | No |
| 09/23/2020 | Electricity | | 234.95 | 0.00 | 878.56 | C-5114 | No |
| 10/10/2020 | Late Fee | | 20.77 | 0.00 | 899.33 | C-5115 | No |
| 10/26/2020 | Electricity | | 205.81 | 0.00 | 1,105.14 | C-5116 | No |
| 10/28/2020 | Prepaid Rent | | 0.00 | 3,331.68 | (2,226.54) | R-523 | |
| 11/10/2020 | Late Fee | | 4.34 | 0.00 | (2,222.20) | C-5117 | No |
| 11/24/2020 | Electricity | | 191.75 | 0.00 | (2,030.45) | C-5118 | No |
| 11/24/2020 | Water | | 106.25 | 0.00 | (1,924.20) | C-5119 | No |
| 12/24/2020 | Electricity | | 201.13 | 0.00 | (1,723.07) | C-5120 | No |
| 02/22/2021 | Electricity | | 217.13 | 0.00 | (1,505.94) | C-5121 | No |
| 03/15/2021 | Electricity | | 200.18 | 0.00 | (1,305.76) | C-5122 | No |
| 03/25/2021 | Electricity | | 228.32 | 0.00 | (1,077.44) | C-5123 | No |
| 05/01/2021 | Minimum Rent | | 31.85 | 0.00 | (1,045.59) | C-5124 | No |
| 05/11/2021 | Late Fee | | 0.16 | 0.00 | (1,045.43) | C-5125 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 4,211.67 | 0.00 | 3,166.24 | C-8837 | No |
| 07/01/2021 | Electricity - 05/19/21 - 06/20/21 | | 210.72 | 0.00 | 3,376.96 | C-22130 | No |
| 07/12/2021 | Chk# ACH | | 0.00 | 4,211.67 | (834.71) | R-870 | |
| 07/15/2021 | Electricity - 03/20/21 - 04/19/2021 | | 245.83 | 0.00 | (588.88) | C-28858 | No |
| 08/01/2021 | Commercial Rental (08/2021) | H-118 | 4,211.67 | 0.00 | 3,622.79 | C-19121 | No |
| 08/01/2021 | Electricity - 04/20/21-05/19/21 | | 222.67 | 0.00 | 3,845.46 | C-28735 | No |
| 08/02/2021 | | | 0.00 | 4,211.67 | (366.21) | R-4417 | |
| 09/01/2021 | Commercial Rental (09/2021) | H-118 | 4,211.67 | 0.00 | 3,845.46 | C-20800 | No |

Wednesday, August 06, 2025
02:20 PM

# Lease Ledger

Date: 08/06/2025
Property: 2000com
Tenant: t0000346 Claire's #5281
From Date: 06/01/2018  To Date: 05/31/2028
Move In Date: 06/01/2018
Unit(S): H-118

Page 2

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 09/02/2021 | Chk# ACH | | 0.00 | 4,211.67 | (366.21) | R-8281 | |
| 10/01/2021 | Commercial Rental (10/2021) | H-118 | 4,211.67 | 0.00 | 3,845.46 | C-25750 | No |
| 10/08/2021 | Chk# WIRE | | 0.00 | 4,211.67 | (366.21) | R-11488 | |
| 11/01/2021 | Commercial Rental (11/2021) | H-118 | 4,211.67 | 0.00 | 3,845.46 | C-32035 | No |
| 11/10/2021 | Chk# WIR | | 0.00 | 4,211.67 | (366.21) | R-14037 | |
| 12/01/2021 | Commercial Rental (12/2021) | H-118 | 4,211.67 | 0.00 | 3,845.46 | C-37619 | No |
| 12/06/2021 | Chk# ACH | | 0.00 | 4,211.67 | (366.21) | R-16991 | |
| 01/01/2022 | Commercial Rental (01/2022) | H-118 | 4,211.67 | 0.00 | 3,845.46 | C-41763 | No |
| 01/06/2022 | Chk# ACH | | 0.00 | 4,211.67 | (366.21) | R-19749 | |
| 01/21/2022 | Chk# ACH | | 0.00 | 2,418.25 | (2,784.46) | R-20292 | |
| 02/01/2022 | Commercial Rental (02/2022) | H-118 | 4,211.67 | 0.00 | 1,427.21 | C-46400 | No |
| 02/03/2022 | Chk# ACH | | 0.00 | 4,211.67 | (2,784.46) | R-23000 | |
| 02/16/2022 | Chk# ACH | | 0.00 | 2,373.81 | (5,158.27) | R-23575 | |
| 03/01/2022 | Commercial Rental (03/2022) | H-118 | 4,211.67 | 0.00 | (946.60) | C-51955 | No |
| 03/14/2022 | Chk# ACH | | 0.00 | 4,211.67 | (5,158.27) | R-26524 | |
| 03/15/2022 | Electricity - 06/20/21 - 07/19/2021 | | 253.94 | 0.00 | (4,904.33) | C-59303 | No |
| 03/15/2022 | Water/ Sewer - 06/20/21 - 07/19/2021 | | 109.36 | 0.00 | (4,794.97) | C-59366 | No |
| 03/16/2022 | Commercial Rent - Percent Rent (07/2021-09/2021) | | 2,418.25 | 0.00 | (2,376.72) | C-54770 | No |
| 03/16/2022 | Commerical Rent - Percent Rent(10/2021-12/2021) | | 2,373.81 | 0.00 | (2.91) | C-54771 | No |
| 03/30/2022 | Electricity - 07/20/2021 - 08/19/2021 | | 266.81 | 0.00 | 263.90 | C-59552 | No |
| 03/30/2022 | Water/ Sewer - 07/20/2021 - 08/19/2021 | | 107.03 | 0.00 | 370.93 | C-59617 | No |
| 03/30/2022 | Electricity - 08/20/2021 - 09/19/2021 | | 257.56 | 0.00 | 628.49 | C-60804 | No |
| 03/30/2022 | Water/ Sewer - 08/20/2021 - 09/19/2021 | | 107.54 | 0.00 | 736.03 | C-60869 | No |
| 04/01/2022 | Commercial Rental (04/2022) | H-118 | 4,211.67 | 0.00 | 4,947.70 | C-58383 | No |
| 04/11/2022 | Late Fee, 1.5% of $4211.67 | | 63.18 | 0.00 | 5,010.88 | C-62656 | No |
| 04/14/2022 | Commerical Rent - Percent Rent(03/2022) | | 1,528.40 | 0.00 | 6,539.28 | C-60007 | No |
| 04/15/2022 | Electricity - 09/20/2021 - 10/19/2021 | | 222.07 | 0.00 | 6,761.35 | C-64606 | No |
| 04/15/2022 | Water - 09/20/2021 - 10/19/2021 | | 106.50 | 0.00 | 6,867.85 | C-64671 | No |
| 04/30/2022 | Electricity - 10/20/2021 - 11/19/2021 | | 199.15 | 0.00 | 7,067.00 | C-64845 | No |
| 04/30/2022 | Water - 10/20/2021 - 11/19/2021 | | 106.77 | 0.00 | 7,173.77 | C-64910 | No |
| 05/01/2022 | Commercial Rental (05/2022) | H-118 | 4,211.67 | 0.00 | 11,385.44 | C-63828 | No |
| 05/04/2022 | Chk# ACH | | 0.00 | 4,211.67 | 7,173.77 | R-30907 | |
| 05/11/2022 | Late Fee, 1.5% of $4211.67 | | 63.18 | 0.00 | 7,236.95 | C-65326 | No |
| 05/31/2022 | Commercial Rent - Percent Rent (04/2022) | | 102.08 | 0.00 | 7,339.03 | C-68619 | No |
| 06/01/2022 | Commercial Rental (06/2022) | H-118 | 4,211.67 | 0.00 | 11,550.70 | C-68196 | No |
| 06/01/2022 | Electricity - 11/20/21 - 12/20/21 | | 219.14 | 0.00 | 11,769.84 | C-73566 | No |

# Lease Ledger

Date: 08/06/2025
Property: 2000com
Tenant: t0000346 Claire's #5281
From Date: 06/01/2018  To Date: 05/31/2028
Move In Date: 06/01/2018
Unit(S): H-118

Page 3

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 06/01/2022 | Water/Sewer - 11/20/21 - 12/20/21 | | 106.20 | 0.00 | 11,876.04 | C-73631 | No |
| 06/01/2022 | Commercial Rent - Percent Rent (05/2022) | | 221.29 | 0.00 | 12,097.33 | C-73741 | No |
| 06/03/2022 | Chk# WRE-A06032022 | | 0.00 | 4,211.67 | 7,885.66 | R-33285 | No |
| 06/09/2022 | Chk# ACH | | 0.00 | 4,211.67 | 3,673.99 | R-33623 | No |
| 06/28/2022 | Electricity - 12/20/2021 - 01/19/2022 | | 256.61 | 0.00 | 3,930.60 | C-73876 | No |
| 06/28/2022 | Water/ Sewer - 12/20/2021 - 01/19/2022 | | 107.54 | 0.00 | 4,038.14 | C-73941 | No |
| 07/01/2022 | Commercial Rental (07/2022) | H-118 | 4,211.67 | 0.00 | 8,249.81 | C-73097 | No |
| 07/01/2022 | Chk# WRE-A07012022 | | 0.00 | 4,211.67 | 4,038.14 | R-34814 | No |
| 07/18/2022 | Commercial Rent - Percent Rent (06/2022) | | 2,372.00 | 0.00 | 6,410.14 | C-74812 | No |
| 07/27/2022 | Electricity - 01/20/2022 - 02/19/2022 | | 237.99 | 0.00 | 6,648.13 | C-112693 | No |
| 07/27/2022 | Water - 01/20/2022 - 02/19/2022 | | 106.15 | 0.00 | 6,754.28 | C-112758 | No |
| 08/01/2022 | Commercial Rental (08/2022) | H-118 | 4,211.67 | 0.00 | 10,965.95 | C-81336 | No |
| 08/02/2022 | Chk# WRE-A08012022 | | 0.00 | 4,211.67 | 6,754.28 | R-43908 | No |
| 09/01/2022 | Commercial Rental (09/2022) | H-118 | 4,211.67 | 0.00 | 10,965.95 | C-178335 | No |
| 09/02/2022 | Chk# WRE-A09022022 | | 0.00 | 4,211.67 | 6,754.28 | R-63114 | No |
| 10/01/2022 | Commercial Rental (10/2022) | H-118 | 4,211.67 | 0.00 | 10,965.95 | C-214026 | No |
| 10/04/2022 | Chk# WRE - A10042022 | | 0.00 | 4,211.67 | 6,754.28 | R-75963 | No |
| 10/19/2022 | Commercial Rent - Percent Rent ( Adjusted as per Amendment) | | (2,394.12) | 0.00 | 4,360.16 | C-247200 | No |
| 10/31/2022 | Chk# WRE-A10312022 | | 0.00 | 5,301.02 | (940.86) | R-109216 | No |
| 11/01/2022 | Commercial Rental (11/2022) | H-118 | 4,211.67 | 0.00 | 3,270.81 | C-271230 | No |
| 11/01/2022 | Chk# WRE-A11012022 | | 0.00 | 4,211.67 | (940.86) | R-109238 | No |
| 11/16/2022 | Electricity - 02/20/2022 - 03/19/2022 | | 239.31 | 0.00 | (701.55) | C-279083 | No |
| 11/16/2022 | Water - 02/20/2022 - 03/19/2022 | | 106.01 | 0.00 | (595.54) | C-279148 | No |
| 11/28/2022 | Electricity -3/20/2022 - 4/19/2022 | | 217.59 | 0.00 | (377.95) | C-321499 | No |
| 11/28/2022 | Water - 3/20/2022 - 4/19/2022 | | 106.33 | 0.00 | (271.62) | C-321564 | No |
| 12/01/2022 | Commercial Rental (12/2022) | H-118 | 4,211.67 | 0.00 | 3,940.05 | C-320516 | No |
| 12/01/2022 | Chk# WRE-A12012022 | | 0.00 | 4,211.67 | (271.62) | R-137577 | No |
| 12/08/2022 | Electricity - 04/20/2022 - 05/19/2022 | | 222.78 | 0.00 | (48.84) | C-322693 | No |
| 12/08/2022 | Water - 04/20/2022 - 05/19/2022 | | 106.00 | 0.00 | 57.16 | C-322753 | No |
| 12/12/2022 | Electricity - 05/20/2022 - 6/19/2022 | | 248.01 | 0.00 | 305.17 | C-322994 | No |
| 12/12/2022 | Water - 05/20/2022 - 6/19/2022 | | 107.00 | 0.00 | 412.17 | C-323054 | No |
| 12/30/2022 | Electricity - 06/20/2022-07/19/2022 | | 239.65 | 0.00 | 651.82 | C-368538 | No |
| 12/30/2022 | Water - 06/20/2022-07/19/2022 | | 106.01 | 0.00 | 757.83 | C-368603 | No |
| 01/01/2023 | Commercial Rental (01/2023) | H-118 | 4,211.67 | 0.00 | 4,969.50 | C-366640 | No |
| 01/03/2023 | Chk# WRE-A01032023 | | 0.00 | 4,211.67 | 757.83 | R-155701 | |

Wednesday, August 06, 2025
02:20 PM

# Lease Ledger

Date: 08/06/2025
Property: 2000com
Tenant: t0000346 Claire's #5281
From Date: 06/01/2018  To Date: 05/31/2028
Move In Date: 06/01/2018
Unit(S): H-118

Page 4

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 02/01/2023 | Commercial Rental (02/2023) | H-118 | 4,211.67 | 0.00 | 4,969.50 | C-414069 | No |
| 02/02/2023 | Chk# WRE-A02022023 | | 0.00 | 4,789.46 | 180.04 | R-180128 | No |
| 03/01/2023 | Commercial Rental (03/2023) | H-118 | 4,211.67 | 0.00 | 4,391.71 | C-464762 | No |
| 03/01/2023 | Chk# WRE-A03012023 | | 0.00 | 5,005.53 | (613.82) | R-200295 | No |
| 03/08/2023 | Reverse R-109216 paid on 10/31/2022. Payment belongs to t0000373. | | 5,301.02 | 0.00 | 4,687.20 | C-469552 | No |
| 03/31/2023 | Chk# WRE-A03312023 | | 0.00 | 4,211.67 | 475.53 | R-220880 | No |
| 04/01/2023 | Commercial Rental (04/2023) | H-118 | 4,211.67 | 0.00 | 4,687.20 | C-511794 | No |
| 05/01/2023 | Commercial Rental (05/2023) | H-118 | 4,211.67 | 0.00 | 8,898.87 | C-555887 | No |
| 05/03/2023 | Chk# WRE-A05032023 | | 0.00 | 4,211.67 | 4,687.20 | R-247106 | No |
| 06/01/2023 | Commercial Rental (06/2023) | | 3,208.00 | 0.00 | 7,895.20 | C-602648 | No |
| 06/01/2023 | Real Estate Taxes (06/2023) | | 320.83 | 0.00 | 8,216.03 | C-602649 | No |
| 06/01/2023 | Common Area Maintenance (06/2023) | | 504.00 | 0.00 | 8,720.03 | C-602650 | No |
| 06/01/2023 | Insurance (06/2023) | | 32.08 | 0.00 | 8,752.11 | C-602651 | No |
| 06/02/2023 | Chk# WRE-A06022023 | | 0.00 | 4,064.91 | 4,687.20 | R-268478 | No |
| 07/01/2023 | Common Area Maintenance (07/2023) | H-118 | 504.00 | 0.00 | 5,191.20 | C-648905 | No |
| 07/01/2023 | Commercial Rental (07/2023) | H-118 | 3,208.00 | 0.00 | 8,399.20 | C-648906 | No |
| 07/01/2023 | Insurance (07/2023) | H-118 | 32.08 | 0.00 | 8,431.28 | C-648907 | No |
| 07/01/2023 | Real Estate Taxes (07/2023) | H-118 | 320.83 | 0.00 | 8,752.11 | C-648908 | No |
| 07/05/2023 | Chk# WRE-A07052023 | | 0.00 | 7,827.61 | 924.50 | R-291618 | No |
| 07/11/2023 | Rev Commercial Rent - Percent Rent | | (1,528.40) | 0.00 | (603.90) | C-651057 | No |
| 08/01/2023 | Common Area Maintenance (08/2023) | H-118 | 504.00 | 0.00 | (99.90) | C-692703 | No |
| 08/01/2023 | Commercial Rental (08/2023) | H-118 | 3,208.00 | 0.00 | 3,108.10 | C-692704 | No |
| 08/01/2023 | Insurance (08/2023) | H-118 | 32.08 | 0.00 | 3,140.18 | C-692705 | No |
| 08/01/2023 | Real Estate Taxes (08/2023) | H-118 | 320.83 | 0.00 | 3,461.01 | C-692706 | No |
| 08/01/2023 | Chk# WRE-A08012023 | | 0.00 | 4,064.91 | (603.90) | R-311304 | No |
| 09/01/2023 | Common Area Maintenance (09/2023) | H-118 | 504.00 | 0.00 | (99.90) | C-740029 | No |
| 09/01/2023 | Commercial Rental (09/2023) | H-118 | 3,208.00 | 0.00 | 3,108.10 | C-740030 | No |
| 09/01/2023 | Insurance (09/2023) | H-118 | 32.08 | 0.00 | 3,140.18 | C-740031 | No |
| 09/01/2023 | Real Estate Taxes (09/2023) | H-118 | 320.83 | 0.00 | 3,461.01 | C-740032 | No |
| 09/01/2023 | Electricity - 07/19/2022-08/20/2022 | | 383.68 | 0.00 | 3,844.69 | C-740864 | No |
| 09/01/2023 | Water - 07/19/2022-08/20/2022 | | 107.21 | 0.00 | 3,951.90 | C-740929 | No |
| 09/01/2023 | Electricity - 08/20/2022-09/19/2022 | | 367.96 | 0.00 | 4,319.86 | C-742715 | No |
| 09/01/2023 | Water - 08/20/2022-09/19/2022 | | 108.97 | 0.00 | 4,428.83 | C-742780 | No |
| 09/01/2023 | Electricity - 09/20/2022-10/19/2022 | | 352.29 | 0.00 | 4,781.12 | C-742846 | No |

# Lease Ledger

Date: 08/06/2025  
Property: 2000com  
Tenant: t0000346 Claire's #5281  
From Date: 06/01/2018  To Date: 05/31/2028  
Move In Date: 06/01/2018  
Unit(S): H-118

Page 5

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 09/01/2023 | Water - 09/20/2022-10/19/2022 | | 107.12 | 0.00 | 4,888.24 | C-742912 | No |
| 09/01/2023 | Chk# WRE-A09012023 | | 0.00 | 4,064.91 | 823.33 | R-333633 | No |
| 10/01/2023 | Common Area Maintenance (10/2023) | H-118 | 504.00 | 0.00 | 1,327.33 | C-790565 | No |
| 10/01/2023 | Commercial Rental (10/2023) | H-118 | 3,208.00 | 0.00 | 4,535.33 | C-790566 | No |
| 10/01/2023 | Insurance (10/2023) | H-118 | 32.08 | 0.00 | 4,567.41 | C-790567 | No |
| 10/01/2023 | Real Estate Taxes (10/2023) | H-118 | 320.83 | 0.00 | 4,888.24 | C-790568 | No |
| 10/03/2023 | Chk# WRE-A10032023 | | 0.00 | 4,064.91 | 823.33 | R-361146 | No |
| 10/12/2023 | Insurance Reconciliation (01/2022 - 12/2022) | | 448.85 | 0.00 | 1,272.18 | C-794454 | No |
| 10/12/2023 | Real Estate Tax Reconciliation (01/2022 - 12/2022) | | 8,475.55 | 0.00 | 9,747.73 | C-794455 | No |
| 10/12/2023 | Insurance Reconciliation (01/2021 - 12/2021) | | 443.41 | 0.00 | 10,191.14 | C-794648 | No |
| 10/12/2023 | Real Estate Tax Reconciliation (01/2021 - 12/2021) | | 8,190.57 | 0.00 | 18,381.71 | C-794649 | No |
| 11/01/2023 | Common Area Maintenance (11/2023) | H-118 | 504.00 | 0.00 | 18,885.71 | C-835226 | No |
| 11/01/2023 | Commercial Rental (11/2023) | H-118 | 3,208.00 | 0.00 | 22,093.71 | C-835227 | No |
| 11/01/2023 | Insurance (11/2023) | H-118 | 32.08 | 0.00 | 22,125.79 | C-835228 | No |
| 11/01/2023 | Real Estate Taxes (11/2023) | H-118 | 320.83 | 0.00 | 22,446.62 | C-835229 | No |
| 11/03/2023 | Chk# WIRE | | 0.00 | 4,523.41 | 17,923.21 | R-384342 | No |
| 12/01/2023 | Common Area Maintenance (12/2023) | H-118 | 504.00 | 0.00 | 18,427.21 | C-872580 | No |
| 12/01/2023 | Commercial Rental (12/2023) | H-118 | 3,208.00 | 0.00 | 21,635.21 | C-872581 | No |
| 12/01/2023 | Insurance (12/2023) | H-118 | 32.08 | 0.00 | 21,667.29 | C-872582 | No |
| 12/01/2023 | Real Estate Taxes (12/2023) | H-118 | 320.83 | 0.00 | 21,988.12 | C-872583 | No |
| 12/04/2023 | Chk# WRE-A12042023 | | 0.00 | 4,064.91 | 17,923.21 | R-406179 | No |
| 12/12/2023 | Real Estate Tax Reconciliation (01/2020 - 12/2020) | | 8,212.75 | 0.00 | 26,135.96 | C-884590 | No |
| 01/01/2024 | Common Area Maintenance (01/2024) | H-118 | 504.00 | 0.00 | 26,639.96 | C-925714 | No |
| 01/01/2024 | Commercial Rental (01/2024) | H-118 | 3,208.00 | 0.00 | 29,847.96 | C-925715 | No |
| 01/01/2024 | Insurance (01/2024) | H-118 | 32.08 | 0.00 | 29,880.04 | C-925716 | No |
| 01/01/2024 | Real Estate Taxes (01/2024) | H-118 | 320.83 | 0.00 | 30,200.87 | C-925717 | No |
| 01/03/2024 | Chk# WIRE01032024 | | 0.00 | 4,064.91 | 26,135.96 | R-427431 | No |
| 02/01/2024 | Common Area Maintenance (02/2024) | H-118 | 519.12 | 0.00 | 26,655.08 | C-979370 | No |
| 02/01/2024 | Commercial Rental (02/2024) | H-118 | 3,208.00 | 0.00 | 29,863.08 | C-979371 | No |
| 02/01/2024 | Insurance (02/2024) | H-118 | 32.08 | 0.00 | 29,895.16 | C-979372 | No |
| 02/01/2024 | Real Estate Taxes (02/2024) | H-118 | 320.83 | 0.00 | 30,215.99 | C-979373 | No |
| 02/06/2024 | Chk# WRE-A02062024 | | 0.00 | 4,080.03 | 26,135.96 | R-453418 | No |
| 02/08/2024 | Rev Insurance Reconciliation (01/2022 - 12/2022) | | (448.85) | 0.00 | 25,687.11 | C-981989 | No |
| 02/08/2024 | Rev Real Estate Tax Reconciliation (01/2022 - 12/2022) | | (8,475.55) | 0.00 | 17,211.56 | C-981990 | No |
| 02/08/2024 | Rev Insurance Reconciliation (01/2021 - 12/2021) | | (443.41) | 0.00 | 16,768.15 | C-981991 | No |

# Lease Ledger

Date: 08/06/2025
Property: 2000com
Tenant: t0000346 Claire's #5281
From Date: 06/01/2018  To Date: 05/31/2028
Move In Date: 06/01/2018
Unit(S): H-118

Page 6

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 02/08/2024 | Rev Real Estate Tax Reconciliation (01/2021 - 12/2021) | | (8,190.57) | 0.00 | 8,577.58 | C-981992 | No |
| 02/08/2024 | Rev Real Estate Tax Reconciliation (01/2020 - 12/2020) | | (8,212.75) | 0.00 | 364.83 | C-981993 | No |
| 03/01/2024 | Common Area Maintenance (03/2024) | H-118 | 519.12 | 0.00 | 883.95 | C-1022995 | No |
| 03/01/2024 | Commercial Rental (03/2024) | H-118 | 3,208.00 | 0.00 | 4,091.95 | C-1022996 | No |
| 03/01/2024 | Insurance (03/2024) | H-118 | 32.08 | 0.00 | 4,124.03 | C-1022997 | No |
| 03/01/2024 | Real Estate Taxes (03/2024) | H-118 | 320.83 | 0.00 | 4,444.86 | C-1022998 | No |
| 03/01/2024 | Real Estate Tax Reconciliation (01/2023 - 05/2023) :Reversed by Charge Ctr# 1026158 | | 3,658.71 | 0.00 | 8,103.57 | C-1025660 | No |
| 03/01/2024 | Real Estate Tax Reconciliation (06/2023 - 12/2023) :Reversed by Charge Ctr# 1026159 | | 5,185.19 | 0.00 | 13,288.76 | C-1025661 | No |
| 03/01/2024 | :Reverse Charge Ctr#1025660 | | (3,658.71) | 0.00 | 9,630.05 | C-1026158 | Yes |
| 03/01/2024 | :Reverse Charge Ctr#1025661 | | (5,185.19) | 0.00 | 4,444.86 | C-1026159 | Yes |
| 03/01/2024 | Real Estate Tax Reconciliation (01/2023-12/2023) | | 6,598.09 | 0.00 | 11,042.95 | C-1026198 | No |
| 03/05/2024 | Chk# WIRE03052024 | | 0.00 | 4,080.03 | 6,962.92 | R-478612 | |
| 04/01/2024 | Common Area Maintenance (04/2024) | H-118 | 519.12 | 0.00 | 7,482.04 | C-1069656 | No |
| 04/01/2024 | Commercial Rental (04/2024) | H-118 | 3,208.00 | 0.00 | 10,690.04 | C-1069657 | No |
| 04/01/2024 | Insurance (04/2024) | H-118 | 32.08 | 0.00 | 10,722.12 | C-1069658 | No |
| 04/01/2024 | Real Estate Taxes (04/2024) | H-118 | 320.83 | 0.00 | 11,042.95 | C-1069659 | No |
| 04/01/2024 | Insurance Reconciliation (01/2023 - 05/2023) | | 222.87 | 0.00 | 11,265.82 | C-1070236 | No |
| 04/01/2024 | Insurance Reconciliation (06/2023 - 12/2023) | | 91.29 | 0.00 | 11,357.11 | C-1070237 | No |
| 04/01/2024 | 2023 RET Reconciliation | | 2,939.38 | 0.00 | 14,296.49 | C-1084223 | No |
| 04/02/2024 | Chk# WIRE04022024 | | 0.00 | 11,645.94 | 2,650.55 | R-499992 | |
| 05/01/2024 | Common Area Maintenance (05/2024) | H-118 | 519.12 | 0.00 | 3,169.67 | C-1125538 | No |
| 05/01/2024 | Commercial Rental (05/2024) | H-118 | 3,208.00 | 0.00 | 6,377.67 | C-1125539 | No |
| 05/01/2024 | Insurance (05/2024) | H-118 | 32.08 | 0.00 | 6,409.75 | C-1125540 | No |
| 05/01/2024 | Real Estate Taxes (05/2024) | H-118 | 320.83 | 0.00 | 6,730.58 | C-1125541 | No |
| 05/02/2024 | Chk# WIRE0502024 | | 0.00 | 4,080.03 | 2,650.55 | R-526434 | |
| 05/31/2024 | Chk# WIRE05312024 | | 0.00 | 4,161.03 | (1,510.48) | R-546860 | |
| 06/01/2024 | Common Area Maintenance (06/2024) | H-118 | 519.12 | 0.00 | (991.36) | C-1172536 | No |
| 06/01/2024 | Commercial Rental (06/2024) | H-118 | 3,289.00 | 0.00 | 2,297.64 | C-1172537 | No |
| 06/01/2024 | Insurance (06/2024) | H-118 | 32.08 | 0.00 | 2,329.72 | C-1172538 | No |
| 06/01/2024 | Real Estate Taxes (06/2024) | H-118 | 320.83 | 0.00 | 2,650.55 | C-1172539 | No |
| 07/01/2024 | Common Area Maintenance (07/2024) | H-118 | 519.12 | 0.00 | 3,169.67 | C-1220253 | No |
| 07/01/2024 | Commercial Rental (07/2024) | H-118 | 3,289.00 | 0.00 | 6,458.67 | C-1220254 | No |
| 07/01/2024 | Insurance (07/2024) | H-118 | 32.08 | 0.00 | 6,490.75 | C-1220255 | No |

# Lease Ledger

Date: 08/06/2025
Property: 2000com
Tenant: t0000346 Claire's #5281
From Date: 06/01/2018  To Date: 05/31/2028
Move In Date: 06/01/2018
Unit(S): H-118

Page 7

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 07/01/2024 | Real Estate Taxes (07/2024) | H-118 | 320.83 | 0.00 | 6,811.58 | C-1220256 | No |
| 07/01/2024 | Chk# WIRE07012024 | | 0.00 | 4,161.03 | 2,650.55 | R-569666 | No |
| 07/10/2024 | Reverse Real Estate Tax Reconciliation (01/2023-12/2023) billed on 3/1/2024 | | (6,598.09) | 0.00 | (3,947.54) | C-1224158 | No |
| 08/01/2024 | Common Area Maintenance (08/2024) | H-118 | 519.12 | 0.00 | (3,428.42) | C-1265172 | No |
| 08/01/2024 | Commercial Rental (08/2024) | H-118 | 3,289.00 | 0.00 | (139.42) | C-1265173 | No |
| 08/01/2024 | Insurance (08/2024) | H-118 | 32.08 | 0.00 | (107.34) | C-1265174 | No |
| 08/01/2024 | Real Estate Taxes (08/2024) | H-118 | 320.83 | 0.00 | 213.49 | C-1265175 | No |
| 08/01/2024 | Chk# WIRE-08012024 | | 0.00 | 4,161.03 | (3,947.54) | R-599740 | No |
| 09/01/2024 | Common Area Maintenance (09/2024) | H-118 | 519.12 | 0.00 | (3,428.42) | C-1312725 | No |
| 09/01/2024 | Commercial Rental (09/2024) | H-118 | 3,289.00 | 0.00 | (139.42) | C-1312726 | No |
| 09/01/2024 | Insurance (09/2024) | H-118 | 32.08 | 0.00 | (107.34) | C-1312727 | No |
| 09/01/2024 | Real Estate Taxes (09/2024) | H-118 | 320.83 | 0.00 | 213.49 | C-1312728 | No |
| 09/03/2024 | Chk# Wire090324 | | 0.00 | 4,161.03 | (3,947.54) | R-619901 | No |
| 10/01/2024 | Common Area Maintenance (10/2024) | H-118 | 519.12 | 0.00 | (3,428.42) | C-1358687 | No |
| 10/01/2024 | Commercial Rental (10/2024) | H-118 | 3,289.00 | 0.00 | (139.42) | C-1358688 | No |
| 10/01/2024 | Insurance (10/2024) | H-118 | 32.08 | 0.00 | (107.34) | C-1358689 | No |
| 10/01/2024 | Real Estate Taxes (10/2024) | H-118 | 320.83 | 0.00 | 213.49 | C-1358690 | No |
| 10/01/2024 | Chk# Wire 100124 | | 0.00 | 4,161.03 | (3,947.54) | R-641267 | No |
| 11/01/2024 | Common Area Maintenance (11/2024) | H-118 | 519.12 | 0.00 | (3,428.42) | C-1406692 | No |
| 11/01/2024 | Commercial Rental (11/2024) | H-118 | 3,289.00 | 0.00 | (139.42) | C-1406693 | No |
| 11/01/2024 | Insurance (11/2024) | H-118 | 32.08 | 0.00 | (107.34) | C-1406694 | No |
| 11/01/2024 | Real Estate Taxes (11/2024) | H-118 | 320.83 | 0.00 | 213.49 | C-1406695 | No |
| 11/01/2024 | Chk# Wire 110124 | | 0.00 | 4,161.03 | (3,947.54) | R-665813 | No |
| 11/29/2024 | Chk# Wire 112924 | | 0.00 | 4,161.03 | (8,108.57) | R-686187 | No |
| 12/01/2024 | Common Area Maintenance (12/2024) | H-118 | 519.12 | 0.00 | (7,589.45) | C-1453395 | No |
| 12/01/2024 | Commercial Rental (12/2024) | H-118 | 3,289.00 | 0.00 | (4,300.45) | C-1453396 | No |
| 12/01/2024 | Insurance (12/2024) | H-118 | 32.08 | 0.00 | (4,268.37) | C-1453397 | No |
| 12/01/2024 | Real Estate Taxes (12/2024) | H-118 | 320.83 | 0.00 | (3,947.54) | C-1453398 | No |
| 01/01/2025 | Common Area Maintenance (01/2025) | H-118 | 519.12 | 0.00 | (3,428.42) | C-1460018 | No |
| 01/01/2025 | Commercial Rental (01/2025) | H-118 | 3,289.00 | 0.00 | (139.42) | C-1460019 | No |
| 01/01/2025 | Insurance (01/2025) | H-118 | 32.08 | 0.00 | (107.34) | C-1460020 | No |
| 01/01/2025 | Real Estate Taxes (01/2025) | H-118 | 320.83 | 0.00 | 213.49 | C-1460021 | No |
| 01/02/2025 | Chk# Wire 010225 | | 0.00 | 4,161.03 | (3,947.54) | R-711603 | No |
| 01/31/2025 | Chk# WRE-01312025 | | 0.00 | 4,176.60 | (8,124.14) | R-733855 | No |
| 02/01/2025 | Common Area Maintenance (02/2025) | H-118 | 534.69 | 0.00 | (7,589.45) | C-1580832 | No |

**Lease Ledger**

Date: 08/06/2025
Property: 2000com
Tenant: t0000346 Claire's #5281
From Date: 06/01/2018  To Date: 05/31/2028
Move In Date: 06/01/2018
Unit(S): H-118

Page 8

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 02/01/2025 | Commercial Rental (02/2025) | H-118 | 3,289.00 | 0.00 | (4,300.45) | C-1580833 | No |
| 02/01/2025 | Insurance (02/2025) | H-118 | 32.08 | 0.00 | (4,268.37) | C-1580834 | No |
| 02/01/2025 | Real Estate Taxes (02/2025) | H-118 | 320.83 | 0.00 | (3,947.54) | C-1580835 | No |
| 03/01/2025 | Common Area Maintenance (03/2025) | H-118 | 534.69 | 0.00 | (3,412.85) | C-1625229 | No |
| 03/01/2025 | Commercial Rental (03/2025) | H-118 | 3,289.00 | 0.00 | (123.85) | C-1625230 | No |
| 03/01/2025 | Insurance (03/2025) | H-118 | 32.08 | 0.00 | (91.77) | C-1625231 | No |
| 03/01/2025 | Real Estate Taxes (03/2025) | H-118 | 320.83 | 0.00 | 229.06 | C-1625232 | No |
| 03/01/2025 | Insurance Reconciliation (01/2024 - 12/2024) | | 230.56 | 0.00 | 459.62 | C-1627566 | No |
| 03/01/2025 | Real Estate Tax Reconciliation (01/2024 - 12/2024) | | 5,014.80 | 0.00 | 5,474.42 | C-1627567 | No |
| 03/03/2025 | Chk# Wire 030325 | | 0.00 | 4,176.60 | 1,297.82 | R-764810 | No |
| 03/13/2025 | Late Fee, 1.5% of $3289.00 | | 49.34 | 0.00 | 1,347.16 | C-1669994 | No |
| 04/01/2025 | Adj Real Estate Taxes 01/2025 - 03/2025 | | 1,253.70 | 0.00 | 2,600.86 | C-1671548 | No |
| 04/01/2025 | Adj Insurance 01/2025 - 03/2025 | | 57.63 | 0.00 | 2,658.49 | C-1671562 | No |
| 04/01/2025 | Common Area Maintenance (04/2025) | H-118 | 534.69 | 0.00 | 3,193.18 | C-1671924 | No |
| 04/01/2025 | Commercial Rental (04/2025) | H-118 | 3,289.00 | 0.00 | 6,482.18 | C-1671925 | No |
| 04/01/2025 | Insurance (04/2025) | H-118 | 51.29 | 0.00 | 6,533.47 | C-1671926 | No |
| 04/01/2025 | Real Estate Taxes (04/2025) | H-118 | 738.73 | 0.00 | 7,272.20 | C-1671927 | No |
| 04/01/2025 | Water - 2/16/2023 - 3/21/2023 | | 106.01 | 0.00 | 7,378.21 | C-1675374 | No |
| 04/01/2025 | Water - 4/18/2023 - 5/18/2023 | | 106.01 | 0.00 | 7,484.22 | C-1675375 | No |
| 04/01/2025 | Water - 11/16/2022-12/16/2022 | | 106.01 | 0.00 | 7,590.23 | C-1675376 | No |
| 04/01/2025 | Water - 1/18/2023 - 2/16/2023 | | 106.21 | 0.00 | 7,696.44 | C-1675377 | No |
| 04/01/2025 | Water -10/19/2022-11/16/2022 | | 106.22 | 0.00 | 7,802.66 | C-1675378 | No |
| 04/01/2025 | Water -3/21/2023 - 4/18/2023 | | 106.24 | 0.00 | 7,908.90 | C-1675379 | No |
| 04/01/2025 | Water -12/16/2022-1/18/2023 | | 106.27 | 0.00 | 8,015.17 | C-1675380 | No |
| 04/01/2025 | Water - 8/21/2023 -9/20/2023 | | 107.66 | 0.00 | 8,122.83 | C-1675381 | No |
| 04/01/2025 | Water - 9/20/2023 -10/23/2023 | | 107.66 | 0.00 | 8,230.49 | C-1675382 | No |
| 04/01/2025 | Water - 5/18/2023 - 6/20/2023 | | 107.80 | 0.00 | 8,338.29 | C-1675383 | No |
| 04/01/2025 | Water - 6/20/2023 - 7/19/2023 | | 107.96 | 0.00 | 8,446.25 | C-1675384 | No |
| 04/01/2025 | Water - 7/19/2023 - 8/21/2023 | | 108.84 | 0.00 | 8,555.09 | C-1675385 | No |
| 04/01/2025 | Electricity - 10/19/2022-11/16/2022 | | 412.80 | 0.00 | 8,967.89 | C-1675386 | No |
| 04/01/2025 | Electricity - 12/16/2022-1/18/2023 | | 412.80 | 0.00 | 9,380.69 | C-1675387 | No |
| 04/01/2025 | Electricity - 1/18/2023 - 2/16/2023 | | 412.80 | 0.00 | 9,793.49 | C-1675388 | No |
| 04/01/2025 | Electricity - 2/16/2023 - 3/21/2023 | | 412.80 | 0.00 | 10,206.29 | C-1675389 | No |
| 04/01/2025 | Electricity - 3/21/2023 - 4/18/2023 | | 412.80 | 0.00 | 10,619.09 | C-1675390 | No |
| 04/01/2025 | Electricity - 4/18/2023 - 5/18/2023 | | 412.80 | 0.00 | 11,031.89 | C-1675391 | No |
| 04/01/2025 | Electricity - 5/18/2023 - 6/20/2023 | | 412.80 | 0.00 | 11,444.69 | C-1675392 | No |

# Lease Ledger

Date: 08/06/2025
Property: 2000com
Tenant: t0000346 Claire's #5281
From Date: 06/01/2018  To Date: 05/31/2028
Move In Date: 06/01/2018
Unit(S): H-118

Page 9

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 04/01/2025 | Electricity - 6/20/2023 - 7/19/2023 | | 412.80 | 0.00 | 11,857.49 | C-1675393 | No |
| 04/01/2025 | Electricity - 7/19/2023 - 8/21/2023 | | 412.80 | 0.00 | 12,270.29 | C-1675394 | No |
| 04/01/2025 | Electricity - 11/16/2022-12/16/2022 | | 412.80 | 0.00 | 12,683.09 | C-1675395 | No |
| 04/01/2025 | Electricity - 8/21/2023 - 9/20/2023 | | 462.65 | 0.00 | 13,145.74 | C-1675396 | No |
| 04/01/2025 | Electricity - 9/20/2023 - 10/23/2023 | | 462.65 | 0.00 | 13,608.39 | C-1675397 | No |
| 04/01/2025 | Chk# Wire 040125 | | 0.00 | 4,176.60 | 9,431.79 | R-787790 | No |
| 04/16/2025 | Late Fee, 1.5% of $3289.00 | | 49.34 | 0.00 | 9,481.13 | C-1679760 | No |
| 05/01/2025 | Common Area Maintenance (05/2025) | H-118 | 534.69 | 0.00 | 10,015.82 | C-1721526 | No |
| 05/01/2025 | Commercial Rental (05/2025) | H-118 | 3,289.00 | 0.00 | 13,304.82 | C-1721527 | No |
| 05/01/2025 | Insurance (05/2025) | H-118 | 51.29 | 0.00 | 13,356.11 | C-1721528 | No |
| 05/01/2025 | Real Estate Taxes (05/2025) | H-118 | 738.73 | 0.00 | 14,094.84 | C-1721529 | No |
| 05/01/2025 | Chk# Wire 050125 | | 0.00 | 4,176.60 | 9,918.24 | R-809840 | No |
| 05/16/2025 | Late Fee, 1.5% of $3289.00 | | 49.34 | 0.00 | 9,967.58 | C-1726331 | No |
| 06/01/2025 | Common Area Maintenance (06/2025) | H-118 | 534.69 | 0.00 | 10,502.27 | C-1769669 | No |
| 06/01/2025 | Commercial Rental (06/2025) | H-118 | 3,371.00 | 0.00 | 13,873.27 | C-1769670 | No |
| 06/01/2025 | Insurance (06/2025) | H-118 | 51.29 | 0.00 | 13,924.56 | C-1769671 | No |
| 06/01/2025 | Real Estate Taxes (06/2025) | H-118 | 738.73 | 0.00 | 14,663.29 | C-1769672 | No |
| 06/03/2025 | Chk# Wire 060325 | | 0.00 | 4,258.60 | 10,404.69 | R-837237 | No |
| 07/01/2025 | Common Area Maintenance (07/2025) | H-118 | 534.69 | 0.00 | 10,939.38 | C-1814715 | No |
| 07/01/2025 | Commercial Rental (07/2025) | H-118 | 3,371.00 | 0.00 | 14,310.38 | C-1814716 | No |
| 07/01/2025 | Insurance (07/2025) | H-118 | 51.29 | 0.00 | 14,361.67 | C-1814717 | No |
| 07/01/2025 | Real Estate Taxes (07/2025) | H-118 | 738.73 | 0.00 | 15,100.40 | C-1814718 | No |
| 07/10/2025 | Electricity - 12/16/2024 - 2/18/2025 | | 423.72 | 0.00 | 15,524.12 | C-1819541 | No |
| 07/10/2025 | Water - 12/16/2024 - 2/18/2025 | | 106.01 | 0.00 | 15,630.13 | C-1819542 | No |
| 07/10/2025 | Electricity - 2/18/2025 - 3/19/2025 | | 423.72 | 0.00 | 16,053.85 | C-1819807 | No |
| 07/10/2025 | Water - 2/18/2025 - 3/19/2025 | | 106.01 | 0.00 | 16,159.86 | C-1819808 | No |
| 07/10/2025 | Electricity - 3/19/2025 - 4/17/2025 | | 423.72 | 0.00 | 16,583.58 | C-1819940 | No |
| 07/10/2025 | Water - 3/19/2025 - 4/17/2025 | | 106.23 | 0.00 | 16,689.81 | C-1819941 | No |
| 07/10/2025 | Electricity - 09/20/2024 - 10/21/2024 | | 423.72 | 0.00 | 17,113.53 | C-1820073 | No |
| 07/10/2025 | Water - 09/20/2024 - 10/21/2024 | | 108.33 | 0.00 | 17,221.86 | C-1820074 | No |
| 07/10/2025 | Electricity - 10/21/2024 - 11/15/2024 | | 423.72 | 0.00 | 17,645.58 | C-1820206 | No |
| 07/10/2025 | Water - 10/21/2024 - 11/15/2024 | | 106.85 | 0.00 | 17,752.43 | C-1820207 | No |
| 07/10/2025 | Electricity - 11/15/2024 - 12/16/2024 | | 423.72 | 0.00 | 18,176.15 | C-1820339 | No |
| 07/10/2025 | Water - 11/15/2024 - 12/16/2024 | | 106.01 | 0.00 | 18,282.16 | C-1820340 | No |
| 07/10/2025 | Electricity - 07/19/2024 - 08/16/2024 | | 423.72 | 0.00 | 18,705.88 | C-1820472 | No |
| 07/10/2025 | Water - 07/19/2024 - 08/16/2024 | | 106.53 | 0.00 | 18,812.41 | C-1820473 | No |

# Lease Ledger

Date: 08/06/2025
Property: 2000com
Tenant: t0000346 Claire's #5281
From Date: 06/01/2018  To Date: 05/31/2028
Move In Date: 06/01/2018
Unit(S): H-118

Page 10

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 07/10/2025 | Electricity - 08/16/2024 - 09/20/2024 | | 423.72 | 0.00 | 19,236.13 | C-1820605 | No |
| 07/10/2025 | Water - 08/16/2024 - 09/20/2024 | | 107.62 | 0.00 | 19,343.75 | C-1820606 | No |
| 07/10/2025 | Electricity - 02/16/2024 - 03/19/2024 | | 462.65 | 0.00 | 19,806.40 | C-1820738 | No |
| 07/10/2025 | Water - 02/16/2024 - 03/19/2024 | | 106.01 | 0.00 | 19,912.41 | C-1820739 | No |
| 07/10/2025 | Electricity - 03/19/2024 - 04/18/2024 | | 462.65 | 0.00 | 20,375.06 | C-1820868 | No |
| 07/10/2025 | Water - 03/19/2024 - 04/18/2024 | | 106.01 | 0.00 | 20,481.07 | C-1820869 | No |
| 07/10/2025 | Electricity - 04/18/2024 - 05/20/2024 | | 462.65 | 0.00 | 20,943.72 | C-1820998 | No |
| 07/10/2025 | Water - 04/18/2024 - 05/20/2024 | | 106.51 | 0.00 | 21,050.23 | C-1820999 | No |
| 07/10/2025 | Electricity - 05/20/2024 - 06/18/2024 | | 423.72 | 0.00 | 21,473.95 | C-1821127 | No |
| 07/10/2025 | Water - 05/20/2024 - 06/18/2024 | | 107.35 | 0.00 | 21,581.30 | C-1821128 | No |
| 07/10/2025 | Electricity - 06/18/2024 - 07/19/2024 | | 418.35 | 0.00 | 21,999.65 | C-1821257 | No |
| 07/10/2025 | Water - 06/18/2024 - 07/19/2024 | | 107.99 | 0.00 | 22,107.64 | C-1821258 | No |
| 07/10/2025 | Electricity - 10/23/2023 - 11/23/2023 | | 462.65 | 0.00 | 22,570.29 | C-1821390 | No |
| 07/10/2025 | Water - 11/23/2023 -11/23/2023 | | 106.01 | 0.00 | 22,676.30 | C-1821391 | No |
| 07/10/2025 | Electricity - 11/23/2023 - 12/20/2023 | | 462.65 | 0.00 | 23,138.95 | C-1821523 | No |
| 07/10/2025 | Water - 11/23/2023 - 12/20/2023 | | 106.04 | 0.00 | 23,244.99 | C-1821524 | No |
| 07/10/2025 | Electricity - 12/20/2023 - 01/19/2024 | | 462.65 | 0.00 | 23,707.64 | C-1821656 | No |
| 07/10/2025 | Water - 12/20/2023 - 01/19/2024 | | 106.01 | 0.00 | 23,813.65 | C-1821657 | No |
| 07/10/2025 | Electricity - 12/16/2024 - 1/17/2025 | | 423.72 | 0.00 | 24,237.37 | C-1821791 | No |
| 07/10/2025 | Water - 12/16/2024 - 1/17/2025 | | 106.80 | 0.00 | 24,344.17 | C-1821792 | No |
| 07/10/2025 | Electricity - 01/19/2024 - 02/16/2024 | | 462.65 | 0.00 | 24,806.82 | C-1821927 | No |
| 07/10/2025 | Water - 01/19/2024 - 02/16/2024 | | 106.05 | 0.00 | 24,912.87 | C-1821928 | No |
| 07/10/2025 | Electricity - 4/17/2025 - 5/19/2025 | | 423.72 | 0.00 | 25,336.59 | C-1822060 | No |
| 07/10/2025 | Water - 4/17/2025 - 5/19/2025 | | 106.01 | 0.00 | 25,442.60 | C-1822061 | No |
| 07/14/2025 | Late Fee, 1.5% of $3371.00 | | 50.57 | 0.00 | 25,493.17 | C-1866724 | No |
| 08/01/2025 | Common Area Maintenance (08/2025) | H-118 | 534.69 | 0.00 | 26,027.86 | C-1867140 | No |
| 08/01/2025 | Commercial Rental (08/2025) | H-118 | 3,371.00 | 0.00 | 29,398.86 | C-1867141 | No |
| 08/01/2025 | Insurance (08/2025) | H-118 | 51.29 | 0.00 | 29,450.15 | C-1867142 | No |
| 08/01/2025 | Real Estate Taxes (08/2025) | H-118 | 738.73 | 0.00 | 30,188.88 | C-1867143 | No |