**<u>Exhibit C</u>**

**Cramer Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-11454 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF CHRISTOPHER T. CRAMER IN SUPPORT OF DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1 FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF RICHARDS, LAYTON & FINGER, P.A. AS CO-COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE, AND (II) GRANTING RELATED RELIEF**

I, Christopher T. Cramer, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Chief Executive Officer, Chief Operating Officer, and Chief Financial Officer of Claire's Holdings, LLC, and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"). I submit this declaration (the "Declaration") in support of the *Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 for entry of an Order (I) Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Effective as of the Petition Date, and (II) Granting*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

*Related Relief* (the "Application")[2] for authority to retain and employ Richards, Layton & Finger, P.A. ("RL&F"), as co-counsel for the Debtors effective as of the Petition Date. Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents and information supplied to me by other members of the Debtors' personnel and the Debtors' advisors.

### Selection of RL&F as Co-Counsel

2. The Debtors seek to retain Kirkland as their lead bankruptcy counsel in connection with the chapter 11 cases. Upon determining that these chapter 11 cases would be filed in the United States Bankruptcy Court for the District of Delaware, the Debtors selected RL&F to serve as their Delaware co-counsel. RL&F was selected because of the firm's extensive experience and knowledge in the field of debtors' and creditors' rights, business reorganizations and liquidations under chapter 11 of the Bankruptcy Code, its expertise, experience and knowledge in practicing before this Court, its proximity to the Court, its ability to respond quickly to emergency hearings and other emergency matters, and its familiarity with the Debtors and their businesses due to RL&F's prepetition representation of the Debtors, including in connection with certain of the Debtors' prior bankruptcy cases. As such, the Debtors believe that RL&F is uniquely qualified to represent them in these chapter 11 cases.

### Rate Structure

3. In my capacity as Chief Executive Officer, Chief Operating Officer, and Chief Financial Officer, I, and others acting under my direction, are responsible for assisting the Debtors in supervising outside counsel retained by the Debtors. In my experience working with

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

other outside law firms on other matters, I believe that RL&F's rates are comparable to those of firms similar to RL&F. I, and others acting under my direction, are also responsible for reviewing the invoices submitted by RL&F, and I understand that the rates RL&F charged the Debtors in the prepetition period are the same as the rates RL&F will charge the Debtors in the postpetition period, subject to annual and customary firm-wide adjustments in the ordinary course of RL&F's business.

**Cost Supervision**

4.  RL&F and the Debtors are in the process of developing a prospective budget and staffing plan for the first interim period in these chapter 11 cases. The Debtors recognize that in large chapter 11 cases such as this, it is possible there may be unforeseen fees and expenses that will need to be addressed by the Debtors and RL&F. The Debtors also recognize it is their responsibility to closely monitor the billing practices of RL&F to ensure that fees and expenses paid by their estates remain consistent with the Debtors' expectations taking into account the exigencies of these chapter 11 cases. To that end, the Debtors will review and monitor the regular invoices submitted by RL&F to the Debtors and, together with RL&F, periodically amend the budget and staffing plans to reflect developments in these cases as applicable.

5.  The Debtors will monitor the fees and expense reimbursement process during these chapter 11 cases so that the Debtors are an active participant in that process. Recognizing that every chapter 11 case is unique, the Debtors, together with RL&F, will utilize the budgeting process to provide guidance on the period of time involved and the level of attorneys and professionals who will work on various matters, as well as the projection of average hourly rates for the attorneys and professionals for such matters.

RLF1 33620863v.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: August 29, 2025
      Hoffman Estates, Illinois

/s/ *Christopher T. Cramer*
Christopher T. Cramer
Claire's Holdings LLC
Chief Executive Officer, Chief Operating Officer, and Chief Financial Officer

4