## <u>Exhibit B</u>

**Salemi Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-11454 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. __** |

### DECLARATION OF DAVID SALEMI
### IN SUPPORT OF DEBTORS' APPLICATION
### FOR ENTRY OF AN ORDER (I) AUTHORIZING THE
### RETENTION AND EMPLOYMENT OF HOULIHAN LOKEY
### CAPITAL, INC. AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO
### THE DEBTORS EFFECTIVE AS OF THE PETITION DATE, AND (II) WAIVING
### CERTAIN REPORTING REQUIREMENTS PURSUANT TO LOCAL RULE 2016-1

I, David Salemi, declare as follows:

1.    I am a Managing Director of Houlihan Lokey Capital, Inc. ("Houlihan Lokey"), and am duly authorized to execute this declaration (the "Declaration") on behalf of Houlihan Lokey. I am familiar with the matters set forth herein and, if called as a witness, I could and would testify thereto.[2]

2.    I make this Declaration in support of the *Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Houlihan Lokey Capital, Inc as Financial*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[2]    Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Houlihan Lokey and are based on information provided by them. Unless otherwise stated, all matters set forth in this Declaration are based on my personal knowledge, my review of the relevant documents, information supplied to me by others, or my views, which are based on, among other things, my experience and knowledge of the Debtors' business and financial condition.

*Advisor and Investment Banker to the Debtor Effective as of the Petition Date, and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-1* (the "Application").    This Declaration is also submitted to comply with the applicable provisions of sections 327, 328(a), and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a), 2016, and 5002, and Local Rule 2014-1.

## Houlihan Lokey's Qualifications and Services

3.      The Houlihan Lokey Group (as defined below) is an internationally recognized investment banking and financial advisory firm, with offices worldwide and more than 1,800 professionals.  Houlihan Lokey is a leader in providing such services to debtors, unsecured and secured creditors and other parties in interest involved with financially troubled companies both in and outside of bankruptcy.  Houlihan Lokey has been, and is, involved in some of the largest restructurings in the United States, both out of court and in chapter 11 cases.  Houlihan Lokey has been retained to provide investment banking and financial advisory services in, among other cases: *In re JOANN Inc.*, Case No. 24-10418 (Bankr. D. Del. Apr. 15, 2024); *In re Cano Health, Inc.*, Case No. 24-10164 (Bankr. D. Del. Mar. 22, 2024); *In re MVK FarmCo LLC*, Case No. 23-11721 (Bankr. D. Del. Dec. 6, 2023); *In re OSG Holdings, Inc.*, Case No. 23-90799 (Bankr. S.D. Tex. Nov. 17, 2023); *In re Carestream Health, Inc.*, Case No. 22-10778 (Bankr. D. Del. Oct. 7, 2022); *In re Revlon, Inc.*, Case No. 22-10760 (Bankr. S.D.N.Y. Aug. 23, 2022); *In re PWM Prop. Mgmt. LLC*, Case No. 21-11445 (Bankr. D. Del. Feb. 17, 2022); *In re Seadrill Ltd.,* Case No. 21-30427 (Bankr. S.D. Tex. May 21, 2021); *In re Guitar Ctr., Inc.*, Case No. 20-34656 (Bankr. E.D. Va. Dec. 16, 2020); *In re Skillsoft Corp.*, Case No. 20-11532 (Bankr. D. Del. July 21, 2020); *In re Exide Holdings, Inc.*, Case No. 20-11157 (Bankr. D. Del. July 16, 2020); and *In re Aceto Corp.*, Case No. 19-13448 (Bankr. D.N.J. Apr. 2, 2019).

4.     Houlihan Lokey has agreed to provide investment banking and financial advisory services to the above-captioned debtors and debtors in possession (the "Debtors") pursuant to the terms and conditions of the Engagement Letter between the Debtors and Houlihan Lokey (the "Engagement Letter"), a copy of which is attached to the Proposed Order as Exhibit 1.

5.     In addition to myself, the principal professionals who are expected to render services to the Debtors are set forth on **Schedule 3** attached hereto and incorporated herein by reference (the "Principal Professionals").

6.     Since its retention on May 13, 2025 and up to the Petition Date, Houlihan Lokey provided extensive prepetition services to the Debtors in preparation for the Debtors' restructuring efforts, including assisting management in evaluating strategic alternatives, conducting extensive meetings and negotiations with various parties in interest, assisting the Debtors in developing a marketing strategy for the Debtors' assets, leading outreach to potential buyers, facilitating extensive diligence for various parties in interest, including potential buyers and existing creditors, assisting the Debtors in evaluating and negotiating offers from potential buyers and liquidators, assisting in raising incremental capital for the Debtors, and providing additional financial advice and investment banking services in preparation for the filing of these chapter 11 cases.

7.     As a result of the prepetition work performed on behalf of the Debtors, Houlihan Lokey has acquired significant knowledge of the Debtors and their businesses and is intimately familiar with the Debtors' financial affairs, debt structure, operations, and related matters. In providing prepetition services to the Debtors, Houlihan Lokey has worked closely with the Debtors' senior management and their other advisors and has familiarity with the other major stakeholders that are involved in these chapter 11 cases. Accordingly, Houlihan Lokey has developed relevant experience and expertise regarding the Debtors that (a) makes Houlihan Lokey

a natural selection as the Debtors' financial advisor and investment banker and (b) will assist Houlihan Lokey in providing effective and efficient services in these chapter 11 cases. Indeed, if the Debtors were required to retain an investment banker and financial advisor other than Houlihan Lokey in connection with these chapter 11 cases, the Debtors, their estates, and all parties in interest would be prejudiced by the time and expense necessary to familiarize another firm with the intricacies of the Debtors and their business operations.

8.      Houlihan Lokey believes that its services will not duplicate the services that other professionals will be providing to the Debtors in these chapter 11 cases. Houlihan Lokey will use reasonable efforts to coordinate with the Debtors' other retained professionals to avoid unnecessary duplication of services.

### Houlihan Lokey's Compensation

9.      Houlihan Lokey believes that the Fee and Expense Structure is comparable to those generally charged by financial advisors and investment bankers of similar stature to Houlihan Lokey for comparable engagements, both in and out of bankruptcy proceedings, and reflects a balance between a fixed fee and a contingency amount tied to the consummation and closing of the transactions and services contemplated by the Debtors and Houlihan Lokey in the Engagement Letter.

10.     The Fee and Expense Structure is consistent with Houlihan Lokey's normal and customary billing practices for comparably sized and complex cases and transactions, both in and out of bankruptcy proceedings, involving the services to be provided in connection with these chapter 11 cases. Moreover, the Fee and Expense Structure is consistent with and typical of arrangements entered into by Houlihan Lokey and other financial advisors and investment banks in connection with the rendering of comparable services to clients such as the Debtors.

11.     Houlihan Lokey's restructuring expertise, as well as its capital markets knowledge, financing skills and mergers and acquisitions expertise, some or all of which may be required by the Debtors during the term of Houlihan Lokey's engagement, were important factors in determining the Fee and Expense Structure.  The ultimate benefit to the Debtors derived from the services provided by Houlihan Lokey pursuant to the Engagement Letter cannot be measured by a reference to the number of hours expended by Houlihan Lokey's professionals.

12.     The Debtors and Houlihan Lokey negotiated the Fee and Expense Structure to function as an interrelated, integrated unit corresponding to Houlihan Lokey's overall services. It would be contrary to the intention of Houlihan Lokey and the Debtors for any isolated component of the Fee and Expense Structure to be treated as sufficient consideration for any isolated portion of Houlihan Lokey's services.  Instead, the Debtors and Houlihan Lokey intend that Houlihan Lokey's services be considered as a whole for which Houlihan Lokey is to be compensated by the Fee and Expense Structure in its entirety.

13.     In light of the foregoing and given the numerous issues that Houlihan Lokey may be required to address in the performance of its services pursuant to the Engagement Letter, Houlihan Lokey's commitment to the variable level of time and effort necessary to address all such issues as they arise, and the market prices for Houlihan Lokey's services for both in court and out of court engagements of this nature, Houlihan Lokey believes that the Fee and Expense Structure is fair and reasonable and market-based under the standards set forth in section 328(a) of the Bankruptcy Code.

### Record Keeping and Applications for Compensation

14.     It is not the general practice of financial advisory and investment banking firms, including Houlihan Lokey, to keep detailed time records similar to those customarily kept by

attorneys and required by Local Rule 2016-1. Because Houlihan Lokey does not ordinarily maintain contemporaneous time records in one-tenth hour (0.1) increments or provide or conform to a schedule of hourly rates for professional services, Houlihan Lokey requests that it be excused from compliance with such requirements and instead should only be required to maintain time records in half-hour (0.5) increments setting forth, in a summary format, a reasonably detailed description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Debtors.

15.    Houlihan Lokey will also maintain reasonably detailed records of any actual and necessary costs and expenses incurred in connection with the aforementioned services.

16.    Houlihan Lokey's applications for compensation and expense reimbursement will be paid by the Debtors pursuant to the terms of the Engagement Letter and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures established by the Court.

### Houlihan Lokey's Disinterestedness

17.    To determine its connections with parties in interest in these chapter 11 cases, Houlihan Lokey relied upon a list of entities that were identified to Houlihan Lokey by the Debtors and their representatives (each individually, an "Interested Party", and collectively, the "Interested Parties"). The Interested Parties are set forth on **Schedule 1** attached hereto and incorporated herein by reference.

18.    I, or one or more of my designees, reviewed a report that was based on a comparison of this list of Interested Parties against certain internal databases of Houlihan Lokey, including Houlihan Lokey's client management information system. To the extent that this report revealed that certain Interested Parties (or their apparent affiliates or entities that Houlihan Lokey believes

to be affiliates, as the case may be) were current or former Houlihan Lokey Group clients that engaged a member of the Houlihan Lokey Group in the past three years (as of the date such report was generated) pursuant to a written engagement letter to provide services for which the Houlihan Lokey Group has received, or is expected to receive, fees, such parties are identified on **Schedule 2** attached hereto and incorporated herein by reference.  To the extent that the aforementioned report revealed certain other connections with Interested Parties (or their apparent affiliates or entities that Houlihan Lokey believes to be affiliates, as the case may be), such parties may also be identified on **Schedule 2** or otherwise described or referenced (whether generally or specifically by name) elsewhere in this Declaration.  **Schedule 2** is based upon the information contained in the aforementioned report and may not include information to the extent not included in, or not reflected in the results of Houlihan Lokey's review of, such report, or not otherwise identified by Houlihan Lokey.

19.     Neither the term "connection," as used in Bankruptcy Rule 2014, nor the proper scope of a professional's search for a "connection," has been defined.  I am therefore uncertain what this Court may consider a "connection" requiring disclosure.

20.     Given the large number of Interested Parties, despite the efforts described herein, I am unable to state with certainty that every connection has been disclosed in this Declaration. In particular, among other things, members or certain employees of the Houlihan Lokey Group may have connections with Interested Parties or persons who are beneficial owners, affiliates, equity holders, and/or sponsors of certain Interested Parties; persons whose beneficial owners, affiliates, equity holders, and/or sponsors are Interested Parties; and persons who otherwise have connections with certain Interested Parties.  Furthermore, the Debtors may have had, or currently have, customers, creditors, lenders, equity owners, competitors, and other parties with whom they

maintain business relationships that are parties in interest (but are not listed as Interested Parties), and with whom the Houlihan Lokey Group may have had, or may currently or in the future have, connections.  In addition, new parties may become parties in interest and the Houlihan Lokey Group may have had, or may currently or in the future have, connections with such new parties in interest.

21. In addition:

a) from time to time, Houlihan Lokey's Financial Restructuring Group, which is providing the services in this case, may have represented, may currently be representing, or may in the future represent, certain parties in interest in matters unrelated to these chapter 11 cases, either individually or as part of a representation of a committee or group of creditors, lenders, equity owners or other interest holders;

b) Houlihan Lokey's Financial Restructuring Group, Houlihan Lokey, and the other subsidiaries of Houlihan Lokey's direct parent company, Houlihan Lokey, Inc., that are engaged in providing investment banking and financial advisory services globally (collectively, and together with Houlihan Lokey, Inc., the "Houlihan Lokey Group") provide services to a wide range of institutions and individuals and may have had, or may currently or in the future have, investment banking or financial advisory relationships with certain parties in interest;

c) in the ordinary course of business, members or certain employees (or relatives of such employees) of the Houlihan Lokey Group, as well as investment funds in which any of them may have financial interests or with which they may co-invest, but over whose investment decisions such members or employees have no control, may (i) acquire, hold or sell, long or short positions, or trade or otherwise effect transactions, in debt, equity, and other securities and financial instruments (including bank loans and other obligations) of, or investments in, the Debtors or certain other parties in interest or have other relationships with such parties, and/or (ii) have mortgages, consumer loans, investment, brokerage accounts, or other banking, brokerage, or other customer relationships with institutions that are parties in interest or with funds sponsored by or affiliated with such parties.  With respect to any such securities, financial instruments, investments, and/or customer relationships, all rights in respect of such securities, financial instruments, investments, and/or customer relationships, including any voting rights, will be exercised by the holder of the rights, in its sole discretion.  Moreover, the Principal Professionals are subject to compliance mechanisms and policies and procedures designed to prevent confidential, non-public information from being improperly shared;

d) Houlihan Lokey Financial Advisors, Inc., a direct subsidiary of Houlihan Lokey, Inc., among other things, provides valuation opinions on the securities, derivatives, and other financial instruments (which may have included, or may currently or in the future include, securities, derivatives, or other financial instruments of the Debtors) held by various business development companies, private equity funds, hedge funds, and other investment funds, primarily for financial reporting purposes, through its Portfolio Valuation and Fund Advisory Group.  This work is unrelated to the financial advisory and investment banking services that Houlihan Lokey intends to provide in these chapter 11 cases.  Moreover, there is an "Information Wall" between Houlihan Lokey Financial Advisors, Inc.'s Portfolio Valuation and Fund Advisory Group and Houlihan Lokey's Financial Restructuring Group, including the Principal Professionals. This "Information Wall" includes technological barriers and policies and procedures designed to prevent confidential, non-public information and work product from being improperly shared;

e) in the ordinary course of their business, members of the Houlihan Lokey Group from time to time discuss issues concerning stressed and distressed companies with such companies, their creditors, and their prospective creditors that are clients of the firm, that are referred to the firm in light of Houlihan Lokey's reputation for covering such companies and/or relevant industry expertise, or with which the firm may otherwise be in contact. At the time of those contacts, typically it is not known whether any of these companies will actually file for bankruptcy, or if any of these creditors and/or prospective creditors will serve on any future official committee appointed in any such future bankruptcy case, or even be a creditor of the relevant estate in the event of a future bankruptcy.  It is also Houlihan Lokey's customary practice to communicate with and, when appropriate or requested, send materials to one or more of the 50 largest unsecured creditors identified by a debtor and who are, therefore, potential members of a creditors' committee;

f) members or certain employees of the Houlihan Lokey Group may have business associations with certain parties in interest, including attorneys, accountants, investment bankers, financial advisors, financial consultants, and other professional advisors, some of whom may represent certain of the parties in interest or be parties in interest. Members of the Houlihan Lokey Group may have appeared, or may currently or in the future appear, in numerous cases, proceedings or transactions involving, had or have mutual clients with, or had or have referral relationships with, these professionals. Furthermore, members of the Houlihan Lokey Group have been, and may currently or in the future be, represented or advised by accountants, auditors, attorneys, law firms, and other professionals, some of whom may be involved in these chapter 11 cases. In addition, members of the Houlihan Lokey Group may have worked, or may currently or in the future work, with, for, or opposite other professionals involved in these chapter 11 cases in matters unrelated to these chapter 11 cases;

g) certain employees of the Houlihan Lokey Group may have been formerly employed by other investment banking, financial services, or other professional services firms that are among, or represent other parties that are among, certain of the parties in

interest.  While employed by other firms, certain professionals presently employed by the Houlihan Lokey Group may have represented certain parties in interest;

h)  members of the Houlihan Lokey Group may be involved in litigation from time to time that may have involved, or may currently or in the future involve, entities that may be parties in interest. Also, certain of the parties in interest may have been, or may currently or in the future be, vendors or insurers of members of the Houlihan Lokey Group and/or have corporate or other business relationships with members of the Houlihan Lokey Group; and

i)  Houlihan Lokey served as financial advisor to a second lien noteholder in the Debtors' prior chapter 11 cases.  Such representation is unrelated to these chapter 11 cases, and Houlihan Lokey does not, and will not, represent such entity in these chapter 11 cases or any related proceeding.

22.    To the best of my knowledge and belief, other than as disclosed in this Declaration, neither Houlihan Lokey, nor I, nor any other Principal Professionals, holds or represents any interest materially adverse to the Debtors or their estates.

23.    To the best of my knowledge and belief, other than as disclosed in this Declaration, Houlihan Lokey has not been retained to assist any Interested Party other than the Debtors on matters relating to, or in direct connection with, these chapter 11 cases.

24.    In addition, other than as disclosed in this Declaration, I do not believe that any connection that the Houlihan Lokey Group may have with any Interested Party in connection with any unrelated matters, including those involving the parties identified on **Schedule 2**, or any of the matters set forth in paragraph 21 of this Declaration, constitutes an interest materially adverse to the interest of the estate or of any class of creditors or equity holders in these chapter 11 cases.

25.    Other than as disclosed in this Declaration, I am not related to and, to the best of my knowledge and belief, no other Principal Professional is related to, any United States Bankruptcy Judge for this District or known employee in the United States Trustee's Office for this District.

26. Based on all of the foregoing, I believe that Houlihan Lokey is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

27. To the extent Houlihan Lokey discovers any material facts bearing on the matters described herein during the period of Houlihan Lokey's retention, Houlihan Lokey undertakes to amend and supplement the information contained in the Application and this Declaration to disclose such facts.

28. During the ninety (90) days immediately preceding the Petition Date, the Debtors paid Houlihan Lokey $780,621.07 in fees and $9,715.04 in expense reimbursements, which includes $2,500.00 paid on account of anticipated expenses.  Other than as set forth herein, Houlihan Lokey did not receive any payments from the Debtors during the ninety (90) days immediately preceding the Petition Date.

29. As of the Petition Date, the Debtors did not owe Houlihan Lokey for any fees or expenses incurred prior to the Petition Date.  It is possible that certain expenses that were incurred by Houlihan Lokey that are reimbursable under the terms of the Engagement Letter were not yet reflected on Houlihan Lokey's books and records as of the Petition Date.  Upon entry of an order approving the Application, Houlihan Lokey will waive any claim for such unreimbursed expenses in excess of amounts paid to Houlihan Lokey prepetition.

30. Houlihan Lokey has not shared or agreed to share any of its compensation from the Debtors with any other person, other than as permitted by section 504 of the Bankruptcy Code.  If any such agreement is entered into, Houlihan Lokey has undertaken to amend and supplement the information contained in the Application and this Declaration to disclose the terms of any such agreement.

31.     No promises have been received by Houlihan Lokey, or by any professionals engaged hereunder, as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on this 29th day of August, 2025.

Dated:  August 29, 2025                Respectfully submitted,

_/s/ David Salemi_
Name:  David Salemi
Title:   Managing Director
           Houlihan Lokey Capital, Inc.

## **Schedule 1**

**Interested Parties List Provided by Debtors**[1]

---

[1]    Houlihan Lokey has limited its search to the Interested Parties listed on Schedule 1.    Parent Companies, subsidiaries or other affiliates of Interested Parties have not been searched unless specifically noted.

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
| --- | --- |
| 1(a) | Debtors |
| 1(b) | Known Affiliates |
| 1(c) | Director/Officer |
| 1(d) | Bankruptcy Professionals |
| 1(e) | Banks/Lender/UCC Lien Parties/Administrative Agents |
| 1(f) | Contract Counterparties |
| 1(g) | Insurance |
| 1(h) | Landlords |
| 1(i) | Litigation |
| 1(j) | Significant Equity Holders |
| 1(k) | Surety & Letters of Credit Issuers/Beneficiaries |
| 1(l) | Taxing Authority/Governmental/Regulatory Agencies |
| 1(m) | Vendors |
| 1(n) | Bankruptcy Judges |
| 1(o) | Office of the United States Trustee |
| 1(p) | 363 Sale Parties |
| 1(q) | Top 30 Creditors |
| 1(r) | UCC Members |
| 1(s) | UCC Professionals |

# SCHEDULE 1(a)

### **Debtors**

BMS Distributing Corp.
CBI Distributing Corp.
Claire's Accessories UK Ltd.
Claire's Boutiques Inc.
Claire's Canada Corp.
Claire's European Distribution Ltd.
Claire's European Services Ltd.
Claire's Gibraltar Holdings LLC
Claire's Gibraltar Holdings Ltd.
Claire's Holdings LLC
Claire's Intellectual LLC
Claire's Puerto Rico Corp.
Claire's Stores Canada Corp.
Claire's Stores Inc.
Claire's Swiss Holdings II LLC
Claire's Swiss Holdings LLC
CLSIP Holdings LLC
CLSIP LLC
CSI Canada LLC

# SCHEDULE 1(b)

## __Known Affiliates__

BMS Fashion Corp.
Claire's (Gibraltar) Holdings Ltd.
Claire's (Gibraltar) Intermediate Holdings Ltd.
Claire's Accessories Spain SLU
Claire's Accessories UK Ltd.
Claire's Accessories UK Ltd. French Branch
Claire's Accessories UK Ltd. Irish Branch
Claire's Austria GmbH
Claire's Belgium BV
Claire's China Services (Trust)
Claire's Czech Republic sro
Claire's European Distribution Ltd.
Claire's European Services Ltd.
Claire's France SAS
Claire's Germany GmbH
Claire's Gibraltar Holdings LLC
Claire's Holdings Sarl
Claire's Hungary Kft
Claire's Italy SRL Unipersonale
Claire's Luxembourg Holdings Sarl
Claire's Luxembourg Sarl
Claire's Netherlands BV
Claire's Poland sp zoo
Claire's Stores Canada Corp.
Claire's Switzerland GmbH
CSI Luxembourg Sarl
CSI Luxembourg Sarl, Luxembourg, Zweigniederlassung Neuhausen am Rheinfall
RSI International Ltd.
Whiteclaire's Acessorios Portugal Unipessoal Lda.

# SCHEDULE 1(c)

## Director/Officer

Algaze, Samantha
Annam, Shireesh
Arenschield, George
Bankov, Hristo
Bauza, Carmen
Best, Paul
Bhatnagar, Priya
Boen, David
Brown, Stuart
Brunts, DeAnn
Chadha, Alisha
Clark, Phillip
Cramer, Chris
Darer, Michael
Deep, Rohit
Diers, Peter
Estime, Jerald
Flint, Richard
Gilliam, Paul
Herenstein, Andrew
Hurley, Meghan
Kapoor, Rohit
Ketel, Elizabeth
Killion, Theo
Lomow, Samantha
McKeough, Brendan
Peroni, Tina
Porter, Maryann
Reilly, Michele
Rubinfeld, Arthur
Sanders, Amy
St. Clair, Bryan
Stoddard, Suzanne
Wells, David

# SCHEDULE 1(d)

## **Bankruptcy Professionals**

Alvarez & Marsal
Houlihan Lokey Inc.
Interpath Advisory Co.
Kirkland & Ellis LLP
Omni Agent Solutions
Prosek LLC

# SCHEDULE 1(e)

## Banks/Lender/UCC Lien Parties/Administrative Agents

1st Bank
1st Summit Bank
American Bank
American Bank of Montana
American National Bank
Ameris Bank
Ankura Trust Co. LLC
Arvest Bank
AST JPMorgan Global Thematic
Bancfirst Corp.
Banco Popular of Puerto Rico
BancorpSouth Inc.
Bangor Savings Bank
Bank Champaign NA
Bank of America
Bank of America NA - NY
Bank of Hawaii Corp.
Bank of Oklahoma
Bank of the West
BankFinancial Corp.
Banknorth
BMO Harris Bank
Border Bank
Bremer Bank NA
Camden National Bank
Cape Cod Five Cents Savings Bank
Central Bank Boone County
Chase Lincoln
Chase Lincoln Host Bank
Citibank NA
Citizens Bank
Citizens National Bank
City National Bank
Coast Central Corp.
Commerce Bank NA
Community Bank
Community National Bank & Trust
Core First Bank & Trust
Cornerstone Bank
County Bank
Desert Community Bank
Dubuque Bank & Trust Co.

Eastern Bank
Elliott Associates LP
Elliott International LP
Elliott Investment Management LP
Evolve Bank & Trust
Exchange Bank, The
F&M Bank
Farmers State Bank
Fifth Third Bank NA
First American Bank
First Bank Kansas
First Bankers Trust Co. NA
First Citizens Bank & Trust Co.
First Community Bank
First Farmers Bank & Trust Co.
First Financial Bank
First Hawaiian Bank
First Horizon Bank
First Interstate Bank
First Mid Bank & Trust NA
First National Bank
First National Bank of Ottawa
First United Bank
First Western Bank & Trust
Flagstar Bank NA
Franklin Savings Bank
German American Bank
GIM Specialist Investment Funds
GIM Trust 2 - Senior Secured Loan Fund
Goldman Sachs
Great Southern Bank
Hancock Bank
Hawthorn Bank
Hickory Point Bank and Trust
Huntington National Bank
International Bank of Commerce
Invesco
Invesco Ltd.
Invsco-Invsco Gobal Strategic Income Fund
Inwood National Bank
Isabella Bank & Trust

JP Morgan Investment Management Inc. - US
JP Morgan Invetment Management Inc. - IBM
JPM
JPM-  Adavanced Series Trust Allocation High Yield Portfolio
JPM - SEI Institutional Managed Target High Yield Bond
JPM Chase Retirement Plan
Jpm Core Plus Bond Fund
JPM Floating Rate Income Fund
JPM Global Bond Opportunities Fund
JPM Im Ltd.-SEI Institutional
JPM Income Builder Fund
JPM LVIP JP Morgan High Yield
JPM Total Return Fundd
JPMorgan Chase Bank NA
JPMorgan Commingled Pension Trust Fund
JPMorgan Global Strategic Bond Fund
JPMorgan High Yield Fund
JPMorgan Income Fund
JPMorgan Strategic Income Opportunities
JPMorgan Unconstrained Debt Fund
KeyBank NA
Kirkwood Bank & Trust Co.
Lake Region Bank of Commerce
Lea County State Bank
M&T Bank Corp.
MAM LP - Empire Secured Credit Funding I
Marathon Asset Management LP
Monarch
Monarch Capital Master Partners V-A LP
Monarch Capital Master Partners VI LP
Monarch Debt Recovery Master
Monarch Debt Recovery Master Fund Ltd.
Morgan Stanley
Morgan Stanley Senior Fund Inc.
Natwest Offshore Gibraltar Ltd.
NBCUniversal Media LLC
NBT Bank NA
Neuberger Berman Holdings LLC
Neuberger Berman Special Fund
Northway Bank
Oaktree Capital Management LP

Oaktree Principal Fund V
Oaktree Principal Fund V Continuation Fund LP
OCM LP Oaktree Principal Fund
Park National Bank
Peoples Bank
PlainsCapital Bank
PNC Bank NA
Premier Bank
Premier Bank of Minnesota
Redwood
Redwood Drawdown Master Fund III LP
Redwood Drawdown MF II LP
Redwood Enhanced Income Corp.
Redwood Master Fund Ltd.
Redwood Opportunity Master Fund Ltd.
Regions Bank
Rio Grande Bank
S&T Bank
Simmons Bank
South State Bank
STAR Financial Bank
State Bank
Synovus Bank
TD Bank NA
Texas Bank & Trust Co.
TH PU In For Social Security
Titan Bank NA
Tri Counties Bank
Truist Financial Corp.
Trustco Bank NA
UMB Bank NA
Umpqua Bank
United Bankshares Inc.
United Community Bank
Valley National Bank
Vectra Bank
VR Advisory Services Ltd.
VR Global Partners LP
Wazee Street Capital Management LLC
Wazee Street Opportunities Fund
Wells Fargo & Co.
WesBanco Inc.
Wisely
Woodforest National Bank
Wrentham Cooperative Bank

# SCHEDULE 1(f)

## Contract Counterparties

3Business.com Ltd.
ABG Accessories Inc.
Academy Fire Life Safety LLC
Accellor Inc.
Accessory Innovations (Shanghai)
Accessory Innovations LLC
Action Services Group Inc.
Adobe Cloud
ADP GlobalView BV
ADP Inc.
ADP International Services BV
AdSwerve Inc.
Air Labs Inc.
Algonomy Software
Aliquantum International
Alshaya Trading Co. WLL
ALT. Fragrances
Alumatec Pacific Products
Ama Design International (Hong Kong)
Anhui Tumoon Apparel Co. Ltd.
Aon - Aon Risk Services Northeast Inc.
Aon Risk Services Northeast Inc.
Aphmau
Aspire Systems Digital Transformation Inc.
Atlassian Corp.
Attentive Mobile Inc.
Aura Access (Haiphong)
Aura Accessories LLC
Aurora World Inc.
Aurora World UK Ltd.
Avalara Inc.
Avid Floor Maintenance Inc.
AXA PPP Healthcare Ltd.
B&B Collection SRL
Baker & McKenzie LLP
Baker Tilly Global Tax Solutions Ltd.
Basic Fun Inc.
Basic Fun Inc. (Shanghai)
Belfor USA Group Inc.
Bendon Inc.
Beverly Hills (Qingdao)
Bill Me Later Inc.

Bioworld International (Shanghai)
Bioworld International Ltd.
Bioworld Merch (NingA72:A118bo)
BIP Candy & Toy UK Ltd.
Blackhawk Network Holdings Inc.
Blue Cross & Blue Shield of Illinois
Blue Sky Designs Ltd.
Blue Sky Designs Ltd. (Ningbo)
Blue Yonder Inc.
Blueprint Coll (Ningbo)
Blueprint HK Co. Ltd.
Bodytecc Jewelry Factory Ltd. Co.
Bonkers Toy Co. (Shenzhen)
Bonkers Toy Co. LLC
Boomerang
Brandsight Inc.
Broadstone
Brookfield
Bupa Dental Services Ltd.
Bureau Veritas SA
Business of Fashion Ltd., The
Canada Life Assurance Co.
Canon Inc.
Capitol Light
Carlson Fixtures
Caticorn International Co. Ltd.
Caticorn International Co. Ltd. (Haiphong)
CBL
CBTS Technology Solutions LLC
CCA Industries Inc.
Centric Beauty (Haiphong)
Centric Beauty LLC
Centric Socks LLC (Shanghai)
CenturyLink Communications LLC
Character Options Ltd.
Chicago Consumables Inc.
Click Distribution Ltd.
Clinical Health Technologies
Cloudflare Inc.
CMA Industrial Development Foundation
    Ltd.
ComData

ComPsych Corp.
Confiance Business Solutions Ltd.
Confidence by GaBBY Goodwin
Connoisseurs Products
Contempo
Conveyor Craft Inc.
Coqueterias El Salvador
Coqueterias Sociedad Anonima
Cornerstone OnDemand Inc.
CradlePoint Inc.
Creme Shop, The
Cuddle Barn (Shanghai)
Cuddle Barn Inc.
Cut From The Wild
CyberArk Software Ltd.
Dan Dee International (Shanghai)
Data ACS
DealTracking
Deem/Tower Travel
Delta Dental of Illinois
Descartes Systems Group Inc., The
DHL Group
Difuzed BV Fob
Difuzed NA Inc. (Ningbo)
Disguise Ltd. (Land)
DNC UK Ltd.
Dongguan Superstar Body Piercing Jewelry
    Factory
Dope Slimes LLC
DPD Europe/UK
Dragon Eyes
E & Q Fashion (Haiphong)
EA Logistics
Eccolo Ltd.
Eccolo Ltd. (Ningbo)
EES Global LLC
Elegant Logistic Group Insurance
ELF Co. Ltd. (Bangkok)
Ella Cosmetics
Enterprise Rent A Car UK Ltd.
Envasado Xio (Valencia)
Envasado Xiomara SLU
Evershine CRE (Hong Kong)
Exalta Marcas SAPI de CV
ExLogistics
Expeditors

Expeditors UK
Expeditors US
Experian Marketing Solutions LLC
Fantas-Eyes (Shanghai)
Fantas-Eyes Inc.
Fashion Angels
Fashion Angels (Ningbo)
Fast Forward (Shenzhen)
Fazit/LB Enterprise LLC
Federal Express Corp.
Fedex
Fifth Third Processing Solutions LLC
FineLine Technologies Inc.
Fio International
Floormax USA
Fortinet Inc.
France Lab Inc.
Frasier Sterling (Qingdao)
Froid Express Holding SARL
FrontStreet FS
Fu Wah Manufactory (Hong Kong)
FujiFilm Business Innovation Hong Kong
    Ltd.
Funko UK Ltd.
GEMC2 LLC (Shenzhen)
GEMC2 LLC/Blinger
Getty Images
Global Payments Inc.
Global Reponse LLC
Global Top Services (HK) Ltd.
GloPotion
GMA Shanghai (SGH)
Google Inc.
Granite Telecommunications LLC
GSPANN Technologies Inc.
Half Moon Bay Ltd. (Fob)
Hally Hair Inc.
Hamee US Corp. (Shenzhen)
Hangzhou Kata Co. Ltd
Health Equity
Heathside Trading Ltd.
Helen Andrews Inc.
HER Accessories
Heritage Candy Co.
HGC Global Communications Ltd.
High Intencity Corp.

High Intencity Fob
High Point Design LLC
Hilton, Paris
Hip Sing China Industrial Ltd.
HKBN Enterprise Solutions HK Ltd.
HKBN Enterprise Solutions Ltd.
Home & Nature
Honghu Leather Co. Ltd.
Hop Lik Container Service Ltd.
Horizon Group USA
Horizon GRP (Ningbo)
HTI Toys UK Ltd.
HYM International Co. Ltd.
Idea Group International (Hong Kong)
Imagine 8 Ltd.
Importadora Sparapks SAPI De CV
InComm
Incredible Nov (Shenzhen)
Indeed Inc.
Inked By Dani
Innovative Cosmetic (Shenzhen)
Innovative Cosmetic Concepts
Innovative Cosmetics (Kao)
Inspired Thinking Group (ITG) Ltd.
Inspired Thinking Group (US) Inc.
Intalytics/Kalibrate
Intertek Testing Services Hong Kong Ltd.
Inverness Corp.
J&D Brush Co. LLC
Jacmel Jewelry Inc.
JAS Logistics
Jay Franco Eur (Shanghai)
Jay Franco Europe Ltd.
Jaz Toys UK Ltd.
Jazwares LLC
Jennz LLC
Jennz LLC (Ningbo)
Jiangxi Meican (Ningbo)
Jiangxi Meican Industry & Trade Co. Ltd.
JM International Co. Ltd.
JM Silber Ltd. (Bangkok)
Johnson Controls Inc.
Juno Craft Co. Ltd.
Just Play (HK) Ltd.
Just Play (HK) Shanghai
Just Play (HK) Shenzhen

Kaiser Permanente
Kangaru Brands (Ningbo)
Kirker Europe Ltd.
KL Electric Co.
Klarna
Kojac Fashion (Qingdao)
Kojac Fashion Accessories Ltd.
Lakontra International (Hong Kong)
Lavender Sugar
LBS Group
Legacy Facility Maintenance Solutions
Lennox National Account Services LLC
Levy Realty Advisors Inc.
License 2 Play Toys LLC
LinkedIn Corp.
Liquid Glass (Qingdao)
Liquid Glass Body Jewelry LLC
Localoc Inc.
Localoc Inc. (Shenzhen)
Lofty Innovation Co. Ltd.
Long Yat Handbag Fty Ltd.
Lucent Product Inc.
Lucky Tree Co. (Hong Kong)
Macerich
Madiag SARL
Maintenance Vendors
Malliaris SA
ManageEngine
Manulife (International) Ltd.
Markwins Beauty Brands Inc.
Markwins Beauty Brands International
Marsh (Hong Kong) Ltd.
Maruyu
Mary Fashion Accessories Co. Ltd.
    (Taiwan)
Master Toys & Novelties
Mastercard International Inc.
Measa
Mercer
Merchandise Vendors - Service & Product
Mermade Hair
MetLife Inc.
MGA Entertainment Inc.
MGA Entertainment UK Ltd.
Microsoft Azure Inc.
Microsoft EA

Mike Albert Leasing
Minster
Minster Computer Systems Ltd.
Misirli UK Ltd.
Montagne Jeunesse International Ltd.
Mood Media Corp.
Moose Toys LLC (Shenzhen)
Moose Toys UK Ltd.
Morning Charm Ltd.
Moveable Inc.
MRI Real Estate Software LLC
My Sales LLC
Natalia Marketing Corp. (Ningbo)
New Clicks South Africa Proprietary Ltd.
New Forum Enterprises Ltd.
Newmark Group Inc.
Ningbo Yekea Home Articles Co. Ltd.
Novelty Express SA
NPN360
NPW Group (Shenzhen)
Ogilvie Ltd.
OLR
One For Fun (Ningbo)
One For Fun Ltd.
Ooly LLC
Operadora Sparapks SAPI De CV
Optiv Security Inc.
Oracle Financials
Oracle Retail
Orb Factory Ltd., The
Original Additions (BP) Ltd.
Orkin LLC
OT Technology Inc.
Ovative Group LLC
Pacific Piercing Supply Inc.
Pan Oceanic (Shanghai)
Pantone Connect
Pantone Swatches & Pantone Books
Paypal Inc.
Phoenix Manufacturing Co. Ltd.
Pipsticks Inc.
PMS International Group PLC
Popsockets (Shenzhen)
Prenax (WWD)
Pretty Woman (GZH)
Pretty Woman (New York)

Pretty Woman LLC
Prime Mode Co. Ltd.
ProLogis UK XXIV Sarl
ProShip Inc.
Protos Security
PTL Systems Inc.
Qingdao Collect Jewelry Co. Ltd.
Qingdao Fineart & Craft Co. Ltd.
Qingdao HGC Body Jewelry Co. Ltd.
Qingdao Imperial Art Co.
Qingdao Jinyuxianghe Jewelry Co. Ltd.
Qingdao JY Fashion
Qingdao Oasis Import & Export Co. Ltd.
Qingdao S&J Jewelry Co. Ltd.
Qingdao SH&C Fashion Jewelry Co. Ltd.
Qingdao Shinsung Arts Crafts Co. Ltd.
Qingdao World Money
Qingdao Xujunhui Jewelry Co. Ltd.
Qingdao YM Jewelries Co. Ltd.
Radium Creation Ltd.
Rare Beauty Brands Inc.
Raytik Ltd.
Real Packaging Co.
RealtimeBoard Inc.
Reflectiz Inc.
Right Choice Exports
Right Choice Exports (Delhi)
Riosoft
Riskified Inc.
RMS
RMS International (Ningbo)
RMS International (USA) Inc.
Roy Lowe & Sons Ltd.
Rubies Enterprises Ltd.
Rubies Masquerade Co. UK Ltd.
Salesforce Inc.
Salsify Inc.
SAVVi
Schylling Inc.
Scopevisio Retail Solutions
SDWorx
Sebang Chain Co. (Qingdao)
Sebang Chain Vina (Haiphong)
ServiceChannel.com
SGS Hong Kong Ltd.
Shalom International

Shalom International (Ningbo)
Shanghai East (Phnom Penh)
Shanghai Style (Shanghai)
SHC Direct LLC
Shenzhen Three Champions Yuan Trading
    Co. Ltd.
Shine Arts Crafts Co. Ltd.
Shiny Goods Inc.
ShopperTrak
Silver Buffalo LLC
Simba Smoby Toys UK Ltd.
Simon
Sisco Industries Ltd. (Haiphong)
Skinny Dip Landed
Skinnydip Ltd.
Smartsheet Inc.
Smile Gems
Smilegems Ltd. (London)
SNDZ Enterprise Corp. (Hong Kong)
Sodexa SARL
SOS Maintenance & Construction Ltd.
Specialty Store Services
Spin Master Inc.
Spin Master Toys (Haiphong)
Spin Master Toys Far East Ltd.
Springdale Acoustics Inc.
Sprout Social Inc.
SPS Commerce Inc.
Starlight ACC (Shanghai)
Stickerbeans
Stickerbeans (Ningbo)
Stirrup Unlimited LLC
Stor SL
Stored Value Solutions Inc.
Street Players
Studex
Studex UK Ltd.
Sugar Luv
Sunny Fashion Jewelry Co. Ltd. (Qingdao)
Sunshine & Glitter
Tair Jiuh Enterprise Co. Ltd.
Tamantar Co.
Temp Cooler LLC
Theme
Tong Yi Access (Hong Kong)
Tradewin

TranzAct Technologies Inc.
Travelux Ltd.
Tree Hut
Triangle Sign & Service LLC
Triple-S Management Corp.
TrueCommerce (Coventry) Ltd.
TrueSource
Tung Hing Plastic Manufactory Ltd.
Two Boys Designs Inc.
U&I Fashion (Haiphong)
UCC Distributing Inc.
UL Verification Services Inc.
Urban Reform Realty
US Bank NA
USPA Access (Shenzhen)
USPA Accessories LLC
V&E Accessories Inc.
VeriFone Inc.
Viacom Inc.
Viacom International Inc.
Viff Ltd.
Viff Ltd. (Shanghai)
Vision Service Plan
Vogue Digital
Waitwhile Inc.
Walmart Inc.
Walton Signage Corp.
Watsons Water
WebFab LLC
Wenzhou Eyestar Eyewear Co. Ltd.
Wenzhou Pleasure Trade Co. Ltd.
WGSN Ltd.
Wide Harvest Investment Ltd.
William Lamb Group Ltd.
Wind Designs Ltd.
WIS International
Workday Inc.
Workjam Inc.
World of Sweets
Worldline SA
Yiwu Kingtai Trading Co. Ltd.
Yiwu Volcano Arts & Crafts Co. Ltd.
Yottaa Inc.
Yumark Enterprises (Bangkok)
Yumark Industries (Ningbo)
Yumark Industries (Phnom Penh)

Zinio Online Magazine
Zuru LLC (Shenzhen)
Zuru UK Ltd.

# SCHEDULE 1(g)

## __Insurance__

AFCO Credit Corp.
Affiliated FM Insurance Co.
AGCS Marine Insurance Co.
Allianz Engineering Inspection Services Ltd.
Allianz Insurance PLC
Aon Underwriting Managers
Ascot Insurance Co.
Axis Insurance Co.
Beazley Insurance Co. Inc.
Beazley Syndicate 2623/623
Berkley Insurance Co.
Continental Casualty Co.
Continental Insurance Co., The
Endurance American Insurance Co.
Federal Insurance Co.
FM Insurance Co. Ltd.
FM Insurance Europe SA Luxembourg, Bern Branch
Freedom Specialty Insurance Co.
Greenwich Insurance Co.
Illinois National Insurance Co.
Liberty Mutual
Lloyd's of London
Mapfre Praico Insurance Co.
Navigators Insurance Co.
Ohio Casualty Insurance Co., The
Starr Indemnity & Liability Co.
US Specialty Insurance Co.
Vienna Insurance Group AG
XL Insurance America Inc.
XL Specialty Insurance Co.
Zurich Insurance Co. Ltd.
Zurich Insurance PLC

# SCHEDULE 1(h)

## Landlords

16191576 Canada Inc.
380 & 289 LP
4D Properties
6800 Eastman Avenue LLC
863 Broadway LLC
Abbell Associates LLC
Acadia Realty Trust
AH Property Management LLC
Alliance Health Inc.
American Assets
American Realty Capital LLC
Apollo Net Lease Co. LLC
Ashkenazy Acquisition Group
Ashley Group
Avison Young
Baldwin, Alexander
Barnett Properties Ltd.
Bayer Properties LLC
Bayfield Realty Advisors Inc.
BentallGreenOak
Bentley Mall Association
Berengaria Development
Berkeley Mall LLC
Berkowitz Development Group Inc.
BFW Howell Associates LLC
Bixby Bridge Capital
Branson Landing
Brazos TC - Partnership A LP
Brixmor Property Group Inc.
Brookfield
Burroughs & Chapin Co. Inc.
Cadillac Fairview
Cafaro
Cameron Crossing Inv. Ltd.
Carroll/1709 Ltd.
Casto
CBL
CBRE Inc.
Centennial Advisory Services LLC
Centennial Pueblo Mall Manager LLC
Centennial RE Co.
Centennial Real Estate Management LLC

CenterCal LLC
Central Walk
Central Walk Tsawwassen
CIM Group
City View Commercial
CMG / Provost Group Inc.
Coldwell Banker
Collett Management LLC
Colliers International Asset Management Inc.
Compass Retail
Continental Realty Corp.
Cord Meyer Development LLC
Cordano Co.
Coventry Mall Associates
CPI Property Group
Craig Realty Group
Crawford Square
Crescent Land Development Associates LLC
Crombie
CTO Realty Growth Inc.
Cushman & Wakefield
Cushman & Wakefield Asset Services Inc.
CW Capital Asset Management LLC
Cypress Equities Managed Services
Daniel Corp.
DCM Ltd. LLC
DDR Asset Management LLC
DDR Norte LLC SE
DDR Stone Oak Holdings LLC
DDR Urban LP
DeBartolo Holdings LLC
Dechomai Asset Trust Number Two LLC
DeRito Talking Stick North LLC
Dimond Center Holdings LLC
DiMucci Cos.
DLC Management Corp.
DP Management LLC
Dream Big Partners LLC
Druker Co. Ltd, The
Edge Realty Group

Edwards Realty Group
Equity One (Sheridan Plaza) LLC
Erimar Realty LLC
Ethan Conrad
Euro Pro
Fairbourne Properties
Fameco
Federal Realty Investment Trust
Federal Realty OP LP
Federal REIT
Feil
Feldman Equities of Arizona
Festival Management Corp.
FFO RE Advisors
Fidelis Realty Partners Ltd.
First Washington Realty Inc.
Fishman Real Estate Group
Forbes Cohen
G&I IX Camp Creek Property LLC
Gallatin Mall Group LLC
Gateway Knollwood LLC
Gemini Rosemont
Gerrity Group LLC
GJ Group Properties Inc.
GK Development Inc.
Goodman Realty Group
GRE Management Services Inc.
Great Plains Development
Hall Road Crossing Owner LLC
Hanford Mall
Harlem Irving
Harsch Investment
Hauppauge Properties LLC
Hendon
Hines Global Income Trust Inc.
Horizon Property Group
Howard Hughes Corp., The
Hull Property Group LLC
IGP LLC
Inland Real Estate Group of Cos. Inc., The
International Growth Properties
InvenTrust Property Management LLC
Investec Real Estate Cos.
Irvine Co.
Irvine Co. LLC, The
Ivanhoe Cambridge

Jim Wilson & Associates LLC
Jimmy Jazz Inc.
JJ Gumberg Co.
Johnson Commercial Development
Jones Lang Lasalle Americas Inc.
Junction Boulevard Realty
Karruli LLC
Katz Properties Management LLC
Kemper Development Co.
KeyBank NA
Kimco
Kimco Realty Corp.
Kinsley Properties
Kite Realty
Kohan Retail Investment Group
Kohan/Summit Management
Kotarides
L3 Properties
Lake Success Shopping Center LLC
Lamar Cos.
Lance-Kashian & Co.
Legacy Cos., The
Lerner
Lewcon Retail LLC
Lexington Co.
Liberty Common 2018 LLC
Little Rock Outlets Realty Holding LLC
Lormax Stern Development Inc.
Luan Investments
M&J Wilkow Ltd.
Macerich
Madison Marquette Inc.
Maley Co., The
Mark T. Brennan & Associates
Marx Realty LLC
Mayaguez Mall
MC Strauss & Co.
McCOR Management
McKnight Properties
MCM Properties Ltd.
MDN Development Inc.
Merlone Geier Management LLC
Metro National Corp.
MGHerring Group Inc., The
Mid America Real Estate-Wisconsin LLC
Miromar

MLWD Inc.
MMI Realty
Moonbeam Capital Investments LLC
Morguard
Morrison Cos.
NADG (US) General Partner Inc.
Namdar Realty Group LLC
New England Development Inc.
New Market 1 LLC
NewQuest Properties Ltd.
Nicholas Investment Co.
NLCO
North Plains Mall Management LLC
NorthPark Partners LP
Northwest Target LLC
Northwood Investors LLC
Oakdale Property Partners LLC
Olshan Properties
Onni Group
Opus Group, The
Osborne Capital Group
OTB Destination
Out of the Box Ventures LLC
Oxford In Trust For Square One
Pace Properties Inc.
Pacific Bridgewater Management PR LLC
Pacific QKC Management PR LLC
Pacific Retail Capital Partners LLC
Palouse Mall LLC
Pappas Investments Inc.
Paramount Realty Services Inc.
Patchogue Realty
PCI Developments
Pine Tree Commercial Realty LLC
Pinnacle Leasing & Management LLC
Plaza Las Americas
Poag Shopping Centers LLC
Poplin Place LLC
Prairie Hills Mall LLC
PREIT
Prep Property Group Inc.
Primaris REIT
Prism Co.
Propst Properties
Providence Group
Pyramid Management Group Inc.

QC East LLC
QIC
QuadReal Property Group LP
Rainier Cos., The
RAM Property Development LLC
RBS Group
RED Development
Redico
Redlands Joint Venture LLC
Regency Centers LP
Regis
Related Retail Corp.
Related Urban
Rialto Capital Advisors LLC
RioCan
River West Management LLC
RL Miami LP
Robert B. Aikens & Associates LLC
Robert Lynn Management Co.
Robson Properties
RockStep Capital LLC
RREEF Alternative Investments
SA Development Co. LP
Saed Investments IV LLC
Salthill Capital Corp.
Santa Margarita Ventures LLC
SARM Five Points Plaza LLC
Satterfield-Helm Management Inc.
Schnitzer Properties Management
Schottenstein Property Group Inc.
Seligman & Associates Inc.
Seritage Growth Properties
Settlers R1 Inc.
SH UTE III LLC
Shea Properties
Shin Yen Retail Property Management LLC
ShopCore Properties LP
Silver Lake Center LLC
Simon
Site Centers
Sizeler Realty Co. Inc.
SL Nusbaum Realty Co.
Smugglers Capital Corp.
Sobert Realty Corp.
Southport 2013 LLC
SP Center LLC

Spectrum Realty
Spinoso Management Group
Spinoso Real Estate Group LLC
Stark Enterprises LLC
Starwood Capital Group
Steiner & Associates Inc.
Sterling Organization
Stiles
Stirling Properties Inc.
Stockbridge Ohio LLC
StreetMac
Tabani Group Inc.
Tanger Inc.
Tanger Properties LP
Taubman
Terminus Properties Co. LLC
TGA NAP
THF ONC Development LLC
Time Equities Inc.
TKG Management
Torrington Properties
Trademark Properties
Triovest Realty Advisors Inc.
Triple Five
Tucker Meridian, LLC
Turnberry Associates Inc.
United Properties Corp.
University Mall Management Inc.
Urban Edge Properties
Urban Retail Properties
USPG Portfolio Six LLC
Vestar Property Management Co.
Walmart Inc.
Washington Prime Glimcher
Wayne Towne Enterprises Ltd.
Weigand-Omega Management Inc.
West Acres Development
Westcliff
Westdale Properties
Westfield Corp.
Wilcox Savage
Wilder Cos. Ltd., The
Wilfid Brookhollow Associates
Williams Jackson Ewing
Wilmorite Management Group LLC
WMG Meadows LLC

Wolfson Group Inc.
Woodbury
Woodmont
Woodmont Co., The
WS Asset Management Inc.
WS Development
Wulfe Management
YAM Properties

# SCHEDULE 1(i)

## **Litigation**

Cuevas, Daniel
I Pee Holdings
Matthews, Amaya
Pfeffer, Rachel
Pout, Christian
Riviera, Esmeralda
Triventure
Voivod, Michael

# SCHEDULE 1(j)

## **Significant Equity Holders**

Accessory Holdings LP
Elliott Associates LP
Elliott Management Corp.
Ensemble Investment Holdings LLC
Goldman Sachs & Co. LLC
Monarch Alternative Capital LP
Redwood Capital Management
Vero, Ryan

## SCHEDULE 1(k)

### **Surety & Letters of Credit Issuers/Beneficiaries**

Citibank NA
Credit Suisse Group AG
Greenwich Insurance Co.
Indian Harbor Insurance Co.
Intact Financial Corp.
JPMorgan Chase Bank NA
One Beacon Insurance Co.
Praetorian Insurance Co.
QBE Insurance Corp.
Stonington Insurance Co.
Travelers Indemnity Co., The
XL Insurance America Inc.
XL Specialty Insurance Co.

# SCHEDULE 1(l)

## **Taxing Authority/Governmental/Regulatory Agencies**

Minnesota, State of
Texas, State of

# SCHEDULE 1(m)

## Vendors

11:11 Media LLC
1401 Greenbrier Parkway LLC
21245 26 Ave. LLC
863 Broadway LLC
Accellor Inc.
Accenture International BV
Accessory Innovations LLC
Acosta Sales & Marketing Ltd.
ADP Inc.
Afco Direct
Alamance Retail LLC
Alderwood Mall Holding LLC
Algonomy Software
Alvarez & Marsal Holdings LLC
Ama Design International Co. Ltd.
Ameream LLC
American Digital Corp.
American Door & Dock Inc.
Aon Risk Services
Arrowhead Towne Center LLC
Aspire Systems Inc.
Asset Management Technologies Ltd.
Attentive Mobile Inc.
Audit-Tel
Aurora World Inc.
Aventura Mall Venture
B. Brothers Broadway Realty LLC
Baker & Hostetler LLP
Basic Fun Inc.
Battlefield Mall
Baybrook Mall
BDO USA LLP
Bellwether Properties of South Carolina LP
Benmoore Construction Group, The
Berkeley Research Group LLC
Beverly Hills Teddy Bear Co.
BH Concept Inc.
Big Apple Corp.
Bioworld Merchandising Inc.
Blue Yonder Inc.
Blueprint Collections Ltd.
Bohannon Development Co.

Bonkers Toy Co. LLC
Bonnis Properties (Robson) Inc.
BPR Cumulus LLC
BPR-FF LLC
Brandon (Tampa) LP
BRE/Pearlridge LLC
Bridgewater Commons Mall II LLC
Brinton Security Services LLC
Broadstone Net Lease LLC
Brookfield Property Partners LP
Brooklyn Kings Plaza LLC
Burbank, City of (CA), Fire Department
Cadillac Fairview Corp., The
California, State of, Dmv, Account
    Processing Unit
Cameron Advertising Displays Ltd.
Canada, Government of, Border Service
    Agency
Canon Solutions America Inc.
Capitol Light
Carlson Store Fixtures
CBL & Associates LP
CBL-T-C LLC
CBRE Inc.
CDW LLC
Centric Beauty LLC
Challenger Gray & Christmas Inc.
Chicago Consumables Inc.
Christiana Acquisition LLC
Claire's Stores (401-K)
Clinical Health Technologies
Collegiate MDSE Group
Columbia Mall Partnership
Comdata Inc.
Compucom System Inc.
Cornerstone OnDemand Inc.
Corp Del FSE
Crawford, County of (PA), Tax Collector
Creme Shop, The
Crombie Reit
Crystal Run Galleria LLC
Cuddle Barn Inc.

Cuerdon, David O.
Culver City Mall LLC
Data Solutions LLC
DavroPM Ltd.
Delta Dental Association
Dennis, Ashley
DLA Piper LLP (US)
DMB Holdings LLC
Dope Slimes LLC
E&Q
Easton Town Center II LLC
Eurest Dining Services
Evershine Creations Inc.
Exegistics Inc.
Fashion Centre Mall LLC
Femspro Incorporado
Forbes Taubman Orlando LLC
Fordham, Amber
France Lab Inc.
Frontstreet Facility Solutions
Fu Wah Manufactory Ltd.
Gailliard, Alida
Gallagher Bassett Services Inc.
Gateway Center Phase II
General Growth Properties Inc.
GGP Homart II LLC
GGP LP
GGP Staten Island Mall LLC
GGP/Homart II LLC
GGPLP LLC
GGPLP Real Estate Inc.
GGP-TRS LLC
GLO Document Solution Division
Global Response LLC
GMV (Mall) Owner LLC
Google Inc.
Grant Thornton LLP
Great-West Life Assurance Co., The
Haak, Lily
Harvest Forecast
HER Accessories Ltd.
Herbst, Dan
Heritage Candy Co. Inc.
High Intencity Corp.
Hip Sing Association, The
Hirewell Inc.

Horizon Group USA
Houston Galleria, The
HRE Fund IV LP
Hull Property Group LLC
HYM International Co. Ltd.
Hyperion LA
Idaho, State of, Tax Commission
Idea Group
Innovative Cosmetics
Insight Direct USA Inc.
Inspired Thinking
InteQ Corp.
Inverness
Irvine Co. LLC, The
Ivanhoe Cambridge II Inc.
Ivanhoe Cambridge Inc.
J.M. Siber Ltd. Part
Jackson Lewis PC
Jacmel Jewelry Inc.
Jazwares LLC
Jennz LLC
Jiangxi Meican
JMCR Sherman LP
Jordan Creek Joint Venture LLC
JPMorgan Chase Bank NA
JPMorgan Chase Commercial Banking
Just Play (HK) Ltd.
KBR Shawnee Mall Capital LLC
Keter Environmental Service Inc.
Kojac Fashion Accessories Ltd.
Korn Ferry US
KP IV Navy LLC
La-Kontra Corp.
Lennox Industries Inc.
License 2 Play Toys LLC
Life Insurance Co. of North America
LS BC 2 LLC
Macerich Co., The
Macerich Partnership LP, The
Macerich Vintage Faire LP
MACWH LP
Madiba Inc.
Mall at Smith Haven LLC
Mary Fashion Accessories Ent. Co. Ltd.
Master Toys & Novelties Inc.
Matson Navigation Co.

Mayfair Hotel Supply Co.
McKinsey & Co. Inc.
Meadowood Mall SPE LLC
Metropolitan Life Insurance Co.
MGA Entertainment Inc.
Microsoft Corp.
Mike Albert Leasing Inc.
Mills At Jersey Gardens/JG, The
Minnesota, State of, Department of Revenue
Miracle International Group Ltd.
MJC International Group LLC
Moac Mall Holdings LLC
Mood Media
Moose Toys LLC
Morguard Investments Ltd.
Morguard Real Estate Investment Trust
Morning Charm Ltd.
Mouri Tech LLC
Movable Ink Inc.
Moveable Inc.
Nest International Inc.
Nowe Media
NP Digital
NPN360 Inc.
OLR America Inc.
One For Fun Ltd.
Ontario Mills Ltd.
Ontrea Inc.
Opry Mills Mall LP
Oracle America Inc.
Orland LP
Oshkosh, City of (WI)
Ovative Group LLC
Oxford In Trust For Square One
Pachulski Stang Ziehl & Jones LLP
Pacific Premier Retail LLC
Pantone LLC
Penn Square Mall LP
Penta Group LLC
Perron-Roettingers
Pheasant Lane Realty Trust
Phoenix Manufacturing Inc.
Pinterest Inc.
Pipsticks Inc.
Plaza Las Americas Inc.
Popsockets

Powerone Electrical Contracting Inc.
Preit Associates LP
Premium Outlets Partners LP
Premium Retail Services LLC
Pretty Woman LLC
Primaris Management Inc.
Prosek Partners Ltd.
Proudfoot, Leroy
Qingdao Classic Co. Ltd.
Qingdao Collect Jewelry Co. Ltd.
Qingdao HGC Body Jewelry Co. Ltd.
Qingdao Renfeng Jewellery Co. Ltd.
Qingdao S&J Jewelry Co. Ltd.
Qingdao Shinsung Arts & Crafts Co. Ltd.
Qingdao Wish Tree Crafts Co. Ltd.
Qingdao YM Jewelies Co. Ltd.
QRPG LP
Queens Center SPE LLC
RCS Real Estate Advisors
Reams Enterprises Inc.
Reed, Melissa
Retail Property Trust, The
Riderwood USA
Right Choice Exports
Rithum LLC
Roseville Shoppingtown LLC
Rouse Properties LP
RR Donnelley & Sons Co.
RSI International Ltd.
Safetech Enterprises Corp.
Salesforce.com Inc.
Scarborough Town Centre
SDG Dadeland Association Inc.
Sebang Chain Co. Ltd.
Sebastian, County of (AR), Tax Collector
Securitas Technology
Servicechannel.com Inc.
SG Summit LLC
Shadow Public Relations Inc.
Shalom International
Shasta Realty LLC
Shoppertrak RCT LLC
Shopping Center Associates
Simon Property Group (TX) LP
Simon Property Group LP
Simpson Thacher & Bartlett LLP

Skinnydip Ltd.
Somerset Collection LP
SOS Maintenance Inc.
Southland Holding I LLC
Southpark Mall Realty
Specialty Store Services
Spencer Stuart Inc.
Spin Master Far East
Squire Patton Boggs (US) LLP
Sreg White Marsh Mall LLC
St Judes Children's Research Hospital
St. John's Town Center LLC
Staples Inc.
Stein Saks pllc
Stickerbeans
Stonebriar Mall LLC
Studex Corp.
Sun Life Financial Inc.
Sunrise Mills MLP LP
Super League Enterprise Inc.
Superstar
Tacoma Mall Partnership
Tair Jiuh Enterprise Co. Ltd.
Tanger Properties LP
Tanger Properties LP.
Tangoe Inc.
Tangoe Inc. 742
TB Mall at UTC LLC
Terrell Outlets LLC
Tierney Gearon Photography
Tomoka25 Ashley Park LLC
Tongyi Accessories Co. Ltd.
Transier, K. Melissa
Transier, William L.
TranzAct Technologies
TranzAct Technologies Inc.
Triangle Sign & Service
Truesource LLC
Trumbull Shopping Center #2LLC
Tysons Corner Holdings LLC
UCC Distribution Inc.
UHC Construction Services Inc.
United Techno Solutions Inc.
UPS Supply Chain Solutions Inc.
US Bank Corporate Payment
US Centennial Malls Joint Venture LLC

USPA Accessories LLC
Valley Mall LLC
VF Mall LLC
Viff Ltd.
Viking Rideau Corp.
Walmart Inc.
Wal-Mart Stores East LP
Warehouse Direct Inc.
Watershed Technology Inc.
WEA Southcenter LLC
WebFab LLC
West Edmonton Mall Property Inc.
West Farms Mall LLC
West Town Mall LLC
Westcor Realty Ltd.
Westfield, City of (IN), Police Department
Westland Garden State Plaza LP
Willowbrook Mall Holding
Wilmington, City of (IL)
WIS International
Woodfield Mall LLC
Woodland Hills Mall LLC
Workday Inc.
Workjam Inc.
XL Specialty Insurance Co.
Zambrano, Evelymar
Zuru LLC

# SCHEDULE 1(n)

## **Bankruptcy Judges**

Dorsey, John T.
Goldblatt, Craig T.
Horan, Thomas M.
Owens, Karen B.
Shannon, Brendan
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

# SCHEDULE 1(o)

## Office of the United States Trustee

Attix, Lauren
Bates, Malcom M.
Casey, Linda
Cudia, Joseph
Dice, Holly
Dortch, Shakima L.
Fox, Timothy J., Jr.
Girello, Michael
Green, Christine
Hackman, Benjamin
Jones, Nyanquoi
Konde, Hawa
Leamy, Jane
Lipshie, Jonathan
McCollum, Hannah M.
McMahon, Joseph
Nyaku, Jonathan
O'Malley, James R.
Richenderfer, Linda
Schepacarter, Richard
Serrano, Edith A.
Thomas, Elizabeth
Varga, Andrew
Wynn, Dion

# SCHEDULE 1(p)

## 363 Sale Parties

Ames Watson Capital LLC
Hilco (HMR)
[CONFIDENTIAL]

# SCHEDULE 1(q)

## Top 30 Creditors

Accellor Inc.
Accessory Innovations LLC
Algonomy Software
Aurora World Inc.
Benmoore Construction Group, The
BPR-FF LLC
Brookfield Property Partners LP
CBRE Inc.
Centric Beauty LLC
Creme Shop, The
Exegistics Inc.
France Lab Inc.
Frontstreet Facility Solutions
Google Inc.
Grant Thornton LLP
Heritage Candy Co. Inc.
Idea Group International (Hong Kong)
Inspired Thinking
Kojac Fashion Accessories Ltd.
Lennox Industries Inc.
Macerich Co., The
Mastercard International Inc.
Microsoft Corp.
MJC International Group LLC
Optiv Security Inc.
Ovative Group LLC
Premium Outlet Partners LP
Premium Retail Services LLC
Retail Property Trust, The
Simon Property Group LP
Studex Corp.
Tanger Properties Ltd.
United Techno Solutions Inc.
UPS Supply Chain Solutions Inc.
Waitwhile Inc.
Walmart Inc.
Workday Inc.

# SCHEDULE 1(r)

### <u>UCC Members</u>

Accellor Inc.
Brookfield Properties Retail Inc.
Inspired Thinking
Studex Corp.
Tanger Management LLC
Yumark Enterprises Corp.

# SCHEDULE 1(s)

## **UCC Professionals**

Cole Schotz PC
McDermott Will & Schulte LLP
Province LLC

**Schedule 2**

**Match List[1]**

| Interested Party | Business Line |
|---|---|
| [Confidential] | FVA - Closed |
| Alliance | CF - Active; FVA - Active; FVA - Closed; FR - Closed |
| Alvarez & Marsal | CF - Active; CF - Closed; FVA - Closed; FR - Active |
| ALVAREZ & MARSAL HOLDINGS, LLC | CF - Active; CF - Closed; FVA - Closed; FR - Active |
| AMEREAM LLC | FR - Closed |
| American Assets | FVA - Active; FVA - Closed |
| American Realty Capital | CF - Closed |
| AMERICAN BANK | FVA - Active |
| Ankura Trust Company, LLC | FVA - Active |
| [Confidential] | CF - Closed; FVA - Active; FVA - Closed; FR - Active; FR - Closed |
| ARVEST BANK | FVA - Active; FVA - Closed |
| [Confidential] | CF - Closed |
| [Confidential] | CF - Active |
| Avalara, Inc. | FVA - Active |
| BAKER & HOSTETLER LLP | FVA - Active; FVA - Closed |
| BAKER & MCKENZIE LLP | FR - Closed |
| [Confidential] | FVA - Active |
| BDO USA, LLP | FVA - Closed |
| Bank of America | FVA - Active; FR - Closed |
| [Confidential] | FVA - Active; FVA - Closed |
| BentallGreenOak | FVA - Active |
| Blue Cross and Blue Shield of Illinois - HEALTH CARE SVCS. CORPORATION | FR - Active |
| [Confidential] | CF - Active; FVA - Active |
| BofA | FVA - Active; FR - Active; FR - Closed |
| Boomerang | FVA - Closed |
| [Confidential] | FVA - Active; FVA - Closed; FR - Active; FR - Closed |
| Broadstone | FVA - Closed; CF - Closed |
| Brookfield | CF - Closed; FVA - Active |
| BROOKFIELD PROPERTY PARTNERS L.P. | FVA - Active |

[1] Reflects active engagements across Houlihan Lokey's business lines:  Corporate Finance (CF), Financial and Valuation Advisory (FVA), and Financial Restructuring (FR).  Also includes disclosures on engagements within the last three (3) years of the Petition Date that have closed.

| [Confidential] | FVA - Active |
|---|---|
| Canon | CF - Closed |
| [Confidential] | CF - Active; FVA - Active; FVA - Closed; FR - Active; FR - Closed |
| CenturyLink Communications, LLC d/b/a Lumen Technologies | FR - Closed |
| CITIBANK, N.A. | FVA - Active; FVA - Closed; FR - Closed |
| CITY NATIONAL BANK | FVA - Closed |
| CMG / Provost Group, Inc. | CF - Closed |
| Cole Schotz PC | FVA - Closed |
| Colliers International Asset Management; Inc | FVA - Closed |
| ComData COMDATA INC., COMDATA INC.D/B/A STORED VALUE | FR - Closed |
| ComPsych | FVA - Active |
| Continental | CF - Closed; FVA - Active; FVA - Closed; FR - Closed |
| Continental Casualty Company (CNA) | CF - Closed; FVA - Active; FVA - Closed; FR - Closed |
| CREDIT SUISSE | FVA - Active; FVA - Closed; FR - Active; FR - Closed |
| DLA PIPER LLP | FVA - Closed |
| EASTERN BANK | FVA - Closed |
| Elliott | CF - Closed; FVA - Closed; FR - Closed |
| ELLIOTT ASSOCIATES, L.P. | CF - Closed; FVA - Closed; FR – Closed |
| Elliott Management Corporation | CF - Closed; FVA - Closed; FR - Closed |
| FIRST NATIONAL BANK | FVA - Closed |
| Funko Uk Ltd | FVA - Closed |
| [Confidential] | FVA - Active; FVA - Closed |
| Goldman Sachs | CF - Active; FVA - Active; FVA - Closed; FR - Active; FR - Closed |
| GOLDMAN SACHS & CO LLC | CF - Active; FVA - Active; FVA - Closed; FR - Active; FR - Closed |
| GOOGLE INC | FVA - Closed |
| GRANT THORNTON LLP | FVA - Active; FVA - Closed |
| Hilco (EU) | FVA - Active; FVA - Closed |
| Hilco (HMR) | FVA - Active; FR - Closed |
| HUNTINGTON NATIONAL BANK | FVA - Closed |
| InComm | FVA - Active; FVA - Closed |
| Invesco | FVA - Active; FR - Active; FR - Closed |
| Investec Real Estate Companies | FR - Closed |
| J P MORGAN CHASE COMMERCIAL | FVA - Active; FVA - Closed; FR - Active; FR - Closed |

| | |
|---|---|
| JPM TOTAL RETURN FD | FVA - Active; FVA - Closed; FR - Active; FR - Closed |
| JPMorgan Plc | FVA - Active; FVA - Closed; FR - Active; FR - Closed |
| Johnson Controls Inc. | FVA - Active |
| KETER ENVIROMENTAL SERV.,INC | FR - Closed |
| KEY BANK | FVA - Closed |
| KeyBank National Association | FVA - Closed |
| Kirkland & Ellis | FVA - Active; FVA - Closed; FR - Active; FR - Closed |
| KIRKWOOD BANK & TRUST | FVA - Active |
| Lexington Co. | FVA - Active; FVA - Closed |
| Liberty Mutual | FVA - Active |
| Macerich | FVA - Closed |
| Manulife | FR - Active; FR - Closed |
| Marathon | CF - Closed; FVA - Closed; FR - Active; FR - Closed |
| McDermott Will & Schulte | FVA - Active; FVA - Closed |
| MCKINSEY & COMPANY, INC. | FR - Active |
| MetLife | FR - Closed |
| Mid America | CF - Active; FVA - Active |
| Monarch | FVA - Active; FVA - Closed; FR - Closed |
| Monarch Alternative Capital LP | FVA - Active; FVA - Closed; FR - Closed |
| MOOD MEDIA | CF - Closed |
| Mood Media Corporation | CF - Closed |
| MORGAN STANLEY SR FD INC | CF - Closed; FVA - Active; FVA - Closed; FR - Active; FR - Closed |
| MOVABLE INK | FVA - Closed |
| [Confidential] | CF - Closed |
| Neuberger | FVA - Active; FVA - Closed; FR - Active; FR - Closed |
| NB - NEUBERGER BERMAN SPECIAL | FVA - Active; FVA - Closed; FR - Active; FR - Closed |
| NBC | FVA - Active |
| Oaktree | CF - Closed; FVA - Active; FVA - Closed; FR - Active; FR - Closed |
| OCM LP -OAKTREE PRINCIPAL FUND | CF - Closed; FVA - Active; FVA - Closed |
| Onni Group | FVA - Closed |
| [Confidential] | CF - Closed |
| Opus | FVA - Closed |
| PEOPLES BANK | FVA - Closed |
| PINTEREST, INC. | FVA - Closed |
| PREIT | FR - Closed |
| PREIT ASSOCIATES LP | FR - Closed |

| | |
|---|---|
| Providence Group | FVA - Active; FVA - Closed |
| Pyramid | FVA - Closed |
| RED Development | FVA - Closed |
| Redwood | FVA - Closed |
| Redwood Capital Management, LLC | FVA - Closed; FR - Active; FR - Closed |
| Rialto Capital Advisors, LLC | FVA - Closed |
| RREEF Alternative Investments | FVA - Active; FVA - Closed |
| Salesforce | CF - Closed; FVA - Closed |
| SALESFORCE.COM.INC. | CF - Closed; FVA - Closed |
| SHASTA REALTY LLC | FVA - Closed |
| SIMPSON THACHER & BARTLETT LLP | FVA - Closed; FR - Closed |
| Site Centers | FVA - Closed |
| Starwood Capital Group | FVA - Closed; FR - Closed |
| Sterling Organization | CF - Active; FVA - Active; FVA - Closed |
| Stirling Properties; Inc. | CF - Closed |
| [Confidential] | FVA - Active; FR - Closed |
| TANGOE, INC. 742 | FVA - Closed |
| The Continental Insurance Company (CNA) | CF - Closed; FVA - Active; FVA - Closed; FR - Closed |
| The Howard Hughes Corporation | FVA - Active; FVA - Closed |
| THE MACERICH COMPANY | FVA - Closed |
| THE MACERICH PARTNERSHIP LP | FVA - Closed |
| TITAN BANK | CF - Closed; FVA - Active; FVA - Closed |
| [Confidential] | FVA - Active; FVA - Closed; FR - Active; FR - Closed |
| Triple Five | FR - Closed |
| TrueCommerce (Coventry) Limited | FVA - Closed |
| TRUIST | FVA - Active |
| TRUSTCO BANK | CF - Closed |
| UMB BANK | FVA - Closed; FR - Active; FR - Closed |
| UNITED BANK | FVA - Closed |
| US BANK CORPORATE PAYMENT | FVA - Closed; FR - Closed |
| VALLEY NATIONAL BANK | FVA - Closed |
| Vestar | FVA - Closed |
| VR | FR - Active; FR - Closed |
| VR GLOBAL PTNRS LP | FR - Active; FR - Closed |
| Walmart | FVA - Closed |
| WALMART INC. | FVA - Closed |
| WAREHOUSE DIRECT,INC. | FVA - Closed |
| WELLS FARGO | FVA - Active; FVA - Closed; FR - Closed |
| WOODFOREST | FVA - Closed |

**Schedule 3**

**Principal Professionals**

| Professional | Role |
|---|---|
| Saul Burian | Managing Director |
| Steven Tishman | Managing Director, Global Head of M&A Group |
| David Salemi | Managing Director |
| David Cumming | Director |
| Joseph Ebb | Vice President |
| Yitzchak Zev Litwin | Associate |
| Gregory Preiser | Associate |
| Dylan Kelly | Financial Analyst |
| Joanna Liu | Financial Analyst |