**<u>Exhibit D</u>**

**Retention Letter**

Case 25-11454-BLS    Doc 308-5    Filed 08/30/25    Page 1 of 4



June 20, 2025

Claire's Holdings LLC, et al.
2400 West Central Road
Hoffman Estates, IL 60192
Attn:    Brendan McKeough
           EVP, Chief Legal Officer, and Secretary

Re:    Engagement of Omni Agent Solutions, Inc.

Dear Mr. McKeough:

Pursuant to that certain engagement letter dated June 20, 2025 (the "Engagement Letter"), by and between Omni Agent Solutions, Inc. ("Omni") and Claire's Holdings LLC and its related affiliates and subsidiaries (the "Companies" or "Debtors"), and that certain proposal dated May 22, 2025, submitted by Omni to the Companies, as an additional courtesy to the Companies, Omni agrees to limit our fees and expenses to $1,075,000. Note that this fee cap (the "Cap") is based solely on the following parameters and scope of Services set forth below:

- Approximately 9-month case timeline through a plan effective date; provided that, notwithstanding the forgoing, the Cap shall be reduced to $800,000 if the plan effective date occurs within 6 months of the Petition Date
- 14 potential Debtors
- 18,782 Known Creditors/55,000 Matrix Parties/135 Stockholders/24 Bondholders
- Approximately 1,599 pleadings filed on the docket
- Approximately 6 "All Creditor Mailings"[1] to the approximately 55,000 matrix parties
- Notice parties with an e-mail address would receive the All-Creditor Mailings via e-mail in lieu of hard copy service
- Notice parties without an e-mail address (and email bounce-back parties with a mailing address) will receive notice via first class mail of the Notice of Commencement, Bar Date Notice, Notice of Disclosure Statement Hearing, Notice of Confirmation Hearing, and Notice of Effective Date.
- First Day and Second Day service of approximately 250 parties /100,000 images with overnight service of first day hearing and agenda to approximately 200 parties
- Approximately 45 pleadings/notices per month at 20 images each to an approximate 150 party master service list plus any appropriate affected of affiliated interested party[2]
- Approximately 3 notices to Stockholders and Bond/Debt Holders during the case.
- Solicitation parameters:[3]
    o **[●]** creditors eligible to vote receiving 10-page ballot, 4-page notice and a flash drive / **[●]** parties notice only (4-page notice)

---

[1] Including but not limited to a Notice of Commencement, Bar Date Notice, Sale Notice, Disclosure Statement Hearing Notice, Solicitation, Combined Notice of Confirmation/Effective Date

[2] As stated in our Engagement Letter, prior to completing any service costing more than $10,000 in the aggregate, Omni shall receive pre-authorization from counsel to the Companies.

[3] This letter is intended to include a comprehensive solicitation process in the fee cap subject to the other terms and conditions of this fee cap letter.



- o  [●] notice parties with an email address would receive the solicitation package by e-mail
- o  [●] notice parties without email address (and email bounce-back parties with a mailing address) will receive a 1-page notice via first class
- Approximately 1,313 # ballots filed
- Approximately 1,781 filed claims
- Omni will provide claim reconciliation support services for up to 200 hours during the 6–9-month period.
- Call center with 5% of all noticed parties calling once at 10 min per call
- At the direction of Alvarez & Marsal, Omni will provide up to 150 hours assisting with the review of contracts for the compilation of Schedules and SOFAs
- No overnight courier/mail service costs other than overnight notice of first day hearing and agenda
- Placements of publications are excluded from this cap.

Omni, the Companies, and their counsel agree to work together in good faith to determine when and if the case parameters, scope of requested services, complexity of the engagement, or other assumptions underlying the Cap would require a modification to the amount of the Cap. In order to be as transparent as possible given the variable nature of chapter 11 cases, Omni shall provide Kirkland & Ellis with a weekly budget forecast every Monday starting June 30, 2025. Omni shall not be entitled to an increase in the Cap on account of any deviation from the assumptions set forth herein due to the actual case parameters, scope of services, or complexity of the engagement unless counsel to the Companies has provided its prior written consent (not to be unreasonably withheld in substance or timing, and email being sufficient) to Omni expanding or modifying its services to address such deviation. If the parameters stated above materially change, we expect to negotiate in good faith with the Debtor on the costs of services that are outside of scope.

We look forward to supporting you and your team.

Regards,

Brian Osborne
Chief Executive Officer and President
Omni Agent Solutions, Inc.


Agreed and accepted by,

_____

Brendan McKeough
EVP, Chief Legal Officer, and Secretary
Claire's Holdings, LLC

- - o [●] notice parties with an email address would receive the solicitation package by e-mail
  - o [●] notice parties without email address (and email bounce-back parties with a mailing address) will receive a 1-page notice via first class
- Approximately 1,313 # ballots filed
- Approximately 1,781 filed claims
- Omni will provide claim reconciliation support services for up to 200 hours during the 6–9-month period.
- Call center with 5% of all noticed parties calling once at 10 min per call
- At the direction of Alvarez & Marsal, Omni will provide up to 150 hours assisting with the review of contracts for the compilation of Schedules and SOFAs
- No overnight courier/mail service costs other than overnight notice of first day hearing and agenda
- Placements of publications are excluded from this cap.

Omni, the Companies, and their counsel agree to work together in good faith to determine when and if the case parameters, scope of requested services, complexity of the engagement, or other assumptions underlying the Cap would require a modification to the amount of the Cap.  In order to be as transparent as possible given the variable nature of chapter 11 cases, Omni shall provide Kirkland & Ellis with a weekly budget forecast every Monday starting June 30, 2025.  Omni shall not be entitled to an increase in the Cap on account of any deviation from the assumptions set forth herein due to the actual case parameters, scope of services, or complexity of the engagement unless counsel to the Companies has provided its prior written consent (not to be unreasonably withheld in substance or timing, and email being sufficient) to Omni expanding or modifying its services to address such deviation. If the parameters stated above materially change, we expect to negotiate in good faith with the Debtor on the costs of services that are outside of scope.

We look forward to supporting you and your team.

Regards,

_____

Brian Osborne
Chief Executive Officer and President
Omni Agent Solutions, Inc.

Agreed and accepted by,

DocuSigned by:
*Brendan McKeough*
B4F115F01C484CD...

Brendan McKeough
EVP, Chief Legal Officer, and Secretary
Claire's Holdings, LLC