## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FLUID MARKET INC., et al.,[1] | Case No. 24-12363 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref Docket Nos. 328 & 329** |

## <u>CERTIFICATE OF SERVICE</u>

I, ARNOLD NGUYEN, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 24, 2025, I caused to be served the:

    a.  "Fourth Omnibus Order Authorizing the Rejection of Executory Contracts Effective as of the Rejection Date," dated January 24, 2025 [Docket No. 328], (the "Order"), and

    b.  "Debtors' Fifth Omnibus Motion Authorizing the Rejection of Certain Executory Contracts, Effective as of the Rejection Date," dated January 24, 2025 [Docket No. 329], (the "Motion"),\

    by causing true and correct copies of the:

    i.  Order and Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.  Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

    iv.  Order and Motion to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Fluid Market Inc. (1365) and Fluid Fleet Services, LLC (5994). The location of the Debtors' service address is: 3827 Lafayette St., Suite #149, Denver, CO 80205.

     v.   Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>, and

    vi.   Motion to be delivered via electronic mail to: *artrodgt@gmail.com*.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Arnold Nguyen*
Arnold Nguyen

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CONNECTICUT STATE DEPARTMENT OF REVENUE | PO BOX 2974 HARTFORD CT 06104-2974 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19904 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD. SUITE 100 DOVER DE 19904 |
| MANHEIM | 4900 BUFFINGTON RD COLLEGE PARK GA 30349 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | CONSUMER PROTECTION SECTION ATTN: BANKRUPTCY NOTICES 455 GOLDEN GATE AVE., STE. 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER RALPH L CARR COLORADO JUDICIAL BLDG 1300 BROADWAY, 10TH FL DENVER CO 80203 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR 40 CAPITOL SQUARE, SW ATLANTA GA 30334 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST 30 E BROAD ST, 14TH FL COLUMBUS OH 43215 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| UNION LEASING TRUST | 425 N MARINGALE RD, 6TH FL CHAUMBERG IL 60173 |

**Total Creditor count: 25**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| APEX INVESTORS, LLC | 4045 ELEUTHERA CT BOULDER CO 80301 |
| AT ENTERPRISES INC | 1880 EASTWEST PKWY #8231 FLEMING ISLAND FL 32003 |
| BAILEY MOUNTAIN HOLDING COMPANY, LLC | 8813 NEW FOREST DRIVE WILMINGTON NC 28411 |
| BUMBLEBEE LOGISTICS | 5233 BELLAIRE BLVD 504 BELLAIRE TX 77401 |
| DELENWERKS LLC | 1001 S. MAIN STREET, STE 600 KALISPELL MT 59901 |
| HELLO TRUCK LEASE | 5511 VIRGINA WAY, SUITE 400 BRENTWOOD TN 37027 |
| INSPIRED INVESTMENT OPPORTUNITIES LLC | 1006 DANIEL DR AUSTIN TX 78704 |
| JLB7 TRUCKING, LLC | 1089 S WALDEN WAY UNIT 211 AURORA CO 80017 |
| MAILBOX LLC | 2621 HILLWAY DR., BOISE ID 83702 |
| MCCLURE HOLDINGS II, LLC | 6 CROCUS COURT MENLO PARK CA 94025 |
| NELSON FUNDS, LLC | 7271 IRWIN CT. FORT COLLINS CO 80528 |
| NEW CENTURY TRUCK SHARE | 2442 S JOSEPHINE ST DENVER CO 80210 |
| OAKSTREAM SERVICES, LLC | 1092 WALNUT WOODS PLACE LAKE MARY FL 32746 |
| OMYAL LLC | 1 INTERNATIONAL PLAZA, 552 PHILADELPHIA PA 19113 |
| RAPID DSP LLC | 214 WEST GREENBRIAR LN COLLEYVILLE TX 76034 |
| STELLA FLEET LLC | 13650 FIDDLESTICKS BOULEVARD #202-294 FORT MYERS FL 33912 |
| TAG CAPITAL CONSULTING LLC | 2270 S. ADAMS ST. DENVER CO 80210 |

**Total Creditor count: 17**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| 650 INDUSTRIES | 624 UNIVERSITY AVE 1ST FL PALO ALTO CA 94310 |
| 66DEGREES HOLDINGS LLC | 600 W VAN BUREN ST STE 603 CHICAGO IL 60607 |
| ADESA US AUCTION LLC | 10680 CHARTER OAK RANCH RD FOUNTAIN CO 80817 |
| ADOBE ACROBAT | 345 PARK AVE SAN JOSE CA 95110-2704 |
| AKIAME LLC | 1291 ARMSTRONG DR LONGMONT CO 80504 |
| AMPLITUDE INC | 201 3RD ST STE 200 SAN FRANCISCO CA 94103 |
| APPLE | ONE APPLE PARK WAY CUPERTINO CA 95014 |
| ARBOR DRIVE LLC | 26871 E ARBOR DR AURORA CO 80016 |
| AT&T | 225 W RANDOLPH ST STE 2950 CHICAGO IL 60606 |
| AUDATEX NORTH AMERICA LLC | 1500 SOLANA BLVD BUILDING 6 SUITE 6300 WESTLAKE TX 76262 |
| AUTO ADVENTURE LLC | 845 6TH STREET BOULDER CO 80302 |
| BEL AIR | 4805 PHILADELPHIA RD BELCAMP MD 21017 |
| BENETRUCKS LLC | PO BOX 351618 WESTMINSTER CO 80035 |
| BENEVANS LLC | 13880 GUNNISON WAY BROOMFIELD CO 80020 |
| BIG FAT SERVICES LLC | 5830 E 2ND STREET CASPER WY 82609 |
| BLUEBONNET INVESTMENT HOLDING COMPANY LL | 2121 MIDWAY ROAD SUITE 155 CARROLLTON TX 75006 |
| BRANCH METRICS, INC | 195 PAGE MILL RD STE 101 PALO ALTO CA 94306-2073 |
| CAMUNDA INC. | 101 MONTGOMERY STREET SUITE 1900 SAN FRANCISCO CA 94104 |
| CDW DIRECT | P.O. BOX 75723 CHICAGO IL 60675 |
| CELONIS INC. | 119 W 40TH ST NEW YORK NY 10018 |
| CHIDDIX COMMERCIAL ENTERPRISES | 8812 BLAZE DR. AUSTIN TX 78747 |
| CHUMMAR LOGISTICS LLC | 7792 SW 174 PLACE BEAVERTON OR 97007 |
| CIRCLE INTERNET SEVICES | 201 SPEAR ST SUITE 1200 SAN FRANCISCO CA 94105 |
| CLEARVIN | 6807 NE 79TH COURT PORTLAND OR 97218 |
| CLOUDBAKERS LLC (GCP) | 600 W VAN BUREN ST STE 603 CHICAGO IL 60607 |
| CONCUR TECHNOLOGIES, INC | 601 108TH AVENUE NE STE 1000 BELLEVUE WA 98004 |
| COR VENTURES, LLC | 500 WESTOVER DR #30723 SANFORD NC 27330 |
| CRESTWARD FLEET LLC | 2373 CENTRAL PARK BLVD UNIT 100 DENVER CO 80238 |
| CUSTOMER.IO | 921 SW WASHINGTON ST SUITE 820 PORTLAND OR 97205 |
| DARTS DELIVERY SERVICES | 311 E MAIN ST DEWITT MI 48820 |
| DEAR SCARLET, LLC | 5900 BALCONES DRIVE SUITE 10137 AUSTIN TX 78731 |
| DML PROPERTIES, LLC. | 2976 VIRGINIA BEACH BLVD. VIRGINIA BEACH VA 23452 |
| DOCUSIGN, INC. | 221 MAIN STREET SUITE 1550 SAN FRANCISCO CA 94105 |
| EASY HAUL, LLC | 13911 N. EDDINGTON PLACE ORO VALLEY AZ 85755 |
| ELASTIC SEARCH | 600 W VAN BUREN STREET STE 603 CHICAGO IL 60607 |
| EXPERIAN INFORMATION SOLUTIONS, INC. | 1515 WOODFIELD ROAD SUITE 500 SCHAUMBURG IL 60173 |
| FIGMA, INC. | 760 MARKET ST FLOOR 10 SAN FRANCISCO CA 94102 |
| FILEVINE, INC | DEPT CH 18030 PALATINE IL 60055 |
| FMCO LLC | 1601 S ELIZABETH ST DENVER CO 80210 |
| FMCO-RS | 1601 S ELIZABETH ST DENVER CO 80210 |
| GET SPIFFY, INC. | 4506 S. MIAMI BLVE. SUITE 150 DURHAM NC 27703 |
| GOOGLE LLC | PO BOX 39000 SAN FRANCISCO CA 94139 |
| HAYSTACK | 4091 REDWOOD AVENUE 518 LOS ANGELES CA 90066 |
| HIGHLANDS WINE AND LIQUOR STORE, LLC | 3 WILD PLUM CT COLUMBINE VALLEY CO 80123 |
| HOOTSUITE, INC. | 111 EAST 5TH AVENUE VANCOUVER BC V5T 4L1 CANADA |
| IKEA DISTRIBUTION SERVICES, INC. | 420 ALAN WOOD ROAD CONSHOHOCKEN PA 19428 |
| INTELIFI | 8730 WILSHIRE BOULEVARD 412 BEVERLY HILLS CA 90211 |
| INTUIT QUICK BOOKS | 2700 COAST AVENUE MOUNTAIN VIEW CA 94043 |

| Claim Name | Address Information |
|---|---|
| JLP VAN INVESTORS LLC | 6284 OXFORD PEAK PL CASTLE ROCK CO 80108 |
| JW SOFTWARE, INC. | 12300 OLD TESSON ROAD SUITE 400B ST. LOUIS MO 63128 |
| KNOWBE4, INC. | 33 N GARDEN AVE STE 1200 CLEARWATER FL 33755 |
| LIVEVIEW TECHNOLOGIES, INC. | 927 N 1500 W OREM UT 84057 |
| LONG TAIL HOLDINGS INC. | 7750 OKEECHOBEE BLVD STE 4 WEST PALM BCH FL 33411 |
| MACABACUS INC | 228 PARK AVENUE S SUITE 300 NEW YORK NY 10003 |
| MANHEIM REMARKETING, INC. | 6205 PEACHTREE DUNWOODY ROAD ATLANTA GA 30328 |
| MAXWELL VEHICLES, INC. | 636 SOUTH LABREA AVE. INGLEWOOD CA 90301 |
| MERCHANTS FLEET | 14 CENTRAL PARK DRIVE HOOKSETT NH 03106 |
| MICHREN, LLC | 3620 LAKE TRENTON DRIVE TRENTON MO 64683 |
| MICROSOFT | 6880 SIERRA CENTER PARKWAY RENO NV 89511 |
| NEW RELIC, INC. | PO BOX 101812 PASADENA CA 91189-1812 |
| NO MONDAYS LLC | 516 24TH ST HERMOSA BEACH CA 90254 |
| NORDVPN | 50TH STREET & 56TH STREET SUITE #32-D FL 32 PANAMA CITY PANAMA |
| OKTA, INC | 100 FIRST ST SUITE 600 SAN FRANCISCO CA 94105 |
| ONENOTE | 1650 CANYON BLVD BOULDER CO 80302 |
| OPENAI, LLC (CHATGPT) | 3180 18TH ST SAN FRANCISCO CA 94110 |
| OT TECHNOLOGY, INC. | P.O. BOX 735381 CHICAGO IL 60673-5381 |
| PINNACLE HILLS, LLC | NICKI NICHOLAS 2203 S PROMENADE BLVD ROGERS AR 72758 |
| SERVICEUP, INC. | 20 N. SANTA CRUZ AVE. SUITE A LOS GATOS CA 95030 |
| SHARP INVESTMENTS, LLC | 6066 E LONG PL CENTENNIAL CO 80112 |
| SHIPT, INC. | 17 20TH STREET NORTH SUITE 100 BIRMINGHAM AL 35203 |
| SKOOL.COM INC. | 111 MAIN STREET EL SEGUNDO CA 90245 |
| SLICK TECHNOLOGIES LLC | 100 LIGHT STREET BALTIMORE MD 21202 |
| SOLERA | 1500 SOLANA BLVD. BUILDING 6 SUITE 6300 WESTLAKE TX 76262 |
| TARGET CORPORATION | 1000 NICOLLET MALL MINNEAPOLIS MN 55403 |
| TELECOMMUNICATION DEVICES INC | 4527 E 16TH AVE POST FALLS ID 83854 |
| THE REINALT-THOMAS CORPORATION DBA DISCO | 20225 N. SCOTTSDALE ROAD SCOTTSDALE AZ 85255 |
| TOPTAL, LLC | 2810 N. CHURCH STREET #36879 WILMINGTON DE 19802-4447 |
| TRINET | 2600 THOUSAND OAKS BLVD. BLDG. 2 SUITE 1200 MEMPHIS TN 38118 |
| TRISTAR INSURANCE GROUP, INC. | 100 OCEANGATE SUITE 840 LONG BEACH CA 90802 |
| TRUCKMAX (MITCHELL INTERNATIONAL INC.) | 1501 PETALUMA BLVD S PETALUMA CA 94952-5522 |
| TRUCKSTOP (HAYSTACK TEAM, INC) | 1444 S. ENTERTAINMENT AVE SUITE 110 BOISE ID 83709 |
| TSLA, LLC | 10117 SE SUNNYSIDE RD STE #F723 CLACKAMAS OR 97015 |
| UBIQUITI INC | 685 THIRD AVENUE, 27TH FL NEW YORK NY 10017 |
| VERIZON | 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WEBFLOW, INC | 381 11ST STREET, 2ND FLOOR SAN FRANCISCO CA 94103 |
| ZOOMINFO TECHNOLOGIES | 805 BROADWAY STREET, SUITE 900 VANCOUVER WA 98660 |

**Total Creditor count: 86**

**EXHIBIT D**

FLUID MARKET INC., *et al* .,
Case No. 24-12363 (CTG)
Email Master Service List

| Name | Email Address |
|---|---|
| 48TH OFFICE INVESTMENT, LLC | ryan@armadavp.com |
| ALWAYS FUNDAY | clarklodge78@gmail.com |
| AUTO ADVENTURE LLC | artman.accts@gmail.com |
| BALLARD SPAHR, LLP | dalutz@ballardspahr.com; brannickn@ballardspahr.com |
| BENNETT TUELLER JOHNSON & DEERE, LLC | bhawkins@btjd.com; tumblin@btjd.com; aalton@btjd.com |
| BIELLI & KLAUDER, LLC | dklauder@bk-legal.com; tbielli@bk-legal.com |
| BISON CAPITAL PARTNERS V, L.P. | ahildebrand@bisoncapital.com |
| BLANK ROME LLP | josef.mintz@blankrome.com; lorenzo.thomas@blankrome.com; jordan.williams@blankrome.com; ira.herman@blankrome.com; joseph.welch@blankrome.com |
| BLUE MILE LOGISTICS, LLC | coleton@burrusinvestment.com |
| BROKEN MIRROR LLC | brokenmirror.mail@gmail.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| BURRWOOD LOGISTICS LLC | coleton.burrus@yahoo.com |
| CINA GLOBAL, LLC | aidin@cinaglobal.net |
| CLOUDBAKERS LLC | accounting@66degrees.com |
| COX AUTOMOTIVE VEHICLE ACQUISITION SERVICES, LLC | retailreconar@coxautoinc.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| DOG TRANSPORT LLC | gossello@dogllc.net |
| ECOMM FLEET LLC | tbloom@osagecapitalgroup.com |
| FCP TRANSPORT LLC | jake.shirek@gmail.com |
| FMCO LLC | james@hhkgroup.com |
| FORT COLLINS DODGE | bshultz@fortcollinsdodgechryslerjeep.com |
| GMI INSURANCE | info@gmi-insurance.com |
| GOLDMAN SACHS BANK USA | gs-sf-consumer-ny@gs.com; gs-asset-financing@gs.com; gs-consumer-am@gs.com |
| GOMOBILE TIRES USA | admin@usagomobile.com |
| ICEJAMMA EXGELLIN LLC | 528jg@comcast.net |
| INGKA INVESTMENTS VENTURES US B.V. | cees.aanhaanen@ingka.com; eva.van.den.berg@ingka.ikea.com |
| INTERNAL REVENUE SERVICE | victoria.g.mosby@irs.gov; millie.h.agent@irs.gov |
| JDK DELIVERY LLC | jdkdelivery@outlook.com |
| JEFFERSON BANK OF MISSOURI | lillian_mccutchen@jefferson-bank.com |
| KERMAN MANAGEMENT, LLC | kermanvehicles@afcdenver.com |
| LATHAM & WATKINS LLP | caroline.reckler@lw.com |

FLUID MARKET INC., *et al* .,
Case No. 24-12363 (CTG)
Email Master Service List

| Name | Email Address |
|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| M2 SERVICES LLC | chris@m2ls.net |
| MERCHANTS AUTOMOTIVE GROUP, INC | pauldanielson@merchantsfleet.com |
| MERCHANTS FLEET | mobilitybilling@merchantsfleet.com |
| MIDTOWN MADISON MANAGEMENT LLC | aidi@atalayacap.com |
| MORGAN LEWIS & BOCKIUS LLP | michael.gocksch@morganlewis.com; jeff.weinstein@morganlewis.com; michael.luskin@morganlewis.com; jody.barillare@morganlewis.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; eqian@morrisnichols.com |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | joseph.cudia@usdoj.gov; fang.bu@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | mcaloway@pszjlaw.com |
| POLSINELLI PC | mdipietro@polsinelli.com; anazar@polsinelli.com |
| POTTER ANDERSON & CORROON LLP | rmcneill@potteranderson.com; gflasser@potteranderson.com |
| SA TRANSPORT LLC | jake@nmdequitygroup.com |
| SAUL EWING LLP | john.demmy@saul.com |
| SECURITIES & EXCHANGE COMMISSION | chair@sec.gov |
| SERVICEUP, INC. | ar@serviceup.com |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | dsands@sheppardmullin.com; okatz@sheppardmullin.com; rsahyan@sheppardmullin.com |
| SOUTHERN TIRE MART, LLC | gwen.walters@stmtires.com |
| STATE OF ARIZONA ATTORNEY GENERAL | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF IDAHO ATTORNEY GENERAL | aglabrador@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | executive@ag.state.la.us |
| STATE OF MARYLAND ATTORNEY GENERAL | kstephens@marylandtaxes.gov |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | bethany.h.brown@mass.gov |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |

FLUID MARKET INC., *et al* .,
Case No. 24-12363 (CTG)
Email Master Service List

| Name | Email Address |
|------|---------------|
| STATE OF MISSISSIPPI ATTORNEY GENERAL | accounting@ago.ms.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | nocall@ago.mo.gov |
| STATE OF MONTANA ATTORNEY GENERAL | contactdoj@mt.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | attorneygeneral@doj.nh.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | contact@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | lisa.udland@doj.state.or.us; attorneygeneral@doj.state.or.us |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | bankruptcy@scag.gov |
| STATE OF TENNESSEE ATTORNEY GENERAL | agbankcal@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | uag@agutah.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | mailoag@oag.state.va.us |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WISCONSIN ATTORNEY GENERAL | dojbankruptcynoticegroup@doj.state.wi.us |
| TN DEPT OF REVENUE C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | agbankdelaware@ag.tn.gov |
| TYDINGS & ROSENBERG LLP | sgerald@tydings.com |
| UNITED STATES FIRE INSURANCE COMPANY | mark.coyle@cfins.com |
| USA GOMOBILE INC | derek@usagomobile.com |
| USHIP LOGISTICS LLC | accounting@ushiplogistics.com |
| VIP SOLUTIONS GROUP, LLC | cmurphy@wearevip.com |

**EXHIBIT E**

FLUID MARKET INC., *et al* .,
Case No. 24-12363 (CTG)
Email Service List - FVIP Contract Parties

| Name | Email Address |
| --- | --- |
| APEX INVESTORS, LLC | dan@ascentcfo.com |
| INSPIRED INVESTMENT OPPORTUNITIES LLC | joeyoun@gmail.com |
| JLB7 TRUCKING, LLC | jlb7truck@gmail.com |
| NELSON FUNDS, LLC | steve.nelson7271@gmail.com |
| OAKSTREAM SERVICES, LLC | nwpinckard@gmail.com |
| OMYAL LLC | ksalem@omyal.com |
| APOLLO DELIVERY LLC | baron@apollodeliveryfl.com |
| D.E.K. FLEET LLC | dennisek06@gmail.com |
| DELENWERKS LLC | dougruth92@comcast.net |
| HELLO TRUCK LEASE | leland@ploginc.com |
| AT ENTERPRISES INC | jay@atenterprisesinc.com |
| RFJ LOGISTICS LLC | rfjlogistics@outlook.com |
| WHISTLE PIG VENTURES 1 LLC | jodyshepherd@gmail.com |
| BAILEY MOUNTAIN HOLDING COMPANY, LLC | mike.defee@gmail.com |
| NEW CENTURY TRUCK SHARE | petermannetti@gmail.com |
| MAILBOX LLC | ryantargee@gmail.com |
| MCCLURE HOLDINGS II, LLC | samhmcclure@gmail.com |
| STELLA FLEET LLC | sanjay@ss-usa.net |
| TAG CAPITAL CONSULTING LLC | tomagonnella@gmail.com |
| RAPID DSP LLC | bgilchrist56@gmail.com |
| BUMBLEBEE LOGISTICS | mehram100@gmail.com |