## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FLUID MARKET, INC., et al.[1] | Case No. 24-12363 (CTG) |
| Debtors. | (Jointly Administered) |

**Objection Deadline:  August 22, 2025 at 4:00 p.m. (ET)**
**Hearing Date:  To be scheduled if necessary**

### NOTICE OF TENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM JULY 1, 2025 THROUGH JULY 31, 2025

**PLEASE TAKE NOTICE** that on August 1, 2025, Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), counsel to the debtors and debtors in possession (collectively, the "Debtors"), filed its *Tenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period From July 1, 2025 Through July 31, 2025* (the "Application") seeking fees in the amount of $140,176.50 and reimbursement of actual and necessary expenses in the amount of $0.00 for the period from July 1, 2025 through July 31, 2025.  A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 22, 2025 at 4:00 p.m. (ET)**.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Fluid Market Inc. (1365) and Fluid Fleet Services, LLC (5994).  The location of the Debtors' service address is:  3827 Lafayette St., Suite #149, Denver, CO 80205.

The Application is submitted pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 14, 2025 [Docket No. 115] (the "Administrative Order").

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones (ljones@pszjlaw.com); (b) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Timothy Fox, Jr. (timothy.fox@usdoj.gov); and (c) counsel to the Committee, Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington Delaware 19801, Attn: Josef Mintz (josef.mintz@blankrome.com) and Blank Rome LLP, 4 Park Plaza, Suite 450, Irvine, CA 92614, Attn: Joseph Welch (joseph.welch@blankrome.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE ADMINISTRATIVE ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.

IF A TIMELY OBJECTION IS FILED AND SERVED, A HEARING ON THE APPLICATION WILL BE HELD AT A DATE AND TIME TO BE DETERMINED.

Dated:  August 1, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*