## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FLUID MARKET INC., *et al.*,[1] | Case No. 24-12363 (CTG) |
| Debtors. | (Jointly Administered) |

### OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING ON AUGUST 27, 2025

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors") may introduce the following witness and exhibit testimony at the hearing scheduled for August 27, 2025, at 10:00 a.m. (ET) ("Hearing") in the above-captioned chapter 11 cases before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801.

### THE COMMITTEE'S WITNESS LIST

The Committee hereby designates the following persons as witnesses who may be called at the Hearing:

| | Witnesses | Scope of Testimony |
|---|---|---|
| 1. | Any witness necessary to authenticate a document. | |
| 2. | Any witness disclosed and/or called by another party. | |
| 3. | Any impeachment or rebuttal witness. | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Fluid Market Inc. (1365) and Fluid Fleet Services, LLC (5994). The Debtors' service address is 3827 Lafayette St., Suite #149, Denver, CO 80205.

## THE COMMITTEE'S EXHIBIT LIST

The Committee hereby designates the following exhibits below that may be used at the Hearing:

| Ex. No. | Description | D.I. |
|---|---|---|
| 1 | Chapter 11 Voluntary Petition for Fluid Market Inc. | 1 |
| 2 | Chapter 11 Voluntary Petition for Fluid Fleet Services, LLC | 1 [Case No. 24-12364] |
| 3 | Declaration of T. Scott Avila in Support of the Debtors' Chapter 11 Petitions and First Day Relief | 13 |
| 4 | Statement of Financial Affairs for Fluid Market Inc. | 178 |
| 5 | Statement of Financial Affairs for Fluid Fleet Services, LLC | 180 |
| 6 | Debtors' Motion for (I) (A) Approval of Reconciliation and Distribution Methodology for Segregated Funds, and (B) Authorization to Distribute Segregated Funds, (II) Authorization to Apply Distribution Methodology to Future Proceeds, (III) Delivery of Window Proceeds and Future Damage Claim Proceeds, and (IV) Related Relief | 418 |
| 7 | Objection to Debtors' Motion for (I) (A) Approval of Reconciliation and Distribution Methodology for Segregated Funds and (B) Authorization to Distribute Segregated Funds, (II) Authorization to Apply Distribution Methodology to Future Proceeds, (III) Delivery of Window Proceeds and Future Damage Claim Proceeds, and (IV) Related Relief | 442 |
| 8 | Debtors' Supplemental Motion for (I) Approval of Distribution of Window Proceeds, and (II) Related Relief | 474 |
| 9 | The Official Committee of Unsecured Creditors' Motion to Extend the Holding Period | 523 |
| 10 | Objection to The Official Committee of Unsecured Creditors' Motion to Extend the Holding Period | 534 |
| 11 | Any other pleadings, exhibits, or other document filed with the Court on the docket of the above-captioned chapter 11 cases | |
| 12 | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | |
| 13 | Any exhibit listed or offered by any other party | |
| 14 | Any additional exhibits used for demonstrative purposes only | |

The Committee reserves the right to (i) amend and/or supplement this Witness and Exhibit List at any time prior to the hearing, (ii) use additional exhibits and witnesses for purposes of rebuttal or impeachment as appropriate, (iii) rely upon and use as evidence: (a) exhibits included on the exhibit lists of any other party in interest; and (b) any pleading, hearing transcript, or other

document filed with the Court in this chapter 11 case, and (iv) cross examine any witness called by any other party.

Dated: August 25, 2025  
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Lawrence R. Thomas III*
Josef W. Mintz (DE No. 5644)
Lawrence R. Thomas III (DE No. 6935)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:(302) 425-6400
E-mail: josef.mintz@blankrome.com
lorenzo.thomas@blankrome.com
jordan.williams@blankrome.com

Ira L. Herman (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone:(212) 885-5000
Email:ira.herman@blankrome.com

Matthew E. Kaslow (*pro hac vice*)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone:(215) 569-5455
Email:matt.kaslow@blankrome.com

*Counsel to the Official Committee of Unsecured Creditors*