# SIGN-IN SHEET

**JUDGE**: Goldblatt    **COURTROOM**: 7

**CASE NUMBER** 24-12363 CASE **NAME**: Fluid Market Inc. **DATE**: 8/27/2025 (10:00 AM)

*\*\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Greg Taylor | Ashby + Geddes | FVIP Claimants |
| Mary Caloway | Pachulski Stang Ziehl : Jones | Debtors |
| Joe White | Blank Rome | Committee |
| Matt Lunston | Blank Rome | Committee |
| Timothy Fox | | UST |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Fluid Market

24-12363

| First Name | | Last Name | | Firm | | | | Rep | | Via | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David | | Bertenthal | | Pachulski Stang Ziehl & Jones | | | | Debtor | | Video and Audio | | |
| Patricia | | Cuniff | | Pachulski Stang Ziehl & Jones | | | | Debtor | | Video and Audio | | |
| Uday | | Gorrepati | | | | | | | | Audio Only | | |
| Becky | | Yerak | | Wall Street Journal | | | | News Corp | | Audio Only | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |