IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FLUID MARKET, INC., *et al.*,[1] | ) Case No. 24-12363 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Ref. Docket Nos. 523, 534 & 547 |
| | ) |

### ORDER DENYING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO EXTEND THE HOLDING PERIOD

Upon consideration of *The Official Committee of Unsecured Creditors' Motion to Extend the Holding Period* [Docket No. 523] (the "Motion to Extend") and the *Objection* [Docket No. 534] (the "Objection") to the Motion to Extend filed by FMCO LLC, FMCO II, LLC, BeneVans LLC, and Benetrucks LLC (together, the "FVIP Claimants"), and the Court having held a hearing to consider the Motion to Extend and the Objection on August 27, 2025 at 10:00 a.m. ET (the "Hearing"), and the Court having considered the arguments of counsel for the Official Committee of Unsecured Creditors and the FVIP Claimants, respectively, at the Hearing,

IT IS HEREBY ORDERED THAT:

1. The Motion to Extend is denied for the reasons stated by the Court on the record at the Hearing.

2. The Court shall retain jurisdiction and power over any and all matters arising from or related to the interpretation of this Order.

Dated: August 28th, 2025
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Fluid Market, Inc. (1365) and Fluid Fleet Services, LLC (5994). The Debtors' service address is 3827 Lafayette Street, Suite 149, Denver, Colorado 80205.

{02158091;v1 }