**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FLUID MARKET INC., *et al.*,[1] | Case No. 24-12363 (CTG) |
| Debtors. | (Jointly Administered) |
| | Re. Docket No. 524, 557 |

**NOTICE OF FILING OF SECOND SUPPLEMENT TO SIXTH MONTHLY
AND FINAL FEE APPLICATION OF BLANK ROME LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FLUID
MARKET INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD FROM OCTOBER 31, 2024
THROUGH SEPTEMBER 5, 2025**

**PLEASE TAKE NOTICE** that, on August 8, 2025, Blank Rome LLP, counsel to the Official Committee of Unsecured Creditors, filed the *Sixth Monthly and Final Fee Application of Blank Rome LLP, Counsel to the Official Committee of Unsecured Creditors of Fluid Market Inc., et al., for Compensation and Reimbursement of Expenses for the Period from October 31, 2024 Through September 5, 2025* [Docket No. 524] (the "Final Fee Application").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Final Fee Application, on September 3, 2025, Blank Rome filed its *Notice of Filing of Supplement to Sixth Monthly and Final Fee Application of Blank Rome LLP, Counsel to the Official Committee of Unsecured Creditors of Fluid Market Inc., et al., for Compensation and Reimbursement of Expenses for the Period from October 31, 2024 Through September 5, 2025* [Docket No. 557] (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Fluid Market Inc. (1365) and Fluid Fleet Services, LLC (5994). The Debtors' service address is 3827 Lafayette St., Suite #149, Denver, CO 80205.

[2] Capitalized terms not otherwise defined herein shall have the meaning given them in the Final Fee Application.

"First Supplement") detailing actual fees incurred or recorded through September 2, 2025 after the filing of the Final Fee Application.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Final Fee Application, attached hereto as **Exhibit A** is a second supplement to the Final Fee Application detailing actual fees incurred or recorded after the filing of the First Supplement through September 5, 2025.

*[Remainder of page intentionally left blank]*

Dated: September 9, 2025  
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Josef W. Mintz*
Josef W. Mintz (DE No. 5644)
Lawrence R. Thomas III (DE No. 6935)
Jordan L. Williams (DE No. 7128)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
E-mail:   josef.mintz@blankrome.com
       lorenzo.thomas@blankrome.com
       jordan.williams@blankrome.com

Ira L. Herman (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 885-5000
Email:   ira.herman@blankrome.com

Joseph M. Welch (*pro hac vice*)
4 Park Plaza, Suite 450
Irvine, CA 92614
Telephone:   (949) 812-6000
Email:   joseph.welch@blankrome.com

Matthew E. Kaslow (*pro hac vice*)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone:   (215) 569-5455
Email:   matt.kaslow@blankrome.com

*Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT A

## SUMMMARY OF SUPPLEMENTAL COMPENSATION

| TASK CODE / MATTER NO. | TASK / MATTER CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 01 | Asset Analysis and Recovery | 2.30 | $2,116.00 |
| 04 | Case Administration | 6.90 | $5,673.00 |
| 08 | Fee / Employment Applications – Blank Rome | 2.20 | $1,619.00 |
| 09 | Fee / Employment Applications – Others | 1.90 | $1,365.50 |
|  | **TOTAL** | **13.30** | **$10,773.50** |

**SUMMARY OF SUPPLEMENTAL EXPENSES**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL |
|---|---|---|
| Reproduction of Documents | Internal | $58.05 |
| Contracted Photocopying | | $94.25 |
| **Total Expenses** | | **$152.30** |



1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
(212) 885-5000
FEDERAL TAX I.D. NO. 23-1311874

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR<br>FLUID MARKET, INC.<br>UNKNOWN<br>UNKOWN 92614 | INVOICE DATE:<br>CLIENT ID:<br>MATTER NUMBER:<br>INVOICE NUMBER: | SEPTEMBER 08, 2025<br>004342<br>004342-00001<br>2306481<br>PAGE 1 |

REGARDING:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR FLUID MARKET, INC.
              FLUID MARKET, INC.

FOR LEGAL SERVICES RENDERED THROUGH SEPTEMBER 05, 2025

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **TASK: 01 ASSET ANALYSIS RECOVERY** | | | | | |
| 09/04/25 | REVIEW NOTES AND INFORMATION REGARDING COMMITTEE INVESTIGATION | J. MINTZ | 01 | 1.00 | 920.00 |
| 09/05/25 | REVIEW NOTES AND INFORMATION REGARDING COMMITTEE INVESTIGATION (1.0); EMAILS WITH M. CALOWAY REGARDING FVIP DISTRIBUTION FOR JDK (.2); EMAILS WITH T. CAWTHON REGARDING SAME (.1) | J. MINTZ | 01 | 1.30 | 1,196.00 |
| | **TOTALS FOR 01 ASSET ANALYSIS RECOVERY** | | | **2.30** | **2,116.00** |
| **TASK: 04 CASE ADMINISTRATION** | | | | | |
| 09/03/25 | CALL WITH M. CALOWAY REGARDING 9/5/25 HEARING (.3); EMAILS WITH L. THOMAS REGARDING SAME (.2); REVIEW HEARING AGENDA (.2) | J. MINTZ | 04 | 0.70 | 644.00 |
| 09/04/25 | CORRESPONDENCE WITH J. MINTZ REGARDING HEARING (0.2); REGISTER DUNDON TEAM FOR HEARING VIA ZOOM (0.2); REVIEW AGENDA, GATHER FILINGS, AND COORDINATE COPIES FOR HEARING (1.0) | L. THOMAS | 04 | 1.40 | 973.00 |
| 09/04/25 | PREPARE FOR TOMORROW'S HEARING (.7); EMAILS WITH L. THOMAS REGARDING SAME (.4); CALL WITH M. CALOWAY REGARDING SAME (.4) ; EMAILS WITH C. PODESFINSKI REGARDING SAME (.2) | J. MINTZ | 04 | 1.70 | 1,564.00 |
| 09/05/25 | PREPARE HEARING BINDER (0.6); PREPARE FOR AND ATTEND HEARING ON CONVERSION MOTION AND FINAL FEE APPLICATION (1.0) | L. THOMAS | 04 | 1.60 | 1,112.00 |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR FLUID MARKET, INC.**     PAGE 2
**FILE NUMBER: 004342-00001**     INVOICE # 2306481
    SEPTEMBER 08, 2025

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/05/25 | PREPARE FOR (1.0); AND ATTEND CONVERSION AND FINAL FEE HEARING (0.5) | J. MINTZ | 04 | 1.50 | 1,380.00 |
| | **TOTALS FOR 04 CASE ADMINISTRATION** | | | **6.90** | **5,673.00** |
| **TASK: 08 FEE/EMPLOYMENT APPLICATIONS - BLANK ROME** | | | | | |
| 09/03/25 | UPDATE AND REVISE BR FINAL FEE APPLICATION SUPPLEMENT (0.8); REVISE CERTIFICATION OF COUNSEL AND BR REVISED PROPOSED FINAL FEE ORDER (0.4); CORRESPONDENCE WITH J. MINTZ (0.2); FINALIZE, PREPARE FOR FILING, AND FILE FINAL FEE APPLICATION SUPPLEMENT (0.4) | L. THOMAS | 08 | 1.80 | 1,251.00 |
| 09/03/25 | WORK ON SUPPLEMENT TO BLANK ROME FINAL FEE APPLICATION | J. MINTZ | 08 | 0.40 | 368.00 |
| | **TOTALS FOR 08 FEE/EMPLOYMENT APPLICATIONS - BLANK ROME** | | | **2.20** | **1,619.00** |
| **TASK: 09 FEE/EMPLOYMENT APPLICATIONS - OTHERS** | | | | | |
| 09/03/25 | DRAFT DUNDON FINAL FEE APPLICATION SUPPLEMENT (0.3); FINALIZE, PREPARE FOR FILING, AND FILE FINAL FEE APPLICATION SUPPLEMENT (0.4); CORRESPONDENCE WITH DUNDON TEAM (0.1) | L. THOMAS | 09 | 0.80 | 556.00 |
| 09/03/25 | WORK ON DUNDON FINAL FEE SUPPLEMENT | J. MINTZ | 09 | 0.20 | 184.00 |
| 09/05/25 | REVIEW AND REVISE PROPOSED OMNIBUS FEE ORDER (0.7); CORRESPONDENCE WITH J. MINTZ REGARDING SAME (0.2) | L. THOMAS | 09 | 0.90 | 625.50 |
| | **TOTALS FOR 09 FEE/EMPLOYMENT APPLICATIONS - OTHERS** | | | **1.90** | **1,365.50** |
| | **TOTAL SERVICES** | | | | **$10,773.50** |

**FOR DISBURSEMENTS ADVANCED THROUGH SEPTEMBER 05, 2025**

| DESCRIPTION | AMOUNT |
|---|---|
| REPRODUCTION OF DOCUMENTS | 58.05 |
| CONTRACTED PHOTOCOPYING | 94.25 |
| **TOTAL DISBURSEMENTS** | **$152.30** |

**CURRENT INVOICE TOTAL**     **$10,925.80**

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR FLUID MARKET, INC.**  **PAGE 3**
**FILE NUMBER: 004342-00001**  **INVOICE # 2306481**
**SEPTEMBER 08, 2025**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---:|---:|---:|
| JOSEF W. MINTZ | 920.00 | 6.80 | 6,256.00 |
| LAWRENCE R. THOMAS | 695.00 | 6.50 | 4,517.50 |
| **TOTALS** | | **13.30** | **$10,773.50** |